UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

NEW HAMPSHIRE YOUTH MOVEMENT,

    *Plaintiff*,

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,

    *Defendant*.

Case No. 1:24-cv-00291-SE-TSM

**CIVIL FORM 3:
ATTACHMENT TO DEFENDANT'S MOTION TO EXTEND DEADLINE
ESTABLISHED IN THE COURT'S MARCH 26, 2025 ENDORSED ORDER**

| Scheduling Designation | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Completion of Discovery | | |
| Discovery Status Report | | |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | | |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | | |
| Challenges to Expert Testimony | | |
| Disclosure of Claims Against Unnamed Parties | | |
| Joinder of Additional Parties (Plaintiff) | | |
| Joinder of Additional Parties (Defendant) | | |
| Third-Party Actions | | |
| Amendment to Pleadings (Plaintiff) | | |
| Amendment to Pleadings (Defendant) | | |
| Motions to Dismiss | April 8, 2025 | April 15, 2025 |
| Motions for Summary Judgment | | |
| Trial | | |