# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE YOUTH MOVEMENT, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, <br><br> *Defendant*. | Case No. 1:24-cv-00291-SE-TSM |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

NOW COME all parties, by and through their respective counsel, and jointly request that the Court enter the Proposed Protective Order, attached hereto and made a part hereof, and state as follows:

1. On July 2, 2025, the Court issued an order ruling that "[i]n light of the court's order in *Coalition for Open Democracy v. Formella*, No. 24-cv-312 (D.N.H.) granting the plaintiffs' motion to compel and the protective order entered in that case which contemplates disclosure of all Confidential and Highly Confidential Information to the plaintiffs in this case, the motion is denied as moot without prejudice." End. Order (July 2, 2025).

2. To effectuate compliance with the Court's Endorsed Order and to preserve the parties' objections to the Motions to Compel in this lawsuit and in *Open Democracy*, and to reserve their rights with respect to the demand for and the production of the Statewide Voter Registration System and the information maintained therein, the parties jointly ask the Court to enter the attached proposed Protective Order and Schedule A (Exhibit A).

### Prayer for Relief

WHEREFORE, the parties respectfully request that this Honorable Court:

A.   Grant this Motion;

B.   Enter the attached proposed Protective Order and Schedule A; and

C.   Grant such further relief as is just and equitable.

                              Respectfully submitted,

                              DEFENDANT DAVID M. SCANLAN, in his official capacity as N.H. Secretary of State

                              By his attorney,

                              JOHN M. FORMELLA
                              NEW HAMPSHIRE ATTORNEY GENERAL

Date: July 16, 2025               /s/ Michael P. DeGrandis
                              Michael P. DeGrandis, N.H. Bar No. 277332
                              Assistant Attorney General
                              Catherine A. Denny, N.H. Bar No. 275344
                              Assistant Attorney General
                              Office of the Attorney General, Civil Bureau
                              1 Granite Place South
                              Concord, NH 03301
                              (603) 271-3650
                              michael.p.degrandis@doj.nh.gov
                              catherine.a.denny@doj.nh.gov

                              PLAINTIFF NEW HAMPSHIRE YOUTH MOVEMENT

                              By its attorneys,

David R. Fox*                         /s/ Steven J. Dutton
ELIAS LAW GROUP LLP            Steven J. Dutton, N.H. Bar No. 17101
250 Massachusetts Avenue, N.W.   Connor W. Harding, N.H. Bar No. 276438
Suite 400                              MCLANE MIDDLETON, P.A.
Washington, D.C. 20001            900 Elm Street
(202) 968-4490                      Manchester, NH 03101
dfox@elias.law                      (603) 628-1377
                              steven.dutton@mclane.com
                              connor.harding@mclane.com

Tyler L. Bishop*
ELIAS LAW GROUP LLC
1700 Seventh Avenue               
Suite 2100                             * Admitted *pro hac vice*
Seattle, WA 98101
(206) 656-0177
tbishop@elias.law

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

                                          /s/ Michael P. DeGrandis
                                          Michael P. DeGrandis