UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

New Hampshire Youth Movement

    v.                                        Case No. 24-cv-291-SE-TSM

David M. Scanlan

Coalition for Open Democracy, et al

    v.                                        Case No. 24-cv-312-SE-TSM

NH Attorney General, et al

## ORDER OF CONSOLIDATION

Pursuant the court's August 27, 2025 order granting consolidation, the above cases are consolidated for all purposes.

Case 24-cv-291-SE-TSM has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case. All pleadings shall be filed in the main case and shall be captioned with that case number. The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

The former related case, 24-cv-312-SE-TSM, shall be statistically closed.

SO ORDERED.

                                                                                     Samantha D. Elliott
                                                                    United States District Judge

Date: 9/5/2025

cc:    Counsel of Record