# EXHIBIT D

# Martino and Piecuch Deposition Transcript Excerpts



# Transcript of Kristin Martino; Patricia Piecuch; David Scanlan

**Date:** October 21, 2025
**Case:** New Hampshire Youth Movement, et al. -v- Scanlan, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
Michigan #8598 | Nevada #089F | New Mexico #566

**1**

1   UNITED STATES DISTRICT COURT
2   DISTRICT OF NEW HAMPSHIRE
3
4   New Hampshire Youth Movement, )
5   Plaintiff, ) Case No.
6   V. )1:24-cv-00291-SE-TSM
7   David M. Scanlan, in his official)
8   capacity as New Hampshire )
9   Secretary of State, )
10   Defendant. )
11   --------------------------------
12
13   AUDIO TRANSCRIPTION OF RECORDED DEPOSITION
14   TESTIMONY OF KRISTIN MARTINO
15   PATRICIA PIECUCH
16   DAVID SCANLAN
17
18
19
20
21   October 21, 2025, 9:05 a.m.
22   Job No. 604998
23   Pages: 1-394
24   Transcribed by: Cynthia Bauerle, CSR
25   Court Reporter: Raechel Meyerowich

**2**

1   (Continued)
2   Coalition for Open Democracy, )
3   et al., ) Case No.
4   Plaintiffs. )1:24-cv-00312-SE-TSM
5   V. )
6   David M. Scanlan, in his official)
7   capacity as New Hampshire )
8   Secretary of State, and John )
9   Formella, in his official )
10   capacity as New Hampshire )
11   Attorney General, )
12   Defendants. )
13
14
15
16
17
18
19
20
21
22
23
24
25

**3**

1   Deposition testimony of KRISTIN MARTINO,
2   PATRICIA PIECUCH, DAVID SCANLAN,
3   held at:
4   1 Granite Place
5   South 4th Floor
6   Concord NH 03301
7   (603) 271-3658
8
9   Pursuant to agreement, before Raechel
10   Meyerowich, Notary Public in and for
11   Massachusetts.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1   APPEARANCES:
2   ON BEHALF OF THE PLAINTIFFS COALITION FOR OPEN
3   DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW
4   HAMPSHIRE, THE FORWARD FOUNDATION, AND MILES
5   BORNE, BY HIS NEXT FRIEND STEVEN BORNE,
6   ALEXANDER MUIRHEAD, BY HIS NEXT FRIEND RUSSELL
7   MUIRHEAD, AND LILA MUIRHEAD, BY HER NEXT
8   FRIEND RUSSELL MUIRHEAD:
9   GEOFFREY ATKINS, ESQUIRE
10   DESIREE M. PELLETIER, ESQUIRE
11   JOHN T. MONTGOMERY, ESQUIRE
12   Ropes & Gray LLP
13   Prudential Tower
14   800 Boylston Street
15   Boston, MA 02199
16   (617) 951-7000
17   Geoffrey.atkins@ropesgray.com
18   Desiree.pelletier@ropesgray.com
19
20
21
22
23
24
25

---

**5**

1  ON BEHALF OF PLAINTIFF NEW HAMPSHIRE YOUTH
2  MOVEMENT:
3      TYLER BISHOP, ESQUIRE
4      DAVID FOX, ESQUIRE
5      Elias Law Group LLP
6      1700 7th Avenue
7      Suite 2100
8      Seattle, WA 98101
9      (202) 985-0628
10     Tbishop@elias.law

---

**6**

1  ON BEHALF OF THE PLAINTIFFS COALITION FOR OPEN
2  DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW
3  HAMPSHIRE, THE FORWARD FOUNDATION, AND MILES
4  BORNE, BY HIS NEXT FRIEND STEVEN BORNE,
5  ALEXANDER MUIRHEAD, BY HIS NEXT FRIEND RUSSELL
6  MUIRHEAD, AND LILA MUIRHEAD, BY HER NEXT
7  FRIEND RUSSELL MUIRHEAD
8      HENRY KLEMENTOWICZ, ESQUIRE
9      GILLES R. BISSONNETTE, ESQUIRE
10     American Civil Liberties Union
11     (New Hampshire)
12     18 Low Avenue
13     Concord, NH 03301
14     (603) 227-6678
15     Henry@aclu-nh.org
16     Gilles@aclu-nh.org

18  ON BEHALF OF THE DEFENDANT DAVID M. SCANLAN:
19     MATTHEW T. BROADHEAD, ESQUIRE
20     Department of Justice
21     1 Granite Place
22     Concord, NH 03301
23     (603) 271-2521
24     Matthew.T.Broadhead@DOJ.nh.gov

---

**7**

1  PRESENT: Wendy Sawyer-Notary
2      Laura Young, Esquire-with Department
3      of Justice Notary
4      Michelle Kain - with Ropes Gray
5      Mindy Anderson - Attorney General Intern
6      Brendan A. O'Donnell - Attorney
7      General's Office

---

**8**

1                    INDEX
2  WITNESS                              PAGE
3  KRISTIN MARTINO
4  Examination by Mr. Atkins           12, 131
5  Examination by Mr. Bishop           116

7  PATRICIA PIECUCH
8  Examination by Ms. Pelletier        136
9  Examination by Mr. Klementowicz     306

11 DAVID SCANLAN
12 Examination by Mr. Klementowicz     306

14        E X H I B I T S
15 MARTINO EXHIBIT      DESCRIPTION      PAGE
16 Exhibit 1    Notice of Deposition     22
17 Exhibit 2 Vital Records Website       24
18 Exhibit 3 Website FAQ                 36
19 Exhibit 4 Request for Certificates    38
20 Exhibit 5 Application for Vital Records 39
21 Exhibit 6 Evidence Requirement Form   40
22 Exhibit 7 Assignment Additional Mailing
23         Contract                      46
24 Exhibit 8 Email Thread Subject FW:
25         HB1569 Q&A Guidance           68

---

**9**

| MARTINO EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 9 | Email Thread Subject HB1569 | |
| | Q&A Guidance | 69 |
| Exhibit 10 | HB 1569 Q&A | 70 |
| Exhibit 11 | State of New Hampshire Voter | |
| | Registration Attestation | 77 |
| Exhibit 12 | Registration Clerk Guidance | 78 |
| Exhibit 13 | Defendant's Third Supplemental | |
| | Responses to Interrogatories | 93 |
| Exhibit 14 | Email Thread Subject FW: | |
| | HB464-2023-1807s | 112 |
| Exhibit 15 | Email Thread Subject RE: | |
| | HB464-2025-1807s | 113 |

| PIECUCH EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Deposition | 143 |
| Exhibit 2 | Objections and Motion to Compel | 153 |
| Exhibit 3 | Email Thread Subject RE: | |
| | Clerk's Survey | 170 |
| Exhibit 4 | Email Thread Subject FW: 2022 | |
| | Affidavit Data | 192 |
| Exhibit 5 | Note to File | 196 |
| Exhibit 6 | Email Thread Subject RE: Voicemail | |
| | From Newbury Supervisor of the | |
| | Checklist | 197 |

**10**

| PIECUCH EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 7 | Email Thread Subject RE: Registered | |
| | Voters Born Outside of the US | 208 |
| Exhibit 8 | Email Invitation for Election | |
| | Officials | 225 |
| Exhibit 9 | Email Thread Subject HB1569 Q&A | |
| | Guidance | 229 |
| Exhibit 10 | Town Executive Board Minutes | 235 |
| Exhibit 11 | Email Thread Subject Clarification | |
| | on New Voter Registration/ID Laws | 243 |
| Exhibit 12 | Email Thread Subject Birth | |
| | Certificate and Driver's License | |
| | with Similar but not Identical | |
| | Names | 247 |
| Exhibit 13 | Email Thread Subject FW: A | |
| | Letter from our President | 264 |
| Exhibit 14 | NH Bulletin Article | 272 |
| Exhibit 15 | Defendant's Third Supplemental & | |
| | Amended Responses and Objections | 275 |

| SCANLAN EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Deposition | 320 |
| Exhibit 2 | Email Thread Subject RE: Voter ID | |
| | Follow-up Meeting | 329 |
| Exhibit 3 | Email Thread Subject RE: Mtg | |
| | Re: HB 1569 | 336 |

