**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| NEW HAMPSHIRE YOUTH MOVEMENT,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>    *Defendant*.<br><br>COALITION FOR OPEN DEMOCRACY, *et al*.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al*.,<br><br>    *Defendants*. | Consolidated Cases<br>Case No. 1:24-cv-00291-SE-TSM |

**OPEN DEMOCRACY PLAINTIFFS' ASSENTED-TO
MOTION TO EXTEND PAGE LIMIT**

Plaintiffs Coalition for Open Democracy ("Open Democracy"), League of Women Voters of New Hampshire ("LWV-NH"), The Forward Foundation, Miles Borne, Alexander Muirhead and Lila Muirhead, by their next friend Russell Muirhead (together the "Open Democracy Plaintiffs"), hereby move to extend the page limit for their forthcoming Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, and state as follows:

1

1.      Defendants obtained, with Open Democracy Plaintiffs' consent, permission from this Court to increase the page limit for their Memorandum of Law in Support of Their Motion for Summary Judgment from 25 pages to 50 pages.

2.      Defendants have filed a 48-page consolidated memorandum, seeking summary judgment on the standing of seven Plaintiffs in the above consolidated cases, six of whom are Open Democracy Plaintiffs, and on the merits of two counts, both of which are raised in Open Democracy Plaintiffs' amended complaint, *see* ECF No. 88-1.

3.      Due to the number of issues raised by Defendants, Open Democracy Plaintiffs respectfully ask that the Court extend the page limit of their Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment to 40 pages from the 25-page limit set forth in Local Rule 7.1(a)(3).

4.      Local Rule 7.1(a)(2):  Due to the nature of the relief requested, no memorandum of law is required.

5.      Local Rule 7.1(c):  Defendants assent to this Motion and the relief it requests.

WHEREFORE, Open Democracy Plaintiffs respectfully request that this Honorable Court:

A.      Extend the page limit for the Open Democracy Plaintiffs' forthcoming Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment to 40 pages; and

B.      Grant such other relief as is just and proper.

2

Respectfully submitted,

COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MILES BORNE, ALEXANDER MUIRHEAD, BY HIS NEXT FRIEND RUSSELL MUIRHEAD, AND LILA MUIRHEAD, BY HER NEXT FRIEND RUSSELL MUIRHEAD

By and through their attorneys,

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 333-2201
gilles@aclu-nh.org
henry@aclu-nh.org

Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Ming Cheung*
Clayton Pierce*
Ethan Herenstein*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
cpierce@aclu.org
eherenstein@aclu.org
slakin@aclu.org

3

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Desiree.Pelletier@ropesgray.com

*Admitted *pro hac vice*

December 5, 2025