# EXHIBIT V

| The Forward Foundation Budgets | | | | |
|---|---|---|---|---|
| Item | 2024 Budget | **2024 Actual** | 2025 Budget | 2026 Budget |
| Staff Time - Management | $ 55,900.00 | $ 63,556.11 | $ 76,344.17 | $ 76,344.17 |
| Staff Time - LD | $ 19,800.00 | $ 14,894.78 | $ 36,897.67 | $ 36,897.67 |
| Staff Time - Advocacy | $ 87,000.00 | $ 126,647.12 | $ 139,324.17 | $ 139,324.17 |
| Staff Time - Operations and Interns | $ 32,250.00 | $ 43,155.47 | $ 83,875.00 | $ 83,875.00 |
| Payroll Taxes | $ 24,424.00 | $ 30,683.02 | $ 29,153.25 | $ 29,153.25 |
| Healthcare | $ 3,550.00 | $ 8,126.83 | $ 18,522.40 | $ 18,522.40 |
| Retirement | $ 5,325.00 | $ 14,580.48 | $ 13,027.50 | $ 13,027.50 |
| Mileage | $ 2,380.00 | $ 1,195.12 | $ 2,970.00 | $ 2,970.00 |
| Contractors - Not Program Specific | $ 18,800.00 | $ 11,936.75 | $ 25,100.00 | $ 25,100.00 |
| Subscriptions - Org and Admin | $ 15,657.24 | $ 10,149.62 | $ 6,550.00 | $ 6,550.00 |
| Subscriptions - Program | $ 1,670.00 | $ 3,806.11 | $ 3,240.00 | $ 3,240.00 |
| Legal Fees | $ 750.00 | $ 1,014.96 | $ 3,200.00 | $ 3,200.00 |
| Accounting Fees | $ 750.00 | $ 2,537.40 | $ 4,500.00 | $ 4,500.00 |
| Printing Fees | $ 750.00 | $ 761.22 | $ 1,250.00 | $ 1,250.00 |
| Office Supplies/Space | $ 4,800.00 | $ 5,074.81 | $ 10,900.00 | $ 10,900.00 |
| In-Person Staff Time/Retreat | $ 5,500.00 | $ 2,029.92 | $ 3,000.00 | $ 3,000.00 |
| Professional Development | $ 1,775.00 | $ 3,739.69 | $ 2,965.00 | $ 5,000.00 |
| Digital Ads (excluding voter ed) | $ 9,500.00 | $ 11,287.50 | $ 9,500.00 | $ 12,000.00 |
| Events | $ 20,000.00 | $ 22,917.05 | $ 17,900.00 | $ 25,000.00 |
| Voter Ed | $ 84,000.00 | $ 131,073.30 | $ 36,000.00 | $ 110,000.00 |
| Canvassing | $ - | $ 6,928.18 | $ - | $ 20,000.00 |
| **TOTAL** | $ 394,581.25 | $ 509,167.26 | $ 524,219.15 | $ 629,854.15 |

CONFIDENTIAL – SUBJECT TO A PROTECTIVE ORDER    NH_ORGS_00001768