# EXHIBIT W

| c3/c4? | Date | Time | Event Name |
|---|---|---|---|
| TFF | 1/1/2024 | | Governance- Policy |
| external event | 1/4/2024 | 4:30 PM | SWP leg reception |
| TFF | 1/17/2024 | | Happy Hour - Great Bay Changemakers Year 1 |
| co-branded | 1/18/2024 | 7:00 PM | Building a Granite State for Young People |
| TFF | 1/20/2024 | 10:30 AM | NHIOP housing Workship and roundtable with Congressman Khanna |
| co-branded | 1/22/2024 | 5:30-7pm | SWP UV Policy + Pint |
| co-branded | 1/30/2024 | 7-8pm | NHCVR Grassroots Policy Briefing |
| external event | 2/1/2024 | 5:30 PM | SWP nashua policy and pints |
| TFF | 2/1/2024 | | Governance-Democracy |
| external event | 2/8/2024 | 5:30 PM | SWP manchester policy and pints |
| co-branded | 2/24/2024 | 2-4pm | MHT Meetup w/ Bryce Kaw-uh |
| external event | 2/28/2024 | 5:30 - 7 | SWP Lakes and Mountains Policy and Pints |
| TFF | 3/1/2024 | | Governance- Housing |
| TFF | 3/1/2024 | | Governance- Budget |
| co-branded | 3/19/2024 | 7:00 PM | State House 101 |
| co-branded | 3/21/2024 | 6:30- 8:30PM | Connect + Conquer Community Meetup |
| TFF | 3/26/2024 | 6:00 PM | Becoming a Great Bay Changemaker, Lessons on Advocacy from the Housing Crisis. |
| co-branded | 4/27/2024 | 2pm | Concord Connect + Conquer Community Meetup |
| co-branded | 6/9/2024 | 11:00am - 4 pm | Windham Pride |
| TFF | 6/11/2024 | | NH Gives Online Event |
| co-branded | 6/15/2024 | | MHT Pride - parade, possibly table |
| co-branded | 6/22/2024 | | Nashua Pride |
| co-branded | 6/22/2024 | | Portsmouth Pride |
| co-branded | 6/29/2024 | 9:00 - 4:00 | White Mountain Pride |
| co-branded | 7/19/2024 | | Capital City Pride |
| co-branded | 8/2/2024 | | Littleton First Friday |
| co-branded | 8/18/2024 | | New England BIPOCfest |
| co-branded | 8/24/2024 | 11:30-3:00 | Infovision Quest Festival |
| co-branded | 8/24/2024 | 12-3 | Rochester Pride |
| co-branded | 9/14/2024 | | Nashua Multicultural Festival |
| co-branded | 9/22/2024 | 11-5 | Concord Multicultural |
| external event | 10/17/2024 | | Women's Foundation Luncheon |
| co-branded | 11/21/2024 | 6:30pm | Plants & Politics |

NH_ORGS_00002944