## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
*************************************
New Hampshire Youth Movement,        *
                                     *
      Plaintiff,                     *
                                     *
      v.                             *    Civil No. 1:24-cv-00291-SE-TSM
                                     *
David Scanlan, in his official capacity, et al.,*
                                     *
      Defendants                     *
                                     *
                                     *
*************************************
Coalition for Open Democracy, et al.,*
                                     *
      Plaintiffs,                    *
      v.                             *    Civil No. 1:24-cv-00312-SE-TSM
                                     *
David Scanlan, in his official capacity, et al.,*
                                     *
      Defendants.                    *
                                     *
*************************************
```

### DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE PRETRIAL STATEMENT DEADLINE

Defendants, David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John M. Formella, in his official capacity as New Hampshire Attorney General, submit the following Assented-to Motion to Continue Pretrial Statement Deadline, stating as follows:

1. In the Trial Notice issued by this Court on or around August 27, 2025, this Court ordered the parties to file Pretrial Statements pursuant to LR 16.2(d) on or before January 2, 2026, with objections to Pretrial Statements due January 16, 2026.

2. Due to the upcoming holidays and ongoing summary judgment briefing, Defendants are seeking a one-week extension of the deadline for the parties to file their Pretrial Statements and Motions in Limine and a corresponding one-week extension to file objections.

3. The proposed extension will still allow the parties the 14 days to file objections prior to the Final Pretrial Conference on January 26, 2026. This one-week extension will also ensure that the Parties file their Pretrial Statements 30 days prior to trial.

4. Local Rule 7.1(a)(2): As this request for relief falls squarely within the discretion of the Court, no memorandum of law is required.

5. Local Rule 7.2(a): This extension will not result in the continuance of the scheduled hearing or trial. As this Motion seeks to modify to an existing deadline, Defendants have attached a Civil Form 3 as Exhibit A.

6. Plaintiffs assent to the relief requested in this Motion.

WHEREFORE, Defendants respectfully request that this Court:

A. Grant this Motion;

B. Extend the deadline to file Pretrial Statements and Motions in Limine to January 9, 2026;

C. Extend the deadline to file objections to Pretrial Statements and Motions in Limine to January 23, 2026; and

D. Grant any further relief as justice so requires.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State; and
JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

<table>
<tr><td></td><td>By their attorney,<br><br>JOHN M. FORMELLA<br>ATTORNEY GENERAL</td></tr>
<tr><td>Date: December 15, 2025</td><td>/s/ Catherine A. Denny<br>Michael P. DeGrandis, N.H. Bar No. 277332<br>Assistant Attorney General<br>Matthew T. Broadhead, N.H. Bar No. 19808<br>Associate Attorney General<br>Catherine A. Denny, N.H. Bar No. 275344<br>Assistant Attorney General<br>Office of the Attorney General, Civil Bureau<br>1 Granite Place South<br>Concord, NH 03301<br>(603) 271-3650<br>michael.p.degrandis@doj.nh.gov<br>matthew.t.broadhead@doj.nh.gov<br>catherine.a.denny@doj.nh.gov</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

Date: December 15, 2025                             /s/ Catherine A. Denny
                                                    Catherine A. Denny