## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
*************************************
New Hampshire Youth Movement,         *
                                      *
      Plaintiff,                      *
                                      *
      v.                              *   Civil No. 1:24-cv-00291-SE-TSM
                                      *
David Scanlan, in his official capacity, et al.,*
                                      *
      Defendants                      *
                                      *
                                      *
*************************************
Coalition for Open Democracy, et al., *
                                      *
      Plaintiffs,                     *
      v.                              *   Civil No. 1:24-cv-00312-SE-TSM
                                      *
David Scanlan, in his official capacity, et al.,*
                                      *
      Defendants.                     *
                                      *
*************************************
```

### CIVIL FORM 3: EXHIBIT A TO DEFENDANTS' MOTION TO CONTINUE PRETRIAL STATEMENT DEADLINE

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial Statements, including Motions in Limine | January 2, 2026 | January 9, 2026 |
| Objections to Motions in Limine | January 16, 2026 | January 23, 2026 |
| Final Pretrial Conference | January 26, 2026 | No Change |
| Trial | February 9, 2026 | No Change |