# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
*************************************
New Hampshire Youth Movement,        *
                                     *
        Plaintiff,                   *
                                     *
        v.                           *       Civil No. 1:24-cv-00291-SE-TSM
                                     *
David Scanlan, in his official capacity, et al.,*
                                     *
        Defendants.                  *
                                     *
                                     *
*************************************
Coalition for Open Democracy, et al., *
                                     *
        Plaintiffs,                  *
                                     *
        v.                           *       Civil No. 1:24-cv-00312-SE-TSM
                                     *
David Scanlan, in his official capacity, et al.,*
                                     *
        Defendants.                  *
                                     *
*************************************
```

## DEFENDANTS' EXPEDITED MOTION FOR LEAVE TO DEPOSE NEWLY-DISCLOSED WITNESSES

Defendants, David M. Scanlan, in his official capacity as New Hampshire Secretary of State, and John M. Formella, in his official capacity as New Hampshire Attorney General, submit the following Expedited Motion for Leave to Depose Newly-Disclosed Witnesses, stating as follows:

1.  Discovery closed in this matter on November 3, 2025.

2.  On or around December 5, 2025, Plaintiffs Open Democracy, League of Women Voters, and Forward Foundation ("OD Plaintiffs") disclosed their third set of disclosures. The disclosures included five new individuals that had not previously been disclosed by the parties.

Case 1:24-cv-00291-SE-TSM   Document 112   Filed 12/22/25   Page 2 of 3

The witnesses included three individuals who claim to have information relating to their "experience registering to vote and/or voting" and two voting officials.

3. Defendants will be substantially prejudiced in preparing for trial if unable to obtain discovery from these individuals.

4. Therefore, Defendants are seeking leave to issue a subpoena for deposition testimony and documents to the three individuals claiming to have information regarding registering to vote (Josh Bogman, Michael Blanchette, and Peter Oltman).

5. Defendants have sought leave from Plaintiffs for the relief requested in this Motion and have not obtained an assent from Plaintiffs at the time of this filing. Plaintiff Youth Movement has not responded to a request for an assent. The OD Plaintiffs did not assent to this motion as written. Instead, they indicated they would assent to this motion and the relief requested only if Defendants either struck paragraph three (3) above or alternatively include paragraph containing a factual assertion and legal conclusion that the late disclosed witnesses were "impacted by HB 1569."

6. Due to the holidays and limited time prior to trial, Defendants are seeking expedited consideration of this Motion in order to timely serve the subpoenas and conduct the depositions the first week of January 2026.

7. Local Rule 7.1(a)(2): As this request for relief falls squarely within the discretion of the Court, no memorandum of law is required.

WHEREFORE, Defendants respectfully request that this Court:

A. Grant this Motion;

B. Grant Defendants leave to conduct limited discovery as to the newly-disclosed witnesses as described in this Motion; and

2

    C. Grant any further relief as justice so requires.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State; and
JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: December 22, 2025

/s/ Catherine A. Denny
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
Office of the Attorney General, Civil Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
matthew.t.broadhead@doj.nh.gov
catherine.a.denny@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

Date: December 22, 2025

/s/ Catherine A. Denny
Catherine A. Denny