UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| New Hampshire Youth Movement,<br><br>   *Plaintiff*,<br> v.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State,<br><br>   *Defendant*. | Consolidated Cases<br>Case No. 1:24-cv-00291-SE-TSM |
| Coalition for Open Democracy, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>David M. Scanlan, in his official capacity as New Hampshire Secretary of State, *et al.*,<br><br>   *Defendants*. | Case No. 1:24-cv-00312-SE-TSM |

### RESPONSE TO DEFENDANTS' EXPEDITED MOTION TO DEPOSE NEWLY-DISCLOSED WITNESSES

1. The *Open Democracy* Plaintiffs assent to the relief requested in the motion (ECF 112), but dispute any implication that Defendants are prejudiced or that the witnesses in question were untimely disclosed.

2. Per typical local practice, yesterday, *Open Democracy* counsel requested Defendants state Plaintiffs' position in the Motion. Defendants refused to include the Plaintiffs' position as follows: "The witnesses in question are voters who were impacted by HB 1569 when they attempted to vote in the municipal elections in November 2025. Upon hearing their experiences, the Open Democracy Plaintiffs promptly disclosed these witnesses to Defendants. The Open Democracy Plaintiffs are working with the

witnesses to facilitate the depositions and do not believe leave of Court is necessary; however, they assent to the relief requested in the motion."

3. The Open Democracy Plaintiffs assent to the relief requested in the motion. Prior to Defendants' decision to move for relief, Plaintiffs agreed to make the witnesses available for deposition on Defendants' preferred schedule without involving the Court and—at Defendants' request—have obtained permission to accept service for two of the witnesses (and secured their agreement to appear at the notice times), and are waiting to hear from the third.

Date: December 22, 2025

Respectfully submitted,

COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MILES BORNE, and RUSSELL MUIRHEAD (as father and next friend of ALEXANDER MUIRHEAD and LILA MUIRHEAD)

By their attorneys,

Jacob Van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com

/s/ Henry Klementowicz
Henry Klementowicz, N.H. Bar No. 21177
Gilles Bissonnette, NH Bar No. 265393
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591
henry@aclu-nh.org
gilles@aclu-nh.org

Ming Cheung*
Clayton Pierce*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004

-3-

Desiree.Pelletier@ropesgray.com

(212) 549-2500
mcheung@aclu.org
cpierce@aclu.org
slakin@aclu.org

*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on today's date, I served all counsel who have appeared by filing the foregoing through the Court's ECF/Case Management system.


*/s/ Henry Klementowicz*
Henry Klementowicz