UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

New Hampshire Youth Movement,

    Plaintiff,

v.                                                             Civil No. 1:24-cv-00291-SE-TSM

David Scanlan, in his official capacity, et al.,

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Coalition for Open Democracy, et al.,

    Plaintiffs,

v.                                                             Civil No. 1:24-cv-00312-SE-TSM

David Scanlan, in his official capacity, et al.,

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' EXHIBIT LIST

| Letter | Stip./ID[1] | Description |
|---|---|---|
| A | ID | January-June 2025 Election Law Complaint Status Report, dated October 6, 2025 (DOJ-004953, 177 pages) |
| B | ID | July-December 2024 Election Law Complaint Status Report, dated February 19, 2025 (DOJ-002550, 287 pages) |
| C | ID | January-June 2024 Election Law Complaint Status Report, dated July 31, 2024 (DOJ-001926, 143 pages) |
| D | ID | July-December 2023 Election Law Complaint Status Report, dated May 29, 2024 (DOJ-001413, 285 pages) |
| E | ID | January-June 2023 Election Law Complaint Status Report, dated December 21, 2023 (DOJ-001698, 228 pages) |

---

[1] Defendants will provide an updated list noting stipulated exhibits after the parties' meeting to discuss exhibit stipulations.

| | | |
|---|---|---|
| F | ID | July-December 2022 Election Law Complaint Status Report, dated September 27, 2023 (DOJ-002338, 212 pages) |
| G | ID | January-June 2022 Election Law Complaint Status Report, dated August 23, 2023 (DOJ-000716, 229 pages) |
| H | ID | July-December 2021 Election Law Complaint Status Report, dated September 1, 2022 (DOJ-001142, 215 pages) |
| I | ID | January-June 2021 Election Law Complaint Status Report, dated September 1, 2022 (DOJ-000945, 197 pages) |
| J | ID | July-December 2020 Election Law Complaint Status Report, dated August 26, 2022 (DOJ-002069, 269 pages) |
| K | ID | January-June 2020 Election Law Complaint Status Report, dated October 19, 2020 (DOJ-000559, 157 pages) |
| L | ID | June-December 2019 Election Law Complaint Status Report, dated February 3, 2020 (DOJ-000451, 108 pages) |
| M | ID | November-June 2019 Election Law Complaint Status Report, dated July 31, 2019 (DOJ-000346, 105 pages) |
| N | ID | May-December 2018 Election Law Complaint Status Report, dated January 31, 2019 (DOJ-000155, 191 pages) |
| O | ID | September 2016-May 2018 Election Complaint Status Report, dated May 24, 2018 (DOJ-000001, 154 pages) |
| P | ID | E-mail: 5/14/2024 O'Donnell to Perkins Kwoka (DOJ-003384) |
| Q | ID | Email: 6/11/2024 O'Donnell to Supervisor Neff ( DOJ-003454) |
| R | ID | December 22, 2022 Report of the Special Committee on Voter Confidence (SOS-FT-1179225-1179238) |
| S | ID | June 10, 2024 Report to the Special Committee on Voter Confidence (SOS-FT-604956) |
| T | ID | January 23, 2018 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-003872) |
| U | ID | May 14, 2019 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-003879) |
| V | ID | August 4, 2019 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-004001) |
| W | ID | August 9, 2019 Letter from SOS Re Report on Voter Affidavits for Identity (DOJ-004128) |
| X | ID | August 12, 2019 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-004054) |

| Y | ID | August 28, 2019 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-001357 through DOJ-001374 |
| Z | ID | September 8, 2022 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-001375 through DOJ-001399) |
| AA | ID | April 20, 2018 AGO Report of Investigation Regarding Domicile and Qualified Voter Affidavits (DOJ-001400 through DOJ-001408) |
| BB | ID | October 25, 2019 AGO Qualified Voter Affidavit Investigation (DOJ-001409 through DOJ-001411) |
| CC | ID | September 3, 2019 AGO Domicile Affidavit Investigation (DOJ-003736 through DOJ-003738) |
| DD | ID | February 28, 2019 AGO Domicile Affidavit Investigation (DOJ-000380-384) |
| EE | ID | December 18, 2025 Tracy Affidavit Investigation Report (DOJ-005130 through DOJ-005136) |
| FF | ID | June 23, 2025 Arrest Warrant for Naseef F. Bryan (DOJ-004718) |
| GG | ID | Reports of Investigations, Closure Letters, Cease and Desist Orders with Individuals Under Investigation for Voting, or Attempting to Vote as Non-citizens (DOJ-003777) |
| HH1 | ID | March 2025 Election Docket Court Procedures Email (DOJ-004785) |
| HH2 | ID | March 2025 Election Docket Court Procedures (DOJ-004786) |
| II | ID | Ballot Clerk Procedure - Town/School Election 2025 – Electronic Poll Book (SOS-FT-500790) |
| JJ | ID | Ballot Clerk Procedure – Town/School Election 2025- Paper (SOS-FT-500798) |
| KK1 | ID | Purity of Election Posters Official List |
| KK2 | ID | #1-2024 Instruction to Voters-General Election-Hand Count |
| KK3 | ID | #1-2024 Instruction to Voters-General Election-Machine Count |
| KK4 | ID | #2-2024 Prohibited Acts While Voting |
| KK5 | ID | #3-2025 Registration NH Voter ID Law (SOS-FT-1031461) |
| KK6 | ID | #4-2025 Prohibited Election Activities and the Penalties |
| KK7 | ID | #5-2025 Voter ID Explanatory Document (SOTs-3950875) |
| KK8 | ID | #6-2025 How are Votes Challenged? (SOS-FT-1031464) |
| KK9 | ID | #7-2024 Voting Assistance |