**11**

| SCANLAN EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 4 | Email Thread HB 1569 FN Proposed | |
| | Changes | 341 |
| Exhibit 5 | Email Thread Subject Suggestions | |
| | for HB 1370 | 344 |
| Exhibit 6 | Article Titled Scanlan: It's More | |
| | Work, but he can Administer Voter | |
| | Verification Change | 352 |
| Exhibit 7 | Email Thread Subject RE: The Portal | |
| | Bill (HB 463) & No Affidavit Bill | 355 |
| Exhibit 8 | Email Thread Subject HB 1569 | |
| | and HB 1370 | 366 |
| Exhibit 9 | Email Thread Subject Dear | |
| | Secretary Scanlon | 372 |
| Exhibit 10 | Email Thread Subject Following up | |
| | on the April 8 Meeting with Groups | |
| | Working to Enhance Voting Access | 374 |
| Exhibit 11 | RE: HB 1569-Frequently Asked | |
| | Questions | 381 |

**12**

1  THE NOTARY: Please raise your
2  right hand. Do you solemnly swear to affirm,
3  under the penalties of perjury, that the
4  testimony you shall give will be the truth,
5  the whole truth, nothing but the truth?
6  KRISTIN MARTINO,
7  after having been first duly sworn, was
8  examined and testified as follows:
9  THE WITNESS: Yes, I do.
10  THE NOTARY: Thank you.
11  EXAMINATION
12 BY MR. ATKINS:
13  Q.  Okay. Good morning.
14  **A.  Morning.**
15  Q.  Would you please state your full
16 name for the record?
17  **A.  I am Kristin Marie Wright**
18 **Martino.**
19  Q.  We're here today, as you know,
20 for your deposition. Have you been deposed
21 before?
22  **A.  No.**
23  Q.  I'm going to cover a few
24 preliminary matters, which are pretty
25 straightforward --

---

109

1 of the DVRA that you have discussed this
2 implementation process with?
3 **A.    We'll be working with our**
4 **software company.  We both use WSD, so they'll**
5 **be doing the changes to SVRS.  And then, also,**
6 **helping us work our table into it.**
7     Q.    Have you hired any other
8 vendors?
9     **A.    No.**
10    Q.    Apart from them?
11    **A.    I have not, no.  I don't know if**
12 **Tricia has.**
13    Q.    Okay.  Do you know whether
14 they're charging any additional amount in
15 order to implement this system in response to
16 HB 464?
17    **A.    I can only answer for**
18 **NHVRINplus.  And at this time, no, I'm not**
19 **aware of any fees that they're charging.  I**
20 **don't know if SVRS will be charged.**
21    Q.    Okay.
22    **A.    Tricia would -- would be able to**
23 **tell you that one.**
24    Q.    I'm going to turn back to -- let
25 me make sure I'm giving you the correct page.

---

110

1     Now, so this is -- I'm going to forget
2 what we marked it as.  This is the Q and A in
3 relation to HB 1569 --
4     **A.    It's marked as Martino --**
5     Q.    -- which is marked as Martino
6 10.  Thank you very much.  I want to look at
7 page 10, which is the last page.  Question
8 number 20.  Are you there?
9     **A.    Yep.**
10    Q.    Okay.  It says, we often have
11 difficulty with wireless connectivity at our
12 polling place.  Without having access to SVRS,
13 we may be unable to establish whether someone
14 was previously registered in New Hampshire
15 and, therefore, not required to prove
16 citizenship.  What should we do?  Did I read
17 that correctly?
18    **A.    Yes.**
19    Q.    So election officials and the
20 public often have difficulty with wireless
21 connectivity at polling places on election
22 days?
23        MR. BROADHEAD:  Objection.  This
24 it outside Kristin's scope.  This -- Trish can
25 address this.

---

111

1        MR. ATKINS:  Are you instructing
2 her not to answer it, as well?
3        MR. BROADHEAD:  Correct.
4        MR. ATKINS:  Do you know the
5 answer to the question?
6        MR. BROADHEAD:  You know it.
7 Please, don't answer that.
8        MR. ATKINS:  I believe you
9 commented, actually, on it earlier already.
10       THE WITNESS:  Don't --
11       MR. BROADHEAD:  This is a
12 question for Trish.
13       THE WITNESS:  Okay.
14 BY MR. ATKINS:
15    Q.    Is there anything that you're
16 aware of that is being done to improve
17 wireless connectivity at polling places?
18       MR. BROADHEAD:  Same objection.
19 Don't answer it.
20    Q.    Or to improve the wireless
21 connectivity and general IT infrastructure at
22 polling sites, generally?
23       MR. BROADHEAD:  Objection.
24 Kristin is not -- this is outside of vital
25 records.

---

112

1        MR. ATKINS:  Okay.  Let's take a
2 look at another document.  It's my tab 15, but
3 I think it's 14.
4        (Martino Exhibit 14, Email
5 Thread Subject FW: HB464-2023-1807s, marked
6 for identification.)
7 BY MR. ATKINS:
8     Q.    I'm handing you what is now
9 marked as Martino 14.  This is an email from
10 May 2025, from Erin Hennessey to you and
11 several others.  Do you recognize the
12 document?
13    **A.    Yes.**
14    Q.    Do you recall receiving this
15 email?
16    **A.    Yep.**
17    Q.    And Erin Hennessey writes, team,
18 this amendment touched vital records and
19 campaign finance.  Did I read that correctly?
20    **A.    Yes.**
21    Q.    Do you understand that the
22 amendment that's referred to there is HB 464?
23    **A.    Yes.**
24    Q.    Did you have a discussion with
25 the other individuals listed on the email here

---

113

1 about this message?
2   **A.  I don't know if it was about**
3 **this message in particular, but it was about**
4 **464, yes. I don't know if Kaley Dion, who's**
5 **copied on this message, was necessarily**
6 **involved, but --**
7   Q.   Can you tell me about that
8 discussion?
9       MR. BROADHEAD:  Objection.
10 Deliberative process and possibly
11 attorney-client privileged, depending on who
12 was there.  If you had discussions with
13 legislators, you can talk about that, but --
14      THE WITNESS:  I --
15      MR. BROADHEAD:  -- internal
16 discussions don't talk about.
17      THE WITNESS:  Yeah.  I didn't
18 talk to any legislators.
19      MR. ATKINS:  Let's look at
20 another document.
21      (Martino Exhibit 15, Email
22 Thread Subject RE: HB464-2025-1807s, marked
23 for identification.)
24   Q.   Okay.  Handing you what's marked
25 as Martino 15.  Much of this document has been

114

1 redacted.
2   **A.   Mhm-hmm.**
3   Q.   Do you recognize it?
4   **A.   Yes.**
5   Q.   Do you recall these emails?
6   **A.   Yes.**
7   Q.   This exchange indicates that you
8 would meet with Mr. Scanlan and Ms. Hennessey
9 to discuss HB 464; is that right?
10  **A.   Yes.**
11  Q.   And if it's possible, without
12 getting into any privileged conversations, do
13 you recall this meeting taking place?
14  **A.   Yes.**
15  Q.   Who was present?
16  **A.   I know Dave and Erin were.  I**
17 **believe Bud Fitch was, who was our legal**
18 **counsel, and I think Tricia was, as well.  And**
19 **I think that we all met to address it.  That**
20 **-- the same time.  I'm not aware of anyone**
21 **else who was there.  Although, Kaley may have**
22 **been in the room.  Her desk sits in that**
23 **meeting room.**
24  Q.   And your email says, okay, I
25 will plan to stay after the meeting this

115

1 morning.  Does that indicate that the meeting
2 was on May 5th?
3   **A.   I believe it was, yes.**
4   Q.   Do you -- do you recall how long
5 the meeting took?
6   **A.   I don't.  I'm -- I'm thinking**
7 **maybe half an hour.  That's a guess.**
8   Q.   Again, without getting any
9 privileged conversations, if possible, did you
10 discuss during that meeting the implementation
11 of HB 464?
12      MR. BROADHEAD:  Objection.
13 Please, don't answer it.  Deliberative
14 process, attorney-client privilege.
15 BY MR. ATKINS:
16  Q.   Did you provide any advice on
17 its implementation?
18      MR. BROADHEAD:  Objection.
19 Same.
20 BY MR. ATKINS:
21  Q.   Apart from this particular
22 discussion, but more broadly, have you raised
23 any concerns to Mr. Scanlan about challenges
24 associated with implementing HB 464?
25      MR. BROADHEAD:  Objection.