| | | |
|---|---|---|
| KK10 | ID | #8-2024 Are your Voting Rights being Violated? (SOS-FT-401331496) |
| KK11 | ID | #9-2025 NH Voter ID Law (SOS-FT-1331497) |
| KK12 | ID | #10-2025 Why is there a QR code on my ballot (SOS-FT-1031460) |
| LL | ID | March 3, 2025 SOS Memo to Election Officials re Training for Ballot Clerks (SOS-FT-1330826) |
| MM1 | ID | 2025 Town, School, Village District Elections Ballot Clerk Training (Paper)- SOS Powerpoint (SOS-FT-2223014) |
| MM2 | ID | 2025 Town, School, Village District Elections Ballot Clerk Training (Electronic)- SOS Powerpoint (SOS-FT-2223235) |
| NN | ID | Memorandum of Understanding with DMV (SOS-3950862-3950868) |
| OO | ID | September 15, 2025 Joint Memorandum Re: 2025 Election Law Changes (SOS-3948310-3948337) |
| PP | ID | October 17, 2024 Memo re free vital records (SOS-3948286) |
| QQ | ID | 2025 Legislative Updates and Frequent Questions Presentation (SOS-3948971) |
| RR | ID | HB 1569 FAQs -January 23, 2025 (SOS-3949033-3949042) |
| SS-1 | ID | 2024 Election Procedure Manual (SOS-482423-482947) |
| SS-2 | ID | 2024 Election Procedure Manual (Bound Official Copy) |
| TT | ID | January 5, 2026 SVRS Changes Email (SOS-3950869) |
| UU | ID | January 5, 2026 SVRS Changes Memo (SOS-3950872) |
| VV | ID | January 5, 2026 SVRS Instructions (SOS-3950879-SOS-3950903) – REDACTED |
| WW | ID | January 5, 2026 SVRS Search Authorization Form (SOS-3950877) |
| XX | ID | November 8, 2025 Memo from Secretary of State (NH-ORGS-00002703) |
| YY1 | ID | Data Notations for QVA's & Challenged Voter Affidavits (SOS-000001-000002) |
| YY2 | ID | REPORT LITIGATION AS OF 5-15-25 CVA AND QVA (.pdf) (SOS-000003) |
| ZZ | ID | Right-to-Know Response – Voter Confidence Concerns (SOS-ST-3912208) |
| AAA1 | ID | 2024 Election Law Changes Redlines |
| AAA2 | ID | 2025 Election Law Changes Redlines |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and<br>JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General |
|  | By their attorney, |
|  | JOHN M. FORMELLA<br>ATTORNEY GENERAL |
| Date: February 2, 2026 | /s/ Catherine A. Denny<br>Michael P. DeGrandis, N.H. Bar No. 277332<br>Assistant Attorney General<br>Matthew T. Broadhead, N.H. Bar No. 19808<br>Associate Attorney General<br>Catherine A. Denny, N.H. Bar No. 275344<br>Assistant Attorney General<br>Laurie S. Young, N.H Bar No. 266185<br>Assistant Attorney General<br>Office of the Attorney General, Civil Bureau<br>1 Granite Place South<br>Concord, NH 03301<br>(603) 271-3650<br>michael.p.degrandis@doj.nh.gov<br>matthew.t.broadhead@doj.nh.gov<br>catherine.a.denny@doj.nh.gov<br>laurie.s.young@doj.nh.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

| | |
|---|---|
| Date: February 2, 2026 | /s/ Catherine A. Denny<br>Catherine A. Denny |