116

1 Same.
2       MR. ATKINS:  Take a break.
3       THE REPORTER:  One moment.
4       (Off the record 10:49 a.m.)
5       (Back on the record 11 a.m.)
6       THE REPORTER:  Back on the
7 record.  Oh, I need you to mic up.  Okay.
8       MR. BISHOP:  Is that all set?
9           EXAMINATION
10 BY MR. BISHOP:
11  Q.   Okay.  I'd just like to first go
12 over a couple of preliminaries.  I'm Tyler
13 Bishop.  I'm representing New Hampshire Youth
14 Movement in this case.  And like my colleague
15 said, I may ask a question that I don't state
16 well.  If I do that, feel free to ask me to
17 rephrase.  And do agree to let me know if you
18 don't understand my question?
19  **A.   Okay.**
20  Q.   Okay?
21  **A.   Yes.**
22  Q.   And do you understand you're
23 still under oath?
24  **A.   Yes.**
25  Q.   Great.  Okay.  I'd like to start

117

1 close to where we left off, which is the
2 addition of vital records to the SVRS system.
3 Do you recall that conversation?
4    A.   Yes.
5    Q.   And do I understand correctly
6 that the vital records that will be added to
7 the statewide voter registration system come
8 from your office, and will be provided in a
9 data table?
10    A.   Yes.
11    Q.   Is that data table going to be a
12 one time addition or is that a live data set?
13    A.   My understanding is it's going
14 to be a daily refresh.
15    Q.   Okay.  And that refresh occurs
16 based on what?
17    A.   Every day new records are
18 created.  So, like, marriages, divorces,
19 things like that would be entered.  So I -- I
20 don't know what time it would be run, but at
21 some point, it'll just refresh and include
22 those new records.
23    Q.   Got it.  I'd like to now go back
24 to the IDs that are accepted when an
25 individual applies for a vital record.

118

1    A.   Mhm-hmm.
2    Q.   You mentioned that student IDs
3 are sometimes accepted for this purpose; is
4 that correct?
5    A.   Yes.
6    Q.   Do those student IDs have to be
7 a photo ID?
8    A.   Yes.  We still do want a photo
9 ID when possible.
10    Q.   So if it's not a photo ID, you
11 would reject that?
12    A.   Yes.  That's when we would turn
13 to the documentary evidence.
14    Q.   Got it.  Thank you.  Is it an
15 accurate statement -- or let me rephrase.
16    Does your office have a complete set of
17 citizenship data for New Hampshire residents?
18    A.   No.  We don't track citizenship.
19 I mean, we have a complete set of birth
20 certificates for folks who were born in New
21 Hampshire, but we don't track everyone's
22 citizenship there.
23    Q.   Are there residents of New
24 Hampshire who are not born in New Hampshire?
25    A.   Are there residents of New

119

1 Hampshire not born in New Hampshire?  Is that
2 what you're --
3    Q.   Yes.
4    A.   Yes, yes.
5    Q.   Okay.  Thank you.  And you have
6 -- is it true that your office does not have
7 access to out-of-state records of birth, death
8 and the like?
9    A.   That's true, yes.
10    Q.   So you mentioned a process
11 that's being discussed for election officials
12 to access or verify information from other
13 states.  Can you walk me through what that
14 looks like?
15    A.   I was only involved in the
16 preliminary discussion of that and I don't
17 know where they landed with it.  And by, they,
18 I mean Erin Hennessey and -- and her downtown
19 team, but it's through a database, so all of
20 the -- all of the jurisdictions in the United
21 States, so all 50 states and then our
22 territories are involved in an inter- ---
23 interjurisdictional exchange agreement.  And
24 that information for births and deaths goes
25 into a system that could be used to verify,

120

1 but it costs money to verify.  And I don't
2 know what the costs were, but it can get -- I
3 know it can cost a lot and that's why I don't
4 know if they ended up going with that choice,
5 or not, but it was something they were
6 exploring as a possibility.
7    Q.   Okay.
8    A.   Tricia may be able to answer
9 more to that than I can, 'cause I think she
10 was involved a little bit more in some of
11 those than I was.
12    Q.   And is that process something
13 that will be handled by clerks and
14 supervisors, or is that your office, or is
15 that somebody in elections office?
16    A.   It would not be my office.
17 Yeah.  I don't know which -- which entity it
18 would end up being, but it was discussed as
19 being outside of my agency.  I'm not dealing
20 with it.  Yeah.
21    Q.   Understood.  And in your
22 understanding, what is the purpose of the
23 process of verifying or assessing vital
24 records of other states that's currently being
25 considered?

No. 604998

Re:    Deposition of **Kristin Martino; Patricia Piecuch; David Scanlan**
Date: 10/21/2025
Case: New Hampshire Youth Movement, et al. -v- Scanlan, et al.
Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|---|---|---|
| 16 | 23 | 14 Staff (I forgot to count the two part time positions when I gave the #) |
| 18 | 8, 12 | 14 Staff (same reason as above) |
| 19 | 7 | 14 Staff (same reason as above) |
| 52 | 14 | 15 (I am the 15th staff member - same reason as above) |
| 52 | 19 | 14 Staff (same reason as above) |
| 97 | 7 | SVRS (I sometimes reverse the letters in error) |
| 98 | 1 | SVRS (same as above) |
| 98 | 9 | SVRS (same as above) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11/19/25
(Date)

(Signature)

No. 604998

Re:    Deposition of **Kristin Martino; Patricia Piecuch; David Scanlan**
       Date: 10/21/2025
       Case: New Hampshire Youth Movement, et al. -v- Scanlan, et al.
       Return to: transcripts@planetdepos.com

```
                    ACKNOWLEDGMENT OF DEPONENT


            I, Kristin Martino; Patricia Piecuch; David

    Scanlan, do hereby acknowledge that I have read and

    examined the foregoing testimony, and the same is a

    true, correct and complete transcription of the

    testimony given by me and any corrections appear on

    the attached Errata sheet signed by me.


    __11/19/25___         _____

       (Date)                   (Signature)
```

133

```
1      Q.   -- to register.
2          MR. ATKINS:  Sorry.
3          THE REPORTER:  Let each -- let
4  each other finish.
5          MR. ATKINS:  Sure.
6          THE WITNESS:  Sorry.
7  BY MR. ATKINS:
8      Q.   Do you want me to do it again?
9      A.   Yeah.  Go ahead.  You finish.
10     Q.   Or that the cost would deter
11 certain people from obtaining the record in
12 order to register?
13     A.   Cost hasn't really been a -- a
14 big consideration in this, really.  It was
15 just -- again, just trying to make it easier.
16 And that was just my -- my thought was easier,
17 I think --
18     Q.   The thing that -- the thing that
19 you changed to make it easier, just make it
20 free.
21     A.   Yeah.  It does make it free,
22 yes, and provides a watermark in order for us
23 to be able to do it for free, to define a
24 purpose for it.
25     Q.   So if that was the change, that
```

134

```
1  the cost must have had some...
2      A.   A little bit, but it's not -- I
3  will say, 'cause I -- I had a feeling this one
4  was going to come up.  There's very few
5  instances where people walk away without
6  getting their record because of the cost.
7  There are times where they'll work with, like,
8  some sort of an agency in order to procure
9  their record and they do end up getting it in
10 the end, but yeah, sometimes costs can be
11 prohibitive.
12     Q.   And was that change specifically
13 because of the documentary proof of
14 citizenship requirements that were newly
15 introduced by HB 1569?
16     A.   In -- hindsight, I think that
17 that is what kick started that conversation or
18 that thought in my head was because of that
19 document where we talked about there has --
20 there is nothing that we can currently offer.
21 And I believe that that's when I started
22 saying, but we could.  We could offer that.
23 We could offer a solution to this relatively
24 easily without any major changes to our
25 software or ways of doing anything.
```

135

```
1      Q.   Okay.  That's it.
2          MR. BROADHEAD:  Thank you.
3          THE REPORTER:  Will the witness
4  read and sign?
5          MR. ATKINS:  No other questions.
6          MR. BROADHEAD:  Yes.
7          THE REPORTER:  And --
8          MR. BROADHEAD:  Seven days.
9          THE REPORTER:  Can I get orders
10 for the record?
11         MR. BROADHEAD:  Electronic is
12 just for me.
13         MR. ATKINS:  Oh, yeah.
14         MR. BISHOP:  Electronic is fine.
15         THE REPORTER:  For both of you?
16         MR. BISHOP:  Yes.
17         THE REPORTER:  I'll take us off
18 the record.
19         (Concluded at 11:19 a.m.)
20         THE REPORTER:  We're on the
21 record.  Can you just state your name?
22         THE WITNESS:  Patricia Piecuch.
23         THE NOTARY:  Can you raise your
24 right hand?
25         Do you swear and affirm under penalties
```

136

```
1  of perjury that the testimony you're about to
2  give is the truth and nothing but the truth?
3          THE WITNESS:  I do.
4          PATRICIA PIECUCH,
5  after having been first duly sworn, was
6  examined and testified as follows:
7          EXAMINATION
8  BY MS. PELLETIER:
9      Q.   Good afternoon, Ms. Piecuch.
10 Thank you for being here today.  And I'm
11 saying your name correctly, right, Piecuch?
12     A.   That's correct.
13     Q.   Is it okay if I call you
14 Patricia, or do you prefer Tricia?
15     A.   Tricia is fine.
16     Q.   Tricia?  Okay.  Thank you.
17 Can you state your full name for the
18 record?
19     A.   Patricia Piecuch.
20     Q.   Okay.  Great.  And as you know,
21 we're here today for your deposition, correct?
22     A.   Yes.
23     Q.   Have you been deposed before?
24     A.   I think one time, like, over 40
25 years ago.
```

137

1    Q.    Okay.  Do you remember what kind
2  of matter that?
3    A.    **Personal injury.**
4    Q.    Okay.  And were you being
5  deposed in your personal capacity?
6    A.    **Yes.**
7    Q.    Okay.  Great.  I'm going to walk
8  through a few preliminary matters before we
9  get started.  I will ask you questions, and
10 the court reporter will record your answers.
11 To make the court reporter's job easier, I'm
12 going to try to speak slowly.  If you could
13 try to do the same as well because they are
14 transcribing the deposition.
15       Please also let me finish before you
16 answer.  I will do the same for you.  Because
17 they are transcribing, try to give verbal
18 answers.  So no shaking your head or uh-huh.
19 Yes or no if appropriate, or, you know, full
20 verbal answers.
21       If you do not hear or understand a
22 question, please tell me.  If you need me to
23 repeat it or rephrase it, I'm happy to do so.
24 If you answer, I'll assume that you understood
25 the correct question.  Is that okay?

138

1    A.    **Yes.**
2    Q.    Okay.  Let's try not to have
3  any, like, texting, emails, phone
4  conversations while we're doing this, but I
5  understand, you know, you -- if you have some
6  kind of alert or some kind of notification you
7  need to deal with, please just let me know and
8  we can take a break, and you can address that.
9  I just ask that you let me or co-counsel
10 finish a line of questioning before we take a
11 break.  Is that okay?
12   A.    **Yes.**
13   Q.    Okay.  Your answers will be
14 under oath, meaning you're swearing to their
15 truthfulness and accuracy.  The oath you took
16 today has the same effect as if you were
17 testifying in court.  Do you understand that?
18   A.    **Yes.**
19   Q.    Okay.  Can you think of any
20 reason why you might not be able to answer my
21 questions truthfully today?
22   A.    **No.**
23   Q.    Okay.  And I previewed this a
24 bit, but if you need to take a break at any
25 time for any reason, please just let me know,

139

1  and we will do so.  I'll also try to offer
2  breaks as, you know, we have a good stopping
3  point.  But, again, let's just try to finish
4  the question, if possible.  Does that make
5  sense?
6    A.    **Yes.**
7    Q.    Okay.  So I'm going to ask you a
8  little bit about what you did to prepare for
9  your deposition today.  Did you meet with
10 anybody to prepare?
11   A.    **Prior to the deposition, yes.**
12 **We met -- the secretary of State's team met**
13 **together with the attorney general's office to**
14 **discuss the type of deposition it was going to**
15 **be, as well as the questions that were before**
16 **on the deposition and who would be responding**
17 **to certain questions.  We had follow-up**
18 **meeting to kinda cover some of the questions**
19 **and everything like that to determine what**
20 **we'd be looking at in order to answer the**
21 **questions.  From that point, the two questions**
22 **that I was asked to answer, I then look**
23 **through, like, emails, other correspondence,**
24 **and stuff like that to make sure I was**
25 **prepared for the deposition.**

140

1    Q.    Okay.  That was helpful.  Thank
2  you.  I'm just going to break that up a little
3  bit.  You mentioned that you met with the
4  Secretary of State, like, office, their team.
5  Who was in that meeting?
6    A.    **Secretary Scanlon, Deputy**
7  **Secretary of State, Aaron Hennessy, legal**
8  **counsel, Doug Bruno, myself, and with the AG's**
9  **representative, we had Laurie, and I'm sorry,**
10 **I don't know her last name.  And also, Brendon**
11 **was available for these meetings.**
12   Q.    Okay.  Great.  When were those
13 meetings?
14   A.    **Oh, excuse me.  And one more.**
15 **Kristen Ken- --- Kirsten Kennison was involved**
16 **in one of the meetings.**
17   Q.    When did those meetings take
18 place?
19   A.    **We had one last week and then**
20 **one -- I'm not sure of the exact date of when**
21 **we had it prior to.**
22   Q.    Okay.  And do you know about how
23 long you met?
24   A.    **Both times, probably for the**
25 **time that I was involved, about an hour.**

273

1 the New Hampshire campaign for voting rights,
2 a subsidiary of American -- America votes,
3 which hosted the press conference, end quote.
4 Did I read that correctly?
5     **A.    Yes.**
6     Q.    So you just stated that you
7 think you read this article.
8     **A.    I think I read this article.**
9     Q.    Do you -- what was your reaction
10 to this article?
11    **A.    Whether or not this information**
12 **is accurate information or not, for one.  I --**
13 **I cannot -- I could not determine whether or**
14 **not that was accurate information that was**
15 **definitely being reported.**
16    Q.    Okay.  Did you look into this
17 information?
18    **A.    No, we do not get involved with**
19 **local elections.**
20    Q.    Okay.  Do you have any reason to
21 doubt the accuracy of the information then?
22    **A.    I don't, but then, again, I**
23 **don't have to dis- -- to disagree with it or**
24 **to agree with it.**
25    Q.    And you said you do not get

274

1 involved in local elections, correct?
2     **A.    We do not get involved with**
3 **local elections when residents are -- when**
4 **supervisors are registering their voters.  If**
5 **they have questions, we're there to answer**
6 **their questions and everything.  But as far as**
7 **turning people away, they don't need to report**
8 **that information to us.**
9     Q.    Okay.  And you said earlier if
10 they did report that information, you would
11 have referred them to the attorney general's
12 office?
13    **A.    Correct.**
14    Q.    And did you hear from the
15 attorney general's office about any people
16 turned away in the March 2025 elections?
17    **A.    Not that I recall.**
18    Q.    And did you update any of your
19 guidance coming out of this March 2025 local
20 election?
21    **A.    Can you explain by updating what**
22 **guidance?**
23    Q.    So for example, we looked at the
24 question and answers on House Bill 1569 or any
25 of the other memos you circulated about House

275

1 Bill 1569.  Did you update any of those?
2     **A.    We did not update the**
3 **question-and-answer guidance.**
4     Q.    Okay.  So I am now going to
5 switch back to the 30(b)(6) topics.  And I
6 know it's been a bit, so thank you for bearing
7 with us, but I'm now going to turn to the
8 implementation of House Bill 464.  We had
9 discussed at the beginning of your deposition
10 that the state designated you as a witness for
11 topic 14, which reads, any guidance,
12 procedures, standards, planning, or
13 preparations for the implementation of House
14 Bill 464, including, but not limited to,
15 funding expectations.  Does that sound
16 familiar?
17    **A.    Yes.**
18    Q.    Okay.  Are you familiar with
19 House Bill 464?
20    **A.    Yes.**
21    Q.    Can you describe to me your
22 understanding of the bill?
23    **A.    There's many facets with the**
24 **bill.  I'm only concentrating on the ones that**
25 **relate to the voter registration system and**

276

1 **voter registration, not with the other items**
2 **within that bill, 'cause it's a very broad**
3 **bill.  So House Bill 464 is now requiring us**
4 **to provide the Secretary -- the Department of**
5 **Motor Vehicles -- with out-of-state driver's**
6 **license information for them to do follow-up.**
7 **House Bill 464 also changed that:  Removed**
8 **voters can now -- do not have to prove**
9 **citizenship.  It also requires now that**
10 **supervisors and clerk have limited data --**
11 **have access to vital records in a limited data**
12 **set, and requires us to put information within**
13 **the state right voter registration from Motor**
14 **Vehicles and from the vital records in order**
15 **to help them -- our local election officials**
16 **to be able to help voters and use these**
17 **additional tools to get voters registered to**
18 **vote.**
19        MS. PELLETIER:  Can I have 23,
20 please?  Thank you.  It's the bigger one.
21        (Piecuch Exhibit 15, Defendant's
22 Third Supplemental & Amended Responses and
23 Objections, marked for identification.)
24 BY MS. PELLETIER:
25    Q.    This is Exhibit 15.  Just off

277

1 the top, do you recognize this document?
2    A.    Yes.
3    Q.    What is it?
4    A.    It's the Defendant's Third
5 Supplemental and Amended Responses and
6 Objections to Plaintiff's Interrogatories.
7    Q.    Did you help prepare this
8 document?
9    A.    I was able to review this
10 document.
11    Q.    When you reviewed this document,
12 did you provide any language in -- for these
13 responses?
14    A.    It's a possibility as there was
15 lots of documents coming through.
16    Q.    Let's turn to page 13. You say
17 it's a possibility. Do you recall any
18 specific items that you helped prepare?
19    A.    Without reading the entire
20 document, I cannot give you that information.
21    Q.    Okay. All right. So
22 interrogatory nine on page 13, right up at the
23 top, reads, quote, describe any databases or
24 records that any New Hampshire state agency or
25 entity maintains, possesses, or is able to

278

1 access the contain information that may be
2 used to verify the birthplace or US citizen
3 status -- ship status of an individual, end
4 quote. Did I read that correctly?
5    A.    Yes.
6    Q.    All right. And you can take a
7 second to read the response. I'm only going
8 to ask you about certain facets of the
9 response, but I will let you review the
10 entirety if you'd like. And you can stop at
11 where it says office of the attorney general's
12 response so we don't expect you to testify on
13 their behalf.
14    A.    Yes.
15    Q.    On page 14, the defendants
16 wrote, HB 464 also authorized the Secretary,
17 city and town clerk.
18    A.    So -- excuse me. Can you tell
19 me where you're at?
20    Q.    Fourteen. It is on the middle
21 paragraph.
22    A.    Okay.
23    Q.    Second sentence.
24    A.    Thank you.
25    Q.    No problem. Sorry about that.

279

1 So it reads, HB 464 also authorizes the
2 Secretary, city and town clerks, and
3 supervisors of the checklist to access, quote,
4 a limited data set of birth, death, marriage,
5 and divorce information of individuals
6 registering to vote and maintaining voter rec-
7 -- records as provided in RSA 654:45, section
8 4. HB 464, (277:10) (effective December 31st,
9 2025.) These records are located in the New
10 Hampshire Vital Records Information Network, a
11 database maintained by the Division of Vital
12 Records, (a division of the Secretary of
13 State's Office,) close quote. Did I read that
14 accurately?
15    A.    Yes.
16    Q.    Is this statement still accurate
17 as you sit here today?
18    A.    Yes.
19    Q.    What does a limited dataset
20 mean?
21    A.    A limited dataset means that
22 they don't -- they will not be able to see the
23 entire vital record, but they will be able to
24 see enough information in order to determine
25 it is that voter. And it is something we are

280

1 currently still working on. We are certain --
2 currently still gathering all the data fields
3 and the requirement necessary in order to get
4 the information from vital records and to
5 build it into their statewide voter
6 registration database.
7    Q.    Okay. So let me just break that
8 down a little bit. When you say they will be
9 able to see a limited dataset, do you mean
10 town clerks and supervisors of the checklist?
11    A.    Correct.
12    Q.    Okay. And when you say we are
13 still working on that, is that your office in
14 conjunction with the Division of Vital
15 Records?
16    A.    That's correct. And our vendor.
17    Q.    Who is your vendor?
18    A.    WSD Reframe?
19    Q.    Okay. Did you need to --
20        THE REPORTER: Can you repeat
21 that? W-S-D --
22        THE WITNESS: Yeah, WSD
23 Reframe.
24 BY MS. PELLETIER:
25    Q.    Did you need to contract --

281

1  sorry. Scratch that.
2      Did you need to enter into a new
3  contract for this work to comply with the 464
4  with WSD?
5      A.  **We are still working through the**
6  **parameters. Whether it'll be a contract**
7  **change or whether or not it'll be a change**
8  **order, that's yet to be determined.**
9      Q.  Okay. So will that require
10 additional funding from the Secretary of
11 State's Office to pay the vendor?
12     A.  **That is correct.**
13     Q.  Do you know how much yet?
14     A.  **No, I do not.**
15     Q.  Okay. You also mentioned that
16 you're contemplating building this access of
17 the limited dataset into the SVRS; is that
18 correct?
19     A.  **Correct.**
20     Q.  So local town clerks and
21 supervisors of the checklist will not have
22 access to the New Hampshire Vital Records
23 Information Network, correct?
24     A.  **That's correct.**
25     Q.  Okay. So any information they

282

1  do gather will be through the SVRS as we spoke
2  about earlier?
3      A.  **Correct.**
4      Q.  Okay. And for that, they will
5  need intranet, correct?
6      A.  **Correct.**
7      Q.  A computer?
8      A.  **Yes.**
9      Q.  Okay. Would this contemplated
10 limited dataset have records for those born
11 outside of New Hampshire?
12     A.  **No, it would not.**
13     Q.  Okay. Would it have records of
14 those married outside of New Hampshire?
15     A.  **No, they would not. This is**
16 **only for New Hampshire vital records**
17 **information.**
18     Q.  Okay. And just a continuation
19 of that, wouldn't have information for those
20 divorced outside of New Hampshire then?
21     A.  **Correct.**
22     Q.  Okay. When is the anticipated
23 completion date of this project?
24     A.  **This will go live December 31st,**
25 **2025.**

283

1      Q.  Okay. Any concerns about
2  meeting that date?
3      A.  **No.**
4      Q.  Have you defined the dataset
5  that will be inputted into the SVRS yet?
6      A.  **No, we have not.**
7      Q.  Okay. Have you thought -- let
8  me rephrase that.
9      Have you developed the mechanics of how
10 this will be rolled out to local election
11 officials?
12     A.  **Not at this time until such time**
13 **as we gather all the data in the data fields**
14 **and look at the logistics until we can have**
15 **something built is the way that we'll be able**
16 **to then determine how to send it out to our**
17 **users and how to train our users.**
18     Q.  Okay. So it might be fair to
19 say that you then need to develop the training
20 still?
21     A.  **Correct.**
22     Q.  Okay. You would also need to
23 determine what information a prospective voter
24 would need to supply in order to ask an
25 election official to look up the individual's

284

1  vital records?
2      A.  **That is correct.**
3      Q.  Okay. Has there been any
4  thought into what those requirements might
5  look like?
6      A.  **We are working close with the**
7  **Director of Vital Records, Kristin Martino, to**
8  **develop those, but if we are looking at**
9  **somebody's birth certificate, we would be**
10 **looking at the name that was going to be**
11 **current on the voter registration and then the**
12 **name of the individual that they're**
13 **researching, along with the individual's date**
14 **of birth.**
15     Q.  Would the individual attempting
16 to register need to show an ID for the local
17 election official to then access this data?
18     A.  **Yes.**
19     Q.  Okay. Will the search be
20 conducted based on name?
21     A.  **Yes. That's what we're looking**
22 **at at this point in time.**
23     Q.  Okay. I'm assuming you will
24 also then be searching based on date of birth?
25     A.  **We cannot allow date-of-birth**

285

1 search due to the fact that we need to make
2 sure we're protecting data within the state.
3 If -- again, we have not finalized all these
4 logistics and everything -- not to say that
5 may change -- but right now, the state user
6 would be able to -- be able to search this
7 database by date of birth, just as the users
8 -- our supervisors and clerks cannot search
9 currently by date of birth, but they would be
10 able to contact us, and then we would be able
11 to search by date of birth if it was off.
12     Q.    Okay.  So just to make sure I'm
13 hearing this right, the local clerk or
14 supervisor of the checklist with access to the
15 SVRS will not be able to search this data that
16 you're working on defining based on the date
17 of birth?
18     A.    Based solely on the date of
19 birth, correct.
20     Q.    Okay.  I'm assuming the same
21 would also apply to security numbers then?
22     A.    Social security numbers, if the
23 date is in the system, is not -- is not part
24 of one of the fields we're looking at --
25     Q.    Okay.

286

1     A.    -- because those birth
2 certificates do not contain social security
3 numbers.
4     Q.    So what happens if there's not
5 an exact match of names, such as a different
6 spelling or nicknames?
7     A.    So when somebody is registering
8 to vote, we would need -- the individual that
9 is registering to vote needs to provide us the
10 name of their -- on their birth certificate.
11 If there is something that is not matching
12 that birth certificate, one, we haven't come
13 up with how we're going to deal with this, but
14 it may be a call to our Vital Records Division
15 to see whether or not -- what they can find,
16 whether or not there was a name change done on
17 the record to the -- or there's an error on
18 the record or whether the record is even in
19 the system, as there are a limited dataset of
20 records that will be uploaded into this file.
21     Q.    Okay.  And when you say, again,
22 limited dataset, is there -- are there
23 parameters for what -- I know it's only New
24 Hampshire data, but is -- are there parameters
25 for what data you're pulling in?

287

1     A.    We're pulling in whatever data
2 currently the NHVRIN system has in there.  So
3 if it's a nine -- I don't think they have 1920
4 births or 1921 births.  So if somebody was
5 looking for that type of a record, I -- we
6 would not be able to put that information in
7 there if it's not in the NHVRIN system.
8     Q.    Okay.  Do you know how far back
9 the NHVRIN system goes?
10     A.    No, I do not.
11     Q.    Have you done any testing yet --
12 I might know the answer to this question -- to
13 determine how effective the matching system
14 will be?
15     A.    No.
16     Q.    Okay.  Do you plan to do
17 testing?
18     A.    Prior to this going live,
19 there'll be a lot of testing, yes.
20     Q.    Okay.  How will you ensure that
21 a registrant's personally identifiable
22 information is communicated to the election
23 official in a secure way?
24     A.    They will be able to search it
25 right within SVRS.  So just as they search

288

1 now, they'll be able to search within SVRS for
2 this information.
3     Q.    You mentioned before if an
4 official does not have access to the SVRS,
5 they could call your office.  Would they then
6 just verbally give the individual's personal
7 information to your office over the phone?
8     A.    Yes.
9     Q.    Are there any protocols or
10 trainings in place to ensure that stays
11 secure?
12     A.    Over the phone --
13     Q.    Yeah.
14     A.    -- for clarification.  I'd have
15 to check with our IT department, but I know of
16 our phone lines would be secured.
17     Q.    Okay.  So the polling person
18 would just verbally state the person's
19 information into -- on the phone to get the
20 information from your office, correct?
21     A.    Correct.  They do that now.
22 When -- if they have a question on a voter,
23 they provide us with the voter's name and
24 their address or their domicile or their date
25 of birth.  So we currently do that now.

289

1  Q.    Okay.  You mentioned -- oh,
2  sorry.  Keep going.
3  **A.    I just didn't see any changes to**
4  **that.**
5  Q.    Okay.  You mentioned that not
6  every access person can view date of birth or
7  search date of birth in the SVRS, correct?
8  **A.    So in inquiries, anybody that**
9  **has access, whether you're a clerk, deputy**
10  **clerk, assistant clerk supervisor, or**
11  **assistant supervisor, you can search and you**
12  **will see the individual's name.  If that**
13  **individ- -- that voter is -- I should say,**
14  **voter, if that voter is in their town, they**
15  **will still see the full date of birth.  If**
16  **it's not within their town, they will see the**
17  **year of birth.**
18  Q.    Okay.  So -- but the person at
19  the elect- -- at your office would see the
20  full date of birth --
21  **A.    That is correct.**
22  Q.    -- correct?  Okay.  All right.
23  So turning back to the exhibit here, the last
24  paragraph on page 14 reads, quote, moreover,
25  House Bill or HB 464 requires the Secretary to

290

1  ensure that local election officials have
2  access to data from the SVRS Department of
3  Safety and Vital Records -- department of
4  Safety and Vital Records to assist voters in
5  providing proof of citizenship, age, domicile,
6  and identity to city and town clerks.  And the
7  Secretary must work with the city and town
8  clerks to ensure access on Election Day at the
9  polling location.  Did I read that correctly?
10  **A.    Yes.**
11  Q.    What steps has the Secretary
12  taken to comply with this?
13  **A.    So, one, we are already in**
14  **conversation with the Vital Records.  We're in**
15  **conversation with the Department of Motor**
16  **Vehicle, and we're working on amending our MOU**
17  **so that we can get data from them.  Again,**
18  **same way we're looking at -- doing with the**
19  **Vital Records is going to be the same with the**
20  **Department of Safety Information, where it's**
21  **going to be information that we were going to**
22  **be receiving from the Department of Safety,**
23  **and it will be uploaded to SVRS on a daily**
24  **basis so that the supervisors will be able --**
25  **or clerks will be able to search that**

291

1  information.
2  **As far as providing insure access on**
3  **Election Day at the polling location, as**
4  **you're aware, we have done the survey.  My**
5  **understanding, there's follow-up that still**
6  **needs to be done, and I'm not sure who the**
7  **Secretary will assign to do that task, but we**
8  **will work to, again, bring -- work with the**
9  **clerks and school -- city and town clerks and**
10  **even school clerks -- to make sure that they**
11  **have access on Election Day or what they have**
12  **available to them on Election Day.**
13  Q.    Okay.  So taking the first half
14  of that response, thank you.  You mentioned
15  you were undergoing a similar process as you
16  are with vital records with the Department of
17  Safety.  Can you describe that process a
18  little bit?  What data are you trying to pull
19  from them to the SVRS?
20  **A.    So again, we're still working on**
21  **the data fields in the data element field that**
22  **we will be pulling from them, but we will be**
23  **looking from the Motor Vehicle to provide us,**
24  **again, with the name.  Their -- the name of**
25  **the individual, their legal address, mailing**

292

1  **address, driver's license number, last four**
2  **digits of the social security number,**
3  **expiration date, and then there's citizenship**
4  **status.  And I know that the Motor Vehicle**
5  **Department citizenship status is broken up**
6  **differently, so we will be looking at seeing**
7  **what their fields are in order for us to**
8  **finalize all those fields.**
9  Q.    Do you know what their fields
10  are?
11  **A.    I haven't seen it completely**
12  **yet, but I know they have three different**
13  **fields for citizenship.  One's US citizenship,**
14  **one's permanent resident, and one's temporary.**
15  **And I don't know if it's temporary resident.**
16  **If it's US citizenship, that means the**
17  **individual has been marked by the Department**
18  **of Motor Vehicle safety personnel that this is**
19  **an individual that is a US citizen.  If it is**
20  **a permanent resident, that means that this**
21  **individual is here and has a legal status, but**
22  **is not a US citizen.  And the same thing with**
23  **the temporary resident.**
24  Q.    So this would be their status at
25  the time of registering with an RMV or DMV?

293

1    A.    Correct. With the
2  registering -- when they are obtaining their
3  license through the Department of Motor
4  vehicles.
5    Q.    It's feasible that a, you know,
6  non-native born person could be a, you know,
7  someone -- a green cardholder at the time of
8  applying for a license, but then later become
9  a naturalized citizen; is that correct?
10   A.    Yes.
11   Q.    In the system you contemplate
12 here, are election officials instructed to
13 keep running searches on citizenship, or would
14 they see the green cardholder status on the
15 safety data and, you know, and the query
16 there?
17   A.    So as long as the information is
18 updated with the Department of Motor Vehicles,
19 that information is going to be uploaded into
20 our system every day. So that access and that
21 information will be refreshed every day. So
22 if Department of Safety receives that
23 information and updates their file, then we
24 will have that within our statewide voter
25 registration database.

294

1    Q.    But that would only occur if the
2  individual went back and updated with the DMV,
3  correct?
4    A.    Correct.
5    Q.    Okay. And what resources has
6  the Secretary's office dedicated to this
7  effort?
8    A.    Can you expand on what --
9    Q.    Sure. Any budget in, you know,
10 setting up these systems.
11   A.    We're working with our current
12 resources and everything like that to go ahead
13 and bring this -- to fulfill HB 464.
14   Q.    Okay. So the Secretary's office
15 did not receive additional appropriations to
16 comply with this?
17   A.    Not that I'm aware of, but I'm
18 not involved with legislation.
19   Q.    Okay. Does the Secretary's
20 office need additional appropriations to
21 comply with this?
22   A.    I do not know that.
23   Q.    Okay. Does the Secretary's
24 office need additional staffing to comply with
25 this?

295

1    A.    I say that between the
2  additional resources and additional staff, and
3  we will work with the resources we currently
4  have and put whatever staff that we have on it
5  to make sure that we can bring this to
6  fruition with the proper testing and
7  everything.
8    Q.    Okay. And remind me again,
9  what's the effective date for this?
10   A.    So 464 has a few different
11 effective dates. You have one that's 12/31/25
12 and you have one that's 2/1/2026.
13   Q.    The system we just spoke about
14 with the motor vehicle records, what is the
15 effective date for that?
16   A.    We are working to bring that in
17 12/31/2025.
18   Q.    Any concerns with meeting that
19 deadline?
20   A.    No.
21   Q.    But you said you do not
22 currently have the dataset finalized, correct?
23   A.    That is correct.
24   Q.    Do you have the contract with
25 the vendors finalized for this one?

296

1    A.    No, we do not.
2    Q.    Okay. Moving on to the second
3  half of your response earlier. You mentioned
4  that the Secretary is planning to work with
5  city and town clerks to ensure access on an
6  Election Day at the polling places, right?
7    A.    Correct.
8    Q.    Okay. What work has the
9  Secretary's office done to do so?
10   A.    So I know the Secretary's office
11 has worked out -- they've done the survey.
12 Now, I think they're reviewing the survey, and
13 from there, we will reach out and take
14 whatever means necessary to make sure that we
15 can have internet access or phone coverage on
16 Election Day for our election officials.
17   Q.    Do you know what is encompassed
18 with whatever means necessary?
19   A.    I think it means we'll do what
20 we need to do to get the job done.
21   Q.    So does that involve installing
22 intranet at every polling place that does not
23 currently have it in the state of New
24 Hampshire?
25   A.    I don't know if we'll go that

297

1  route. We need to look at the -- I need -- we
2  need to look at the survey to determine what
3  polling locations do have it, what polling
4  locations do not have it, and how we can help
5  them to have the internet capability at those
6  polling locations.
7      Q.   Do you have a rough -- I know
8  you said you don't have the figures from the
9  survey, you know, front of mine right now, but
10 do you have a rough estimate of how many
11 polling places, like, a percentage don't have
12 internet access at this time?
13     A.   I do not.
14     Q.   Is it greater than 30 percent?
15     A.   So if we look at polling --
16 again, with polling locations across the
17 state, a different polling location from one
18 town could be three different polling
19 locations. So it could be that one of the
20 poll locations or two of the poll locations
21 have internet, but maybe one does not. So
22 then we look at making sure that they use the
23 ones that do have it. I know that there's
24 well over 150 cities and towns that do have it
25 because they have access on Election Day, but

298

1  I do not know whether or not they -- it's at
2  30 percent. I want to say it would be lower
3  than 30 percent.
4      Q.   Okay. And I know we talked
5  about cell phone service and landlines. Are
6  you aware of any polling locations that are
7  just not equip to, you know, have, for
8  example, cell -- cellular network access at
9  the polls?
10     A.   I do not know that.
11     Q.   Are you aware of any polling
12 locations that are not equip to have any kind
13 of intranet access at the polls?
14     A.   As far as internet access, we
15 know that through the survey that there are
16 some that don't have internet access, but not
17 the total.
18     Q.   Do you know of any burdens that
19 would prevent a polling location from getting
20 intranet access?
21     A.   Depending on the type of polling
22 location it is, it would probably depend on
23 whether or not they would be -- have access to
24 the internet. So whether it was a school or a
25 church or a community center type of thing.

299

1      Q.   So it's foreseeable that the
2  Secretary's office might not be able to
3  connect a church to the intranet?
4          MR. BROADHEAD: Objection to the
5  form. You can answer, if you can.
6          THE WITNESS: I don't know that
7  answer.
8  BY MS. PELLETIER:
9      Q.   Okay.
10     A.   Due to the fact that the church
11 may allow it, or the church may have that
12 access.
13     Q.   But if they do not, would the
14 Secretary's office be able to provide them
15 intranet access?
16     A.   The secretary will take this law
17 and make sure we perform our duties to that
18 law.
19     Q.   Are there any concrete plans in
20 place right now to provide intranet access to
21 polling places that don't have it?
22     A.   I know it is being worked on,
23 but it's being worked on by others in the
24 office. And that I know of, the survey is
25 still being finally reviewed to see what other

300

1  questions need to be raised to those cities
2  and towns that state they don't have internet
3  access or that they don't have cell phone
4  service.
5      Q.   Okay. Has the Secretary's
6  office entered into any contracts or
7  memorandums of understanding with intranet
8  providers to undergo this work?
9      A.   Not at this time, that I'm aware
10 of.
11     Q.   Is the Secretary's office
12 considering that?
13     A.   I am not aware of -- I'm not
14 sure whether or not -- what we'll be doing on
15 this.
16     Q.   All right. Let's see. All
17 right. So I'm turning to the top of page 15
18 on this document, and the last paragraph above
19 the Office of Attorney General's response --
20 so about a third down the page. Do you see
21 that?
22     A.   Yes.
23     Q.   It reads, quote, the Secretary's
24 office does not currently use the US -- United
25 States Custom and Immigration Service

---

**301**

1  System -- Systematic Alien Verification For
2  Entitlements (SAVE) program because of changes
3  made at the federal level. However, the
4  office is looking into incorporating the use
5  of this program to assist election officials
6  in registering voters. Did I read that
7  correctly?
8      **A.   Yes.**
9      Q.   Can you describe to me what is
10 meant by changes made at the federal level
11 here?
12     **A.   So the SAVE program, they have**
13 **made changes to their program where they now**
14 **have made it free of charge. They're making**
15 **other incorporations within the program so**
16 **that it can also be used with last four digits**
17 **of the social security number, 'cause prior to**
18 **this, the SAVE program required you to have a**
19 **identifier number for -- as an individual**
20 **who's born outside of the country in order to**
21 **be able to determine whether or not it was**
22 **that individual or not. So right now, the**
23 **federal level is undergoing a lot of changes**
24 **to their SAVE program.**
25     Q.   Okay. And what plans does New

**302**

1  Hampshire have to use SAVE for purposes of
2  voter registration?
3      **A.   As it states in here, we are**
4  **looking into that program, and we would need**
5  **to do an MOU with the SAVE in order to be able**
6  **to access the information.**
7      Q.   But there's no MOU with SAVE at
8  the moment with New Hampshire?
9      **A.   That is correct.**
10     Q.   Okay. So New Hampshire does not
11 currently have any plans to use SAVE data at
12 the moment?
13     **A.   As it states here, we are**
14 **looking into it, yes, but right now, we have**
15 **not.**
16     Q.   Okay. Will it be used to
17 confirm citizenship?
18     **A.   The SAVE program is being --**
19 **again, through the federal level, being**
20 **enhanced. So if we are using this, it will be**
21 **used to prove citizenship.**
22     Q.   Do you have any idea what the
23 cost would be to use the SAVE system to prove
24 citizenship?
25     **A.   I do not know if there's a cost**

**303**

1  per se for us to do -- to do this program
2  **in-house to start building with the SAVE, but**
3  **there is no cost to use the SAVE program.**
4  **That's one change that they made at the**
5  **federal level. They now have made this -- my**
6  **understanding, it's free.**
7      Q.   Okay. So your understanding is
8  there used to be a cost for --
9      **A.   Correct.**
10     Q.   -- inquires and now there's not?
11     **A.   Correct. Whether there's going**
12 **to be a cost to design our SVRS system to**
13 **accept information or to move something out,**
14 **there could be a cost associated with that.**
15     Q.   Okay. And would these be
16 individual inquiries into the SAVE program?
17     **A.   So the SAVE program is -- now,**
18 **there is individual and there is also a bulk**
19 **upload.**
20         MS. PELLETIER: Okay. I don't
21 know if now is a good time to take a quick
22 break.
23         MR. BROADHEAD: I prefer let's
24 just push through to 3:15, if we can.
25         MS. PELLETIER: I don't have

**304**

1  anything else. If you want to discuss real
2  quick so we can --
3          MR. FOX: Yes, I think we might
4  be done. If we can go off the record for a
5  minute, and then I think we'll just be done.
6          MR. BROADHEAD: Okay.
7          THE REPORTER: Off the record.
8          (Off the record 2:50 p.m.)
9          (Back on the record 2:54 p.m.)
10         THE REPORTER: Back on the
11 record.
12         MS. PELLETIER: All right. So
13 we have nothing further. Thank you so much
14 for your time and patience today. We do
15 reserve the right to reopen to the extent
16 further details come to light or develop.
17         MR. BROADHEAD: In her official
18 -- I mean, in her personal capacity or
19 30(b)(6)?
20         MS. PELLETIER: Particularly
21 30(b)(6), but let's reserve on both, just
22 given the time.
23         MR. BROADHEAD: Okay. We
24 obviously object to that, but I think we can
25 both preserve our rights on that.

305

1       THE REPORTER: Will the witness
2  read and sign?
3       MR. BROADHEAD: Yes.
4       THE REPORTER: And for Ropes &
5  Gray, would you like an order?
6       MS. PELLETIER: Yes, please.
7       THE REPORTER: And standard
8  delivery okay?
9       MS. PELLETIER: Yeah.
10       MR. BROADHEAD: You said ten
11  days.
12       THE REPORTER: Ten days. And
13  for the ACLU?
14       MS. PELLETIER: We can just take
15  one copy on our side.
16       THE REPORTER: And Department of
17  Justice, too, would they like to order?
18       MR. BROADHEAD: Yes.
19       THE REPORTER: And lastly, Elias
20  Law Group.
21       MR. BISHOP: Yes, we would.
22       THE REPORTER: I'll take us off
23  the record.
24       (Concluded at 2:55 p.m.)
25       THE REPORTER: On the record.

306

1       EXAMINATION
2  BY MR. KLEMENTOWICZ:
3       Q.   Good afternoon, Secretary
4  Scanlan. I know we've met before and been in
5  rooms together before, but I'm Henry
6  Klementowicz. I'm a lawyer with the ACLU of
7  New Hampshire, and I represent the plaintiffs
8  in the Coalition for Open Democracy versus
9  Scanlan matter. Are you familiar with that?
10       A.   Yes.
11       Q.   Okay. So also sitting next to
12  me is Attorney David Fox, who represents the
13  Youth Movement. I think what we're going to
14  do is do some sort of --
15       MR. BROADHEAD: Do you mind if
16  we just swear the witness in first?
17       MR. KLEMENTOWICZ: That's a
18  great idea.
19       THE NOTARY: You can raise your
20  right hand. And he said his name for the
21  record already, right? Yes. Okay.
22       Do you swear and affirm, under the
23  penalties of perjury, that the testimony
24  you're about to give is the truth and nothing
25  about the truth?

307

1       THE WITNESS: Yes.
2       DAVID SCANLAN,
3  after having been first duly sworn, was
4  examined and testified as follows:
5       THE NOTARY: Okay.
6  BY MR. KLEMENTOWICZ:
7       Q.   Great. Thank you. So now that
8  housekeeping is done, the next house, we'll
9  get into a little bit more housekeeping and
10  preparation. And then I think what we'll do
11  is begin with the portion of the deposition
12  that is where you have been designated as a
13  30(b)(6) witness by your office. Does that
14  sound about right to you?
15       A.   Yes.
16       Q.   Okay. Have you been deposed
17  before?
18       A.   Yes.
19       Q.   Okay. How many times do you
20  think?
21       A.   Probably between three and five.
22       THE REPORTER: Counsel, could
23  you take your phone off the table?
24       MR. BROADHEAD: Yes. Sorry.
25  BY MR. KLEMENTOWICZ:

308

1       Q.   I can't remember if I've taken
2  your deposition before, but it's been maybe a
3  couple of years. So we'll just go through
4  the general rules, if that's okay.
5       A.   Sure.
6       Q.   So, at Attorney Young's
7  suggestion, you've been sworn in as a witness.
8  That's the same oath you would take in court.
9  Do you understand that?
10       A.   Yes.
11       Q.   And you're doing great with this
12  so far. But as you can see, this conversation
13  is being taken down by a court reporter, which
14  means that there's a couple of things that
15  happen differently than in a normal
16  conversation. The most important of which are
17  that we can't talk over each other and that we
18  have to use verbal answers because we can't
19  pick up head nods, head shakes, or ugh-ugh,
20  uh-huh. Does that sound okay?
21       A.   Yes.
22       Q.   Okay. I'm going to be doing my
23  best to ask you questions that are
24  intelligible and understandable. But I may
25  not do a good job with that. And so if I ask

No. 604998

Re:   Deposition of **Kristin Martino; Patricia Piecuch; David Scanlan**
Date: 10/21/2025
Case: New Hampshire Youth Movement, et al. -v- Scanlan, et al.
Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 140 | 6 | Correct Scanlon to Scanlan |
| 140 | 7 | Correct Aaron Hennessy with Erin Hennessey |
| 140 | 10 | Correct Brendon with Brendan |
| 140 | 15 | Correct Kristen with Kristin |
| 140 | 15 | Correct Kirsten Kennison with Kristin Martino |
| 141 | 23 | Correct HV with HB |
| 149 | 13 | Correct Nashville with Nashua |
| 152 | 19 | Correct ElectionNet with ElectioNet |
| 166 | 1 | Correct SVR with SVRS |
| 178 | 9 | Correct ElectionNet with ElectioNet |
| 181 | 1&2 | Correct NewHampshirevotes@SOS.NH.gov to NHVotes@sos.nh.gov |
| 186 | 11 | Correct HP with HB |
| 188 | 22 | Correct ElectionNet with ElectioNet |
| 189 | 4 | Correct ElectionNet with ElectioNet |
| 189 | 11 | Correct ElectionNet with ElectioNet |
| 189 | 17 | Correct ElectionNet with ElectioNet |
| 189 | 24 | Correct ElectionNet with ElectioNet |
| 190 | 12 | Correct ElectionNet with ElectioNet |
| 190 | 15 | Correct ElectionNet with ElectioNet |
| 190 | 23 | Correct ElectionNet with ElectioNet |
| 191 | 8 | Correct ElectionNet with ElectioNet |

11/18/2025
(Date)                                    (Signature)

No. 604998

Re:   Deposition of **Kristin Martino; Patricia Piecuch; David Scanlan**
      Date: 10/21/2025
      Case: New Hampshire Youth Movement, et al. -v- Scanlan, et al.
      Return to: transcripts@planetdepos.com

| 193 | 1 | Correct ElectionNet with ElectioNet |
|---|---|---|
| 193 | 11 | Correct ElectionNet with ElectioNet |
| 193 | 15 | Correct ElectionNet with ElectioNet |
| 193 | 20 | Correct ElectionNet with ElectioNet |
| 193 | 25 | Correct ElectionNet with ElectioNet |
| 194 | 6 | Correct ElectionNet with ElectioNet |
| 194 | 8 | Correct ElectionNet with ElectioNet |
| 194 | 10 | Correct ElectionNet with ElectioNet |
| 194 | 13 | Correct ElectionNet with ElectioNet |
| 198 | 11 | Correct elections at SOS.NH.gov with Elections@sos.nh.gov |
| 210 | 11 | Correct Scanlon to Scanlan |
| 213 | 9 | Correct Scanlon to Scanlan |
| 218 | 11 | Correct ElectionNet with ElectioNet |
| 250 | 19 | Correct COA with NCOA |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11|18|2025
_____
(Date)

_____
(Signature)