**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| NEW HAMPSHIRE YOUTH MOVEMENT, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, <br><br> *Defendant*. | |
| COALITION FOR OPEN DEMOCRACY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*, <br><br> *Defendants*. | Consolidated Cases <br> Case No. 1:24-cv-00291-SE-TSM |

**CONSOLIDATED PLAINTIFFS' PRETRIAL EXHIBIT LIST**

Pursuant to the Court's February 2, 2026 Pretrial Orders Plaintiff New Hampshire Youth Movement and the Open Democracy Plaintiffs submit the below updates to its previously submitted exhibit list.[1]

---

[1] The parties will provide an updated list noting stipulated exhibits after the parties' meeting to discuss exhibit stipulations.

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| | | *General Background* | |
| 1 | | Final enrolled version of 2024 NH House Bill 1569. | Will Offer |
| 2 | | 2024 NH House Bill 1370, as amended by the Senate. | May Offer |
| 3 | | Final enrolled version of 2025 NH House Bill 464. | Will Offer |
| 4 | NH_ORGS_00001440 | April 14, 2025 memorandum from the "New Hampshire Campaign for Voting Rights" regarding the "Observed impacts of new election laws at March Town Elections." | Will Offer |
| 5 | NH_ORGS_00002940 | November 14, 2025 memorandum from the "New Hampshire Campaign for Voting Rights" regarding the "Observed impacts of new election laws at November Municipal Elections." | Will Offer |
| 6 | | March 12, 2025 Defendants' Responses & Objections to Plaintiffs' First Set of Interrogatories (OD) | May Offer |
| 7 | | April 11, 2025 Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories (NHYM) | May Offer |
| 8 | | June 19, 2025 Defendants First Supplemental & Amended Responses & Objections to Plaintiffs' Interrogatories (OD) | May Offer |
| 9 | | June 27, 2025 Defendant's First Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories (NHYM) | May Offer |
| 10 | | September 2, 2025 Defendant's Second Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories - SOS (OD) | May Offer |
| 11 | | September 3, 2025 Defendant's Second Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories – SOS & AG (OD) | May Offer |
| 12 | | October 10, 2025 Defendant's Third Supplemental & Amended Responses & Objections to Plaintiffs' Interrogatories  (NHYM) | May Offer |

[2] Plaintiffs will offer final exhibit numbers upon filing their trial exhibit list.
[3] Please note that the "bates beginning" includes the parent and family/attachment documents that correspond to the document beginning at the referenced bates number.

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 13 | | October 10, 2025 Defendant's Third Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories (OD) | May Offer |
| 14 | | January 9, 2026 Defendants Fourth Supplemental & Amended Responses & Objections to Plaintiffs' Interrogatories  (OD) | May Offer |
| *Expert Reports[4]* | | | |
| 15 | | Expert Report of Dr. Michael C. Herron and sources, charts, and figures cited therein. | Will Offer |
| 16 | | Supplemental Expert Report of Dr. Michael C. Herron and sources, charts, and figures cited therein. | Will Offer |
| 17 | Cited in Expert Report of Dr. Michael C. Herron | Curriculum vitae of Dr. Michael C. Herron | Will Offer |
| 18 | | Expert Report of Dr. Kenneth Mayer and sources, charts, and figures cited therein. | Will Offer |
| 19 | Cited in Expert Report of Dr. Kenneth Mayer | Curriculum vitae of Dr. Kenneth Mayer | Will Offer |
| 20 | | Expert Report of Dr. Lorraine Minnite and sources, charts, and figures cited therein. | Will Offer |
| 21 | Cited in Expert Report of Dr. Lorraine Minnite | Curriculum vitae of Dr. Lorraine Minnite. | Will Offer |
| 22 | | Supplemental Expert Report of Dr. Kenneth Mayer and sources cited therein. | Will Offer |
| *Youth Movement Documents* | | | |
| 23 | NHYM_001847 | Youth Movement 2024 Strategic Plan. | Will Offer |
| 24 | NHYM_001843 | Youth Movement 2024 Mid-Year Update | Will Offer |
| 25 | NHYM_001773 | Youth Movement 2024 Review | Will Offer |
| 26 | NHYM_001780 | Youth Movement 2025 Strategic Plan | Will Offer |
| 27 | NHYM_001656 | Youth Movement 2025-2026 Organizational Goals Tracker | Will Offer |
| 28 | NHYM_001156 | March 4, 2025 Email of Sayles Kasten Regarding Town of Durham Social Media Post | May Offer |

---

[4] Expert reports include all exhibits and appendices attached to each respective report.

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 29 | NHYM_001162 | March 7, 2025 Email of Olivia Webb Regrading Member Recruitment | May Offer |
| 30 | NHYM_001174 | March 11, 2025 Press Release of New Hampshire Campaign for Voting Rights | May Offer |
| 31 | NHYM_001181 | March 12, 2025 Email of Sarah Chouinard to Youth Movement Regarding March 11 Town Elections | May Offer |
| 32 | NHYM_001735 | April 21, 2025 Email of Grace Murray Regarding High School Voter Registration Events | May Offer |
| 33 | NHYM_001726 | May 8, 2025 Email of Olivia Webb Regarding High School Voter Registration Events | May Offer |
| 34 | NHYM_001734 | August 6, 2025 Email of Jyoma Tamang Regarding High School Voter Registration Events | May Offer |
| 35 | NHYM_001477 | August 18, 2025 Email of Sayles Kasten Regarding High School Voter Registration Events | Will Offer |
| 36 | NHYM_000277 | General Court Testimony of Sayles Kasten Regarding HB 1569 on Behalf of Youth Movement | Will Offer |
| 37 | NHYM_001745 | Youth Movement Pre-HB 1569 Social Media Posts | Will Offer |
| 38 | NHYM_001737 | Youth Movement Post-HB 1569 Social Media Posts | Will Offer |
| 39 | NHYM_001868 | September 24, 2024 Instagram Correspondence With Voter Regarding Proof of Citizenship | Will Offer |
| | | *Open Democracy Documents* | |
| 40 | NH_ORGS_00002943 | Order receipt for Open Democracy. | May Offer |
| 41 | NH_ORGS_00001601 | Open Democracy's "2025 Be a Poll Worker Training" deck. | Will Offer |
| 42 | NH_ORGS_00001631 | Non-Partisan Poll Observer Training. | Will Offer |
| 43 | NH_ORGS_00001146 | Handout regarding what to bring to register to vote. | Will Offer |
| 44 | NH_ORGS_00001145 | Updated handout regarding what to bring to register to vote. | Will Offer |
| 45 | NH_ORGS_00001578 | The Backbone of Our Elections: Election Workers and Their Roles Virtual Training. | Will Offer |
| 46 | NH_ORGS_00001630 | Open Democracy's NH HS Voter Reg Drive Tracker 2024. | May Offer |
| 47 | NH_ORGS_00001625 | Open Democracy's NH HS Voter Reg Drive Tracker 2025. | May Offer |
| 48 | NH_ORGS_00000265 | Email from N. Bundy to D. Desmarais regarding HB 1569 testimony. | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 49 | NH_ORGS_00001212 | Register to vote: documents needed | May Offer |
| 50 | NH_ORGS_00001210 | NH Run a Drive Toolkit | May Offer |
| 51 | NH_ORGS_00001177 | High School Voter Registration Drive Action Plan | May Offer |
| 52 | NH_ORGS_00001214 | NH Run a Drive Toolkit | May Offer |
| 53 | NH_ORGS_00000559 | Email from O. Zink to D. Scanlan regarding HB 1569 and HB 1370 | May Offer |
| | | *The Forward Foundation Document* | |
| 54 | NH_ORGS_00001768 | Forward Foundation's budget for 2024-2026. | May Offer |
| 55 | NH_ORGS_00002944 | List of the events hosted by the Forward Foundation in 2024. | May Offer |
| 56 | NH_ORGS_00002089 | Exemplar Forward Foundation mailer. | May Offer |
| 57 | NH_ORGS_00001785 | The Forward Foundation stakeholder memorandum. | Will Offer |
| 58 | NH_ORGS_00001921 | The Forward Foundation's updated Poll Worker Training. | May Offer |
| 59 | NH_ORGS_00001950 | Civic Engagement Among New Resident Populations in New Hampshire Education Foundation of America 2024 Grant Outcomes. | May Offer |
| 60 | NH_ORGS_00001911 | Poll Worker Recruitment Work Plan 2025: Voter Education Plan 2025 | Will Offer |
| | | *The League of Women Voters New Hampshire (LWV-NH) Documents* | |
| 61 | NH_ORGS_00001142 | LWV-NH's chart of "Talks & Tabling Events 2024." | May Offer |
| 62 | NH_ORGS_00000579 | LWV-NH's "NH Voter – August 2024" newsletter. | May Offer |
| 63 | NH_ORGS_00000161 | LWV-NH's "Legislative Alert" newsletter. | May Offer |
| 64 | NH_ORGS_00001556 | Liz Tentarelli's, President of the LWV-NH, timesheet for 2024 through September 2, 2025. | May Offer |
| 65 | NH_ORGS_00001131 | LWV-NH's "Voting in New Hampshire" 2025 handout. | May Offer |
| 66 | NH_ORGS_00001133 | LWV-NH's "Voting in New Hampshire" 2024 handout. | May Offer |
| 67 | NH_ORGS_00000234 | Letter sent by LWV-NH's president, Liz Tentarelli, to the NH Senate Election Law and Municipal Affairs Committee regarding HB 1569. | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 68 | NH_ORGS_00002167 | LWV-NH's summary of its "boosted" Facebook posts regarding HB 1569 and how to register to vote. | May Offer |
| 69 | NH_ORGS_00001437 | LWV-NH's expenses for July 1, 2024 through June 30, 2025. | May Offer |
| 70 | NH_ORGS_00000094 | LWV-NH's expenses for July 1, 2023 through June 28, 2024. | May Offer |
| 71 | NH_ORGS_00001125 | LWV-NH "Voting in New Hampshire in 2025" handout. | Will Offer |
| 72 | NH_ORGS_00001126 | LWV-NH "Voting in New Hampshire" handout as of February 2025. | Will Offer |
| 73 | NH_ORGS_00001557 | LWV-NH's email messages regarding voting fliers. | May Offer |
| 74 | NH_ORGS_00001713 | LWV_NH Presentation on "Voting Rights - Past and Present." | May Offer |
| 75 | NH_ORGS_00000239 | LWV-NH's Final Legislative Alert for 2024. | May Offer |
| | | ***Secretary of State Documents*** | |
| 76 | SOS-3948292 | Spreadsheet from the Secretary of State's Office tracking which polling locations reported internet access, cell network, landline phone service, etc. | May Offer |
| 77 | Dkt. 70-2 | Affidavit of Patricia Piecuch in Support of Defendants' Amended Objection to Motion to Compel the Statewide Voter Database & Related Documents | May Offer |
| 78 | SOS-FT-519146 | Email from E. Hennessey to Representatives Lane and Howard regarding "2022 Affidavit Data" | May Offer |
| 79 | SOS-ST-3940676 | Email from B. Fitch to P. Piecuch asking for clarification regarding ElectioNet requirements when an applicant reports being a naturalized citizen but presents a passport as proof of citizenship. | May Offer |
| 80 | SOS-ST-3914853 | Email from M. Kotelba to the Secretary of State's Elections mailbox regarding voter registration issues in Newbury. | May Offer |
| 81 | SOS-FT-1384947 | Email correspondence between P. Piecuch and J. King regarding numbers of active voters whose place of birth is listed as outside the U.S. | May Offer |
| 82 | SOS-FT-2229021 | New Hampshire City and Town Clerk's Association Executive Board Minutes. | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 83 | SOS-FT-512001 | Email correspondence between D. Scanlan and J. Gray regarding NASED positions on proof of citizenship documents. | May Offer |
| 84 | SOS-ST-3925864 | Email from B. Fitch providing guidance for situations in which birth certificate and driver's licenses contain similar, but not identical, names. | Will Offer |
| 85 | SOS-FT-1358589 | Email correspondence regarding the President of New Hampshire City Town Clerks' Association. | May Offer |
| 86 | SOS-FT-614622 | Correspondence regarding CNN inquiry. | May Offer |
| 87 | SOS-FT-600124 | Email correspondence between D. Scanlan and A. Sventek regarding "CNN question about the new proof-of-citizenship law." | May Offer |
| 88 | Deposition of Kristin Martino, Exhibit 3 | Printout of Vital Records FAQ page of website. | May Offer |
| 89 | Deposition of Kristin Martino, Exhibit 5 | Application for a Certified Copy of a Vital Record. | May Offer |
| 90 | Deposition of Kristin Martino, Exhibit 6 | Documentary Evidence Required Form. | May Offer |
| 91 | Deposition of Kristin Martino, Exhibit 12 | Vital Records Letter and Forms - Free Certified Copy for Voter Registration. | May Offer |
| 92 | SOS-FT-519133 | Email from J. Gray with proposed HB 1569 changes. | May Offer |
| 93 | SOS-FT-614799 | Email from D. Scanlan to J. Gray with HB 1370 suggestions. | May Offer |
| 94 | SOS-FT-614801 | Email from J. Gray to D. Scanlan with HB 1370 redline. | May Offer |
| 95 | Deposition of David Scanlan, Exhibit 6 | Article: "Scanlan: It's More Work, But He Can Administer Proposed Voter Verification Change." | May Offer |
| 96 | SOS-ST-3915519 | Email from J. Seely to Governor and SOS's Office regarding HB 1569. | May Offer |
| 97 | SOS-FT-605087 | Email from A. Shump to D. Scanlan regarding HB 1569 and HB 1370. | Will Offer |
| 98 | SOS-FT-604971 | Email from A. Neff to D. Scanlan regarding HB 1569 and HB 1370. | May Offer |
| 99 | SOS-FT-603108 | Email from B. Lynn providing J. Gray and D. Scanlan with proposed changes to HB 1569. | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 100 | SOS-FT-606447 | Email from D. Schachter "following up on the April 8 meeting with groups working to enhance voting access." | May Offer |
| 101 | SOS-FT-3659606 | Quiz on requirements to prove citizenship (Moodle Unit) | May Offer |
| 102 | Deposition of David Scanlan, Exhibit 15 | Granite Memo Article: What David Scanlan Said About Shoring Up Voter Confidence | May Offer |
| 103 | NH_ORGS_00002459 | Votebeat Transcript | May Offer |
| 104 |  | Video of Votebeat Checking Citizenship: A Conversation with Two Secretaries of State | May Offer |
| 105 | SOS-FT-500014 | NH Public Radio Article: N.H. Secretary of State: Elections Are 'A Public Process' That Anyone Can Watch. | May Offer |
| 106 | NH_ORGS_00002627 | PowerPoint: Voter Education and Assistance for New Voter Citizenship Requirements | May Offer |
| 107 | Deposition of David Scanlan, Exhibit 16 | The Granite State Poll: Granite Staters Think NH Elections Are Trustworthy and Easy But Not So Sure About Rest of U.S. | May Offer |
| 108 | SOS-FT-682344 | Email correspondence with D. Scanlan regarding QVA for adoptee | May Offer |
| 109 | SOS-ST-3913767 | Email from J. Gray to R. Tracy, D. Scanlan, and B. O'Donnell regarding citizenship data | May Offer |
| 110 | NH_ORGS_00002678 | Report to the Special Committee on Voter Confidence, June 10, 2024 | May Offer |
| 111 | SOS-ST-3940548 | Email correspondence between Secretary of State employees regarding affidavits | May Offer |
| 112 | SOS-482423 | New Hampshire Election Procedure Manual. 2024-2025 | Will Offer |
| 113 | SOS-FT-520385 | Email correspondence between E. Hennessey and P. Piecuch regarding draft HB 1569 guidance | May Offer |
| 114 | SOS-FT-1179225 | Report of the Special Committee on Voter Confidence, December 22, 2022 | Will Offer |
| 115 | SOS-FT-1179239 | Special Committee on Voter Confidence Report, January 5, 2023 | Will Offer |
| 116 | SOS-FT-3748061 | Memorandum from A. Stevens re. RSA 659:13: Protocols Effective September 1, 2015 | May Offer |
| 117 | SOS-FT-1030546 | Letter from B. Fitch to B. Drummond regarding requirements to register to vote | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 118 | SOS-FT-484266 | Letter from Bonnie Drummond regarding difficulties with proof of identity | May Offer |
| 119 | SOS-ST-3931477 | Email from B. Drummond to B. Fitch regarding requirements to register to vote | May Offer |
| 120 | SOS-FT-614614 | Email correspondence regarding D. Scanlan's view of the differences between HB 1569 and Wyoming's proof of citizenship requirements | May Offer |
| 121 | SOS-ST-3912863 | Email correspondence between Wilmont Supervisor of the Checklist and B. Fitch regarding name changes | May Offer |
| 122 | SOS-ST-3932748 | Email from S. Borne to B. Fitch regarding proof of citizenship | May Offer |
| 123 | SOS-FT-483033 | Letter from R. Tracy to Yao Ofori | May Offer |
| 124 | SOS-FT-604967 | Email from O. Zink to D. Scanlan regarding HB 1569 and HB 1370 | May Offer |
| 125 | SOS-FT-666629 | NH DOJ Closure Letters, July-December 2019 | May Offer |
| 126 | SOS-FT-1030599 | HB 1569 - Amendment to Contract For Statewide Voter Registration System | May Offer |
| 127 | SOS-FT-1030655 | Citizenship - Documents That Are Proof of Citizenship | May Offer |
| 128 | SOS-ST-3912748 | Email correspondence between R. Tracy and B. Fitch regarding passports as proof of citizenship | May Offer |
| 129 | SOS-ST-3912911 | Email correspondence between B. Fitch and Supervisor of the Checklist regarding name changes | May Offer |
| 130 | SOS-ST-3916019 | Email from Certified Town Clerk with question regarding proof of citizenship | May Offer |
| 131 | SOS-ST-3919645 | Email correspondence regarding use of expired passports as proof of citizenship | May Offer |
| 132 | SOS-ST-3927728 | Email correspondence between B. Fitch and R. Southworth regarding proof of citizenship to vote and B. Fitch and Moderator regarding same | May Offer |
| 133 | SOS-ST-3931085 | Email correspondence with Secretary of State employees regarding discrepancy in name in birth certificate and Real ID. | May Offer |
| 134 | SOS-ST-3931425 | Email from Enfield Moderator seeking clarification on new voter registration laws. | May Offer |
| 135 | SOS-ST-3934031 | Email from B. Fitch explaining process of obtaining free photo ID "for voting purposes only." | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 136 | SOS-481049 | Statewide voter registration system | May Offer |
| 137 | SOS-3948310 | Joint Memorandum from Attorney General's Office and Secretary of State's Office for Local Election Officials regarding 2025 Election Law Changes. | May Offer |
| 138 | SOS-3948951 | Email from Elections mailbox to local election official from Goffstown regarding their question about citizenship proof requirements for voters removed from checklist | May Offer |
| 139 | SOS-3948945 | Redacted internal email discussing SOS-3948951 | May Offer |
| 140 | SOS-3949599 | Email from D. Bruno to a local election official from Goffstown indicating that they spoke at a conference about the official's question. | May Offer |
| 141 | SOS-3948384 | SOS Presentation deck - 2025 Legislative Update & Frequent Questions | May Offer |
| 142 | SOS-3948971 | SOS Presentation deck - 2025 Legislative Update & Frequent Questions - with speakers notes | May Offer |
| 143 | SOS-3948939 | Email from D. Bruno responding to questions from Pembroke Supervisor of the Checklist | May Offer |
| 144 | SOS-3948957 | Email reflecting questions from Concord election officials regard election day disputes | May Offer |
| 145 | SOS-3948969 | Letter from Scanlan to DMV | May Offer |
| 146 | SOS-3949082 | Registering to Vote in New Hampshire – Determining the Qualifications of Applicants (RSA 654:12) | May Offer |
| 147 | SOS-3949096 | Draft MOU between the Secretary of State and the DMV | May Offer |
| 148 | SOS-3949107 | Emails between Department of Safety and Secretary of State's office employees regarding the timing of an MOU to comply with HB 464 | May Offer |
| 149 | SOS-3949125 | Emails between Department of Safety and Secretary of State's office employees regarding the fields to be provided by SOS and DMV to comply with HB 464 | May Offer |
| 150 | SOS-3949130 | Emails between Department of Safety and Secretary of State's office employees regarding the fields to be provided by SOS and DMV to comply with HB 464 | May Offer |
| 151 | SOS-3949761 | Email between D. Scanlan and Experian | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 152 | SOS-3949731 | Proposed legislation for 2026 authorizing the SOS to conduct random audits of the citizenship qualifications of registered voters who submitted a QVA as proof of citizenship | May Offer |
| 153 | SOS-3950862 | Final executed MOU with DMV and the Secretary of State's office | May Offer |
| 154 | SOS-3950869 | Email from NH Votes to clerks and supervisors regarding SVRS changes in response to HB 464 | May Offer |
| 155 | SOS-3950872 | Memorandum to Election Officials from SOS regarding SVRS changes | May Offer |
| 156 | SOS-3949078 | Email from P. Piecuch to P. Ganti (WSD Digital) regarding a change request for the SVRS | May Offer |
| 157 | SOS-3949507 | Email from D. Bruno to South Carolina officials stating that the office is not currently using the SAVE database | May Offer |
| 158 | SOS-ST-3920651 | April 3, 2024 Email of David Scanlan | May Offer |
| 159 | SOS-ST-3926732 | February 29, 2025 Email of Mike Horne (Hookset) | May Offer |
| 160 | SOS-ST-3926201 | February 27, 2025 Email of Wendy Soares | May Offer |
| 161 | SOS-ST-3945794 | January 8, 2025 Email of JoAnn Ferruolo | May Offer |
| 162 | SOS-FT-926292 | June 12, 2024 Email of Rachel Deane | May Offer |
| 163 | SOS-ST-3934299 | June 13, 2025 Email of Orville Bud Fitch | May Offer |
| 164 | SOS-FT-519399 | Letter from Supervisors of the Checklist to Gov. Sununu | May Offer |
| 165 | SOS-ST-3941944 | April 21, 2025 Email of Orville "Bud" Fitch | May Offer |
| 166 | SOS-ST-3912601 | January 3, 2025 Email of Brendan O'Donnell | May Offer |
| 167 | SOS-FT-574623 | March 25, 2025 Email of Barbara Holland Cooper | May Offer |
| 168 | DOJ-004853 | January 23, 2025 Memorandum to Clerks and Supervisors/Registrars, HB 1569 FAQs | May Offer |
| 169 | DOJ-004863 | New Hampshire Voter Registration Attestation | May Offer |
| 170 | Deposition of David Scanlan, Exhibit 18 | Copy of Global Entry Card (Redacted) | May Offer |
| 171 | SOS-3948294 | November 5, 2025 Roundtable Meeting Notes, Secretary of State | May Offer |
| 172 | SOS-3949555 | 2025 Election Law Legislative Update Clerk's Conference | May Offer |
| 173 | SOS-3949775 | November 21, 2025 Media Clips | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 174 | SOS-3949116 | SVRS DMV Sample Data Fields – HB 464 | May Offer |
| 175 | SOS-3950875 | Proof of Identity Instructions | Will Offer |
| 176 | SOS-3950877 | Application for Confidential Verification of a New Hampshire Vital Record or DMV Record Search for the Purpose of New Hampshire Voter Registration | Will Offer |
| 177 | SOS-3950879 | Inquiries – Vital Records and DMV | Will Offer |
| | | *Attorney General Documents* | |
| 178 | DOJ-004950 | Note to File regarding SangYeob Kim's inability to register at the Stratham Town Clerk's Office. | May Offer |
| 179 | DOJ-004852 | Email from NH Votes, with attachments, distributing "HB 1569 Q&A guidance" and attached memorandum titled "HB 1569 – Frequently Asked Questions." | Will Offer |
| 180 | DOJ-004749 | Email correspondence scheduling second meeting between the Attorney General, D. Scanlan, and Sen. Gray | May Offer |
| 181 | DOJ-004864 | Press Release: Secretary of State Reminds Granite Staters of Recent Change in Voter Registration Requirements Ahead of Local Elections | May Offer |
| 182 | DOJ-003777 | Investigative documents for 8 cases of alleged noncitizen voting | May Offer |
| 183 | DOJ-004774 | Email from B. Fitch to moderator regarding use of expired passport as proof of citizenship | May Offer |
| 184 | DOJ-003494 | Email correspondence between B. Odonnell and P. Good regarding voting with green card | May Offer |
| 185 | DOJ-004947 | Email correspondence between R. Tracy and C. Roy-Czyzowski regarding the Secretary of State's guidance | May Offer |
| 186 | DOJ-003621 | O'Donnell email regarding affidavit to vote | May Offer |
| 187 | SOS-FT-483096 | O'Donnell letter regarding "alleged wrongful voting regarding November 2020 election" finding the allegations "unsupported." | May Offer |
| 188 | SOS-FT-483146 | O'Donnell letter about a 2024 investigation | May Offer |
| 189 | DOJ-004802 | O'Donnell email to Middleton moderator regarding prior registration being reasonable documentation | May Offer |
| 190 | DOJ-004790 | Email from B. O'Donnell to NH Judiciary about HB 1569 | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 191 | SOS-FT-680306 | Election Law Complaint Status Report from September 1, 2016 - May 24, 2018 | May Offer |
| 192 | DOJ-000155 | Election Law Complaint Status Report for May 25, 2018 - December 31, 2018 | May Offer |
| 193 | DOJ-000346 | Election Law Complaint Status Report for November 7, 2018 - June 30, 2019 | May Offer |
| 194 | DOJ-000451 | Election Law Complaint Status Report for June 28, 2019 - December 31, 2019 | May Offer |
| 195 | DOJ-000559 | Election Law Complaint Status Report for January 1, 2020 - June 30, 2020 | May Offer |
| 196 | DOJ-002069 | Election Law Complaint Status Report for July 1, 2020 - December 31, 2020 | May Offer |
| 197 | DOJ-000945 | Election Law Complaint Status Report for January 1, 2021 - June 30, 2021 | May Offer |
| 198 | DOJ-001142 | Election Law Complaint Status Report for July 1, 2021 - December 31, 2021 | May Offer |
| 199 | DOJ-000716 | Election Law Complaint Status Report for January 1, 2022 - June 30, 2022 | May Offer |
| 200 | DOJ-002338 | Election Law Complaint Status Report for July 1, 2022 - December 31, 2022 | May Offer |
| 201 | DOJ-001698 | Election Law Complaint Status Report for January 1, 2023 - June 30, 2023 | May Offer |
| 202 | DOJ-001413 | Election Law Complaint Status Report for July 1, 2023 - December 31, 2023 | May Offer |
| 203 | DOJ-001926 | Election Law Complaint Status Report for January 1, 2024 - June 30, 2024 | May Offer |
| 204 | DOJ-002550 | Election Law Complaint Status Report for July 1, 2024 - December 31, 2024 | May Offer |
| 205 | DOJ-004953 | Election Law Complaint Status Report for January 1, 2025 - June 30, 2025 | May Offer |
| 206 | DOJ-003098 | Email correspondence regarding questioning from moderator regarding citizenship during registration | May Offer |
| 207 | DOJ-003327 | Email correspondence regarding individual who was unable to register to vote due to no proof of citizenship | May Offer |
| 208 | DOJ-003496 | Email from B. Fitch regarding "Referral to AG's office - Issue of US Citizenship." | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 209 | DOJ-004842 | Registering to Vote in New Hampshire, updated November 11, 2024 | May Offer |
| 210 | DOJ-004808 | Registering to Vote in New Hampshire updated February 25, 2025 | May Offer |
| 211 | Deposition of Orville B. Fitch, Exhibit 5 | Registering to Vote in New Hampshire updated September 30, 2025 | May Offer |
| 212 | DOJ-004815 | Email correspondence with R. Tracy regarding issues with Town of Meredith's voting guidance on its website | May Offer |
| 213 | DOJ-004825 | Secretary of State: Asserting a Challenge form | May Offer |
| 214 | DOJ-004839 | Memorandum from D. Scanlan to Election Officials regarding HB 1569 — Laws of 2024, Chapter 378 - Relative to Eliminating Voter Identification Exceptions | May Offer |
| 215 | DOJ-003503 | September 27, 2024 Email of Caron Gonthier | May Offer |
| 216 | DOJ-001400 | April 20, 2018 Report of Investigation Regarding Domicile and QVAs | May Offer |
| 217 | DOJ-001409 | Report of Investigation Regarding Qualified Voter Affidavits | May Offer |
| 218 | DOJ-001412 | September 26, 2019, Investigation/Arrest Report | May Offer |
| | | *Copies of Qualified Voter Affidavits* | |
| 219 | Concord_000005; Concord_000621 | Qualified Voter Affidavits for citizenship submitted in Concord NH | May Offer |
| 220 | Manchester_000001 | Qualified Voter Affidavits for citizenship submitted in Manchester NH | May Offer |
| 221 | Lebanon_000001 | Qualified Voter Affidavits for citizenship submitted in Lebanon | May Offer |
| 222 | Hanover_000212; Hanover_000001 | Qualified Voter Affidavits for citizenship submitted in Hanover | May Offer |
| | | *Miscellaneous Documents* | |
| 223 | NH_ORGS_00000175 | NH Bulletin article: "At least 96 people turned away from town meeting polls due to new state voting law, group says." | May Offer |
| 224 | | NH Superior Court - Fee Schedule, effective 7/1/2025. | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 225 | NH_ORGS_00002625 | Ethan DeWitt, Secretary of state predicts 'challenges,' litigation if voter ID bill becomes law, NH Bulletin | May Offer |
| 226 | NH_ORGS_00002685 | Center for Democracy and Civic Engagement: Who Lacks ID in America Today? | May Offer |
| 227 | NH_ORGS_00002691 | Casey McDermott, Sununu Affirms Reality of President-Elect Biden, Vouches for New Hampshire's Voting Procedures, NH Public Radio | May Offer |
| 228 | NH_ORGS_00002699 | Ross Ketschke, Gov. Chris Sununu signs new voting rules bill into law, though it won't take effect until after election, WMUR | May Offer |
| 229 | NH_ORGS_00002701 | Response to Attorney Henry Klementowicz Re: Response to Right-to-Know request. | May Offer |
| 230 | NH_ORGS_00002706 | Carrie Levine, New Hampshire election offers preview of barriers posed by SAVE act, Votebeat | May Offer |
| 231 | NH_ORGS_00002709 | Brennan Center for Justice, 21.3 Million American Citizens of Voting Age Don't have Ready Access to Citizenship Documents. | May Offer |
| 232 | NH_ORGS_00002711 | Center for Democracy and Civic Engagement: Who Lacks Documentary Proof of Citizenship? | May Offer |
| 233 | NH_ORGS_00002717 | Article: Emma Davis, As Trump eyes election changes, Secretary Bellows warns of fallout | May Offer |
| 234 | NH_ORGS_00002723 | Holly Ramer, Michael Casey, Christina A. Cassidy, New Hampshire elections offer preview of citizenship voting rules | May Offer |
| 235 | NH_ORGS_00002751 | Letter to NH Election Officials re HB 1569 Relative to eliminating voter identification exceptions | May Offer |
| 236 | NH_ORGS_00002759 | Andrew Solender, GOP NH Governor Calls Biden President Elect, Says 'No Evidence' of Voter Fraud There, Fobes | May Offer |
| 237 | NH_ORGS_00002762 | Jasleen Singh, New Hampshire just got a preview of the House's terrible new voter ID bill, MSNBC | May Offer |
| 238 | NH_ORGS_00002763 | USCIS Check Case Processing Times | May Offer |
| *Documents from January 2026 Productions* | | | |
| 239 | SOS-3949200 | July 23, 2025 email between Secretary of State employees regarding "Follow-up from SAVE meeting" | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 240 | SOS-3950348 | July 24, 2025 email between Secretary of State employees regarding "Follow-up from SAVE meeting" | May Offer |
| 241 | SOS-3950369 | August 14, 2025 email from vendor regarding "HB 464 Discussion – Notes" | May Offer |
| 242 | SOS-3950419 | September 11, 2025 email with P. Piecuch concerning change order with vendor, with attachment | May Offer |
| 243 | SOS-3950582 | Change order with vendor (signed) | May Offer |
| 244 | SOS-3949668 | July 21, 2025 email from governors' office to D. Scanlan | May Offer |
| 245 | SOS-3950086 | November 20, 2025 email with Secretary of State's office and vendor regarding DMV transfer of citizenship data | May Offer |
| 246 | SOS-3950585 | September 30, 2025 email with vendor and Secretary of State's office regarding "HB464- DMV OOSDL" | May Offer |
| 247 | SOS-3950427 | October 9, 2025 email with vendor and Secretary of State's office regarding "Change Request HB464 and SB221" | May Offer |
| 248 | SOS-3950435 | October 16, 2025 email with vendor and Secretary of State's office regarding "Pending Removal – Death Issue" | May Offer |
| 249 | SOS-3950439 | October 16, 2025 email with vendor and Secretary of State's office regarding "HB464 – Vital Records – Marriage Search Results – Local/State User" | May Offer |
| 250 | SOS-3950453 | October 31, 2025 email with vendor and Secretary of State's office regarding "SVRS Roadmap Discussion – ETA's on items we discussed" | May Offer |
| 251 | SOS-3950502 | July 3, 2025 email with P. Piecuch discussing "DMV Data Exchange," with attachment | May Offer |
| 252 | SOS-3950598 | October 30, 2025 Email with P. Piecuch re "Change request," with attachments | May Offer |
| 253 | SOS-3950718 | November 20, 2025 email from P. Piecuch re "NH SVRS - HB464: Updated Change Request for your review & approval," with attachment | May Offer |
| 254 | SOS-3950845 | October 16, 2025 email to P. Piecuch re "HB464 – Data Elements in Vital files by category" | May Offer |
| 255 | SOS-3950851 | Handwritten notes, email printouts re HB 464 | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 256 | SOS-3949071 | List of webinars from the Secretary of State and the linked webinar recordings therein | May Offer |
| 257 | SOS-3949077 | October 27, 2025 email between P. Piecuch and E. Hennessey re. "Vital Records Limited Data Set – Voter Registration fillable" | May Offer |
| 258 | SOS-3949132 | MOU between DMV and SoS | May Offer |
| 259 | SOS-3949203 | July 25, 2025 letter from SOS to U.S. DOJ Voting Section | May Offer |
| 260 | SOS-3949766 | October 22, 2025 email from D. Scanlan re "NH Election Integrity using SAVE Database" | May Offer |
| 261 | SOS-3949857 | July 8, 2025 Emails between Hennessey and Indiana SOS re "SAVE MOA" | May Offer |
| 262 | SOS-3950459 | November 12, 2025 email with Secretary of State employees regarding "Saf-C 5606.05" | May Offer |
| 263 | SOS-3948529 | Redlined 2025 Election Law Changes in NH | May Offer |
| 264 | SOS-3950168 | Redlined 2024 Election Law Changes in NH | May Offer |
| 265 | SOS-3948950 | REGISTERING TO VOTE IN NEW HAMPSHIRE – DETERMINING THE QUALIFICATIONS OF APPLICANT (RSA 654:12) | May Offer |
| 266 | SOS-3951031 | January 5, 2026 email with Secretary of State employees re. "Draft Inquiry Instructions" | May Offer |
| 267 | SOS-3951019 | January 2, 2026 email with Secretary of State employees re. "Draft Inquiry Instructions" | May Offer |
| 268 | SOS-3951022 | Redline of January 5, 2026 SVRS Changes | May Offer |
| 269 | SOS-3951071 | January 2, 2026 email from D. Bruno to P. Piecuch re. "HB464 Next Draft" | May Offer |
| 270 | SOS-3951072 | Draft of January 5, 2026 SVRS Changes | May Offer |
| 271 | SOS-3951103 | December 11, 2025 email with Secretary of State employees re. "Vital Records Limited Data Set - Voter Registration fillable" | May Offer |
| 272 | SOS-3951202 | January 5, 2026 email to NHVotes re "SVRS Changes" | May Offer |
| 273 | SOS-3951211 | December 9, 2025 email between vendor and Secretary of State employees re. "SVRS Roadmap Discussion" | May Offer |
| 274 | SOS-3951213 | December 10, 2025 SVRS Phase 1 Maintenance | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 275 | SOS-3951515 | January 6, 2026 email between vendor and Secretary of State employees re. "SVRS Roadmap Discussion" | May Offer |
| 276 | SOS-3951517 | January 7, 2026 SVRS Phase 1 Maintenance | May Offer |
| 277 | SOS-3951220 | December 30, 2025 email between vendor and Secretary of State employees re. "SVRS - Deployment Package for PROD" | May Offer |
| 278 | SOS-3951500 | December 31, 2025 email between vendor and Secretary of State employees re. an invoice, with attachment | May Offer |
| 279 | SOS-3952455 | January 20, 2026 email from D. Scanlan to Experian re. quote | May Offer |
| 280 | SOS-3952674 | January 28, 2026 invite re. "HB464 - User stories to be included in a follow up CR, Senate Bill 221 - Continue reviewing user stories" | May Offer |
| 281 | SOS-3952680 | January 13, 2026 email from Manchester clerk to P. Piecuch re. "SVRS Changes (HB646)" | May Offer |
| 282 | SOS-3952687 | January 13, 2026 email between vendor and Secretary of State employees re. "SVRS – DMV Citizenship File Process Failure Analysis" | May Offer |
| 283 | SOS-3952847 | January 15, 2026 email from J. Strakalaitis (Derry) to NHVotes re. "Regaining Access to SVRS" | May Offer |
| 284 | SOS-3952850 | January 9, 2026 email from Amherst clerk to NHVotes re "SVRS Changes (HB646)" | May Offer |
| 285 | SOS-3952854 | July 1, 2025-December 31, 2025 Election Law Complaint Status Report | May Offer |
| 286 | SOS-3950904 | December 11, 2025 email to P. Piecuch and D. Scanlan re. "NH EAVS Section B Data Standardization Meeting Follow-Up" | May Offer |
| 287 | SOS-3952853 | Excel table of voter data re: drivers' licenses and SSNs | May Offer |
| | | *Sources of Dr. Herron* | |
| 288 | Cited in Expert Report of Dr. Michael Herron | Data Notations | May Offer |
| 289 | Cited in Expert Report of Dr. Michael Herron | "Who Lacks ID in America Today? An Exploration of Voter ID Access, Barriers, and Knowledge," Center for Democracy and Civic Engagement, University of Maryland, June 2024, available at https://cdce.umd.edu/sites/cdce.umd.edu/files/pubs/ | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| | | Voter%20ID%20survey%20Key%20Results%20June%202024.pdf | |
| 290 | Cited in Expert Report of Dr. Michael Herron | Cost of Voting data, https://img1.wsimg.com/blobby/go/6390118f-6ee4-4460-a245-79d1f8be7ec6/downloads/b11df6a2-164a-422e-9823-98015a03d011/COVI%20Values%201996-2024%20website.xlsx?ver=1733346161384 | May Offer |
| 291 | Cited in Expert Report of Dr. Michael Herron | Brians, Craig L. and Bernard Grofman. 2001. Election Day Registration's Effect on U.S. Voter Turnout. Social Science Quarterly 82:170–83. | May Offer |
| 292 | Cited in Expert Report of Dr. Michael Herron | Li, Quan, Michael J. Pomante, and Scot Schraufnagel. 2018. The Cost of Voting in the American States. Election Law Journal 17(3):234–47. | May Offer |
| 293 | Cited in Expert Report of Dr. Michael Herron | Fenster, Mark J. 1994. The Impact of Allowing Day of Registration Voting On Turnout in U.S. Elections From 1960 To 1992: A Research Note. American Politics Quarterly 22(1):74–87. | May Offer |
| 294 | Cited in Expert Report of Dr. Michael Herron | Knack, Stephen and James White. 1998. Did States' Motor Voter Programs Help the Democrats? American Politics Quarterly 26(3):344–365. | May Offer |
| 295 | Cited in Expert Report of Dr. Michael Herron | Schraufnagel, Scot, Michael J. Pomante and Quan Li. 2022. Cost of Voting in the American States: 2022. Election Law Journal 21(3):220–228. | May Offer |
| 296 | Cited in Expert Report of Dr. Michael Herron | Letter from Attorney General's office to Steve Dutton, June 2024. | May Offer |
| 297 | Cited in Expert Report of Dr. Michael Herron | Letter from Steve Dutton to Attorney General's office, June 5, 2024 | May Offer |
| | | *Sources of Dr. Minnite* | |
| 298 | Cited in Expert Report of Dr. Lorraine Minnite | L. Minnite, Myth of Voter Fraud (2010). | May Offer |
| 299 | Cited in Expert Report of Dr. Lorraine Minnite | Jennifer Wu, Chenoa Yorgason, Hanna Folsz, Cassandra Handan-Nader, Andrew Myers, Tobias Nowacki, Danile M. Thompson, Jesse Yoder and Andrew B. Hall, "Are Dead People Voting by Mail: Evidence from Washington State Administrative Data," Election Law Journal, (2024), DOI: 10.1089/elj.2023.0047. | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 300 | Cited in Expert Report of Dr. Lorraine Minnite | Bernard Grofman and Jonathan Cervas, "Statistical Fallacies in Claims about 'Massive and Widespread Fraud' in the 2020 Presidential Election: Examining Claims Based on Aggregate Election Results," Statistics and Public Policy 11:1, (2024) 2289529, DOI: 10.1080/2330443X.2023.2289529. | May Offer |
| 301 | Cited in Expert Report of Dr. Lorraine Minnite | Andrew C. Eggers, Haritz Garro, and Justin Grimmer, "No Evidence for Systematic Voter Fraud: A Guide to Statistical Claims about the 2020 Election," Proceedings of the National Academy of the Sciences 118, no. 45 (2021): 1-7. | May Offer |
| 302 | Cited in Expert Report of Dr. Lorraine Minnite | David Cottrell, Michael C. Herron, and Sean J. Westwood, "An Exploration of Donald Trump's Allegations of Massive Voter Fraud in the 2016 General Election," Electoral Studies 51 (2018): 123-142. | May Offer |
| 303 | Cited in Expert Report of Dr. Lorraine Minnite | Ray Christensen and Thomas J. Schultz, "Identifying Election Fraud Using Orphan and Low Propensity Voters," American Politics Research, 42, no. 2 (2014): 311-345. | May Offer |
| 304 | Cited in Expert Report of Dr. Lorraine Minnite | John S. Ahlquist, Kenneth R. Mayer, and Simon Jackman, "Alien Abduction and Voter Impersonation in the 2012 U.S. General Election: Evidence from a Survey List Experiment," Election Law Journal 13, no. 4 (2014). | May Offer |
| 305 | Cited in Expert Report of Dr. Lorraine Minnite | Nolan D. McCaskill, Election Officials in 33 States Rebut Trump's Claim of Fraud, Politico (Nov. 28, 2016) | May Offer |
| 306 | Cited in Expert Report of Dr. Lorraine Minnite | Dave Solomon & Dan Tuohy, NH Election Officials Dispute Trump Tweet on Voter Fraud, New Hampshire Union Leader (Nov. 28, 2016) | May Offer |
| 307 | Cited in Expert Report of Dr. Lorraine Minnite | Amy Gardner, *Trump's Revival of Claim of Voting Fraud in New Hampshire Alarms Some State Republicans,* Washington Post | May Offer |
| 308 | Cited in Expert Report of Dr. Lorraine Minnite | Robert Farley, Bulldoc Revives Zombie Claim About Busloads of Illegal Voters in New Hampshire, Factcheck.org | May Offer |
| 309 | Cited in Expert Report of Dr. Lorraine Minnite | Erica Werner, Trump cites voter fraud in NH without providing evidence | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 310 | Cited in Expert Report of Dr. Lorraine Minnite | Steven Duprey tweet "Repeating: there is no voter fraud in NH. None. Zip. Nada. Hundreds of lawyers, poll workers, watchers, press – no buses rolled in." | May Offer |
| 311 | Cited in Expert Report of Dr. Lorraine Minnite | Matt Shuham, GOP Former NH AG: Claims of Illegal Voting Are 'Not Connected to Reality', TPM (Feb. 13, 2017) | May Offer |
| 312 | Cited in Expert Report of Dr. Lorraine Minnite | Katharine Q. Seelye, Voter Fraud in New Hampshire? Trump Has No Proof and Many Skeptics, N.Y. Times (Feb. 13, 2017). | May Offer |
| 313 | Cited in Expert Report of Dr. Lorraine Minnite | Memorandum from Bud Fitch, Deputy Attorney General to Chairman Robert Boyce, and Members Senate Internal Affairs Committee Chairperson, Chairman Michael D Whalley, and House Election Law Committee Chairperson, Report by the Attorney General's Office Report, on Allegations of Voting Fraud in the November 2004 General Election | May Offer |
| 314 | Cited in Expert Report of Dr. Lorraine Minnite | Amanda Gokee, Sununu Says He Is Opposed to Legislation on Affidavit Ballots, nhpr.org (Apr. 7, 2022) | May Offer |
| 315 | Cited in Expert Report of Dr. Lorraine Minnite | New Hampshire Senate Livestream, Senate Election Law and Municipal Affairs, YouTube (Apr. 23, 2024), | May Offer |
| 316 | Cited in Expert Report of Dr. Lorraine Minnite | New Hampshire House of Representatives Livestream, Committee of Conference on HB 463, HB 1091,HB 1313, HB 1369, 1370, HB 1596 | May Offer |
| 317 | Cited in Expert Report of Dr. Lorraine Minnite | Phil Hatcher, Access vs. Security: The Use of Affidavits in New Hampshire Election Law, N.H. Bulletin (Apr. 25, 2024) | May Offer |
| 318 | Cited in Expert Report of Dr. Lorraine Minnite | Contemporary Issues in Election Law – The University of New Hampshire Law Review Annual Symposium, Remarks by SOS David Scanlan | May Offer |
| 319 | Cited in Expert Report of Dr. Lorraine Minnite | U.S. Gov't Accountability Off., GAO-14-634, Elections: Issues Related to State Voter Identification Laws (2014). | May Offer |
| 320 | Cited in Expert Report of Dr. Lorraine Minnite | Ella Nilsen, Trump Claims 'Serious Voter Fraud' in New Hampshire, PolitiFact.org (Nov. 28, 2016) | May Offer |
| 321 | Cited in Expert Report of Dr. Lorraine Minnite | Christopher Famighetti, Douglas Keith & Myrna Perez, Non-citizen Voting: The Missing Millions, | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| | | Brennan Center for Justice at New York University School of Law (2017) | |
| 322 | NH_ORGS_00002613 | Seacoastonline Article: Margie Cullen, Voter scrutiny in Durham doesn't change consensus: NH elections are secure. | May Offer |
| 323 | NH_ORGS_00002620 | Response to Attorney Henry Klementowicz Re: Right-to-know Request Regarding Use of Challenged Voter Affidavit and Qualified Voter Affidavits in November 3, 2020 General Election. | May Offer |
| 324 | Cited in Expert Report of Dr. Lorraine Minnite | Press Release, Arizona Attorney General, Arizona Attorney General's Office Releases Documents Related to 2020 Election Investigations, (Feb. 22, 2023) | May Offer |
| 325 | Cited in Expert Report of Dr. Lorraine Minnite | Election Review Summary, Memorandum from Reginald Grigsby to John Johnson, Office of Attorney General, Criminal Division, Special Investigations Section (Sept. 19, 2022) | May Offer |
| 326 | Cited in Expert Report of Dr. Lorraine Minnite | North Carolina State Board of Elections, "Post-Election Audit Report" | May Offer |
| | | ***Sources of Dr. Mayer*** | |
| 327 | Cited in Expert Report of Dr. Kenneth Mayer | Cost of Voting in the American States: 2024 (citation Pomante, Michael J., II. 2025. "Cost of Voting in the American States: 2024." Election Law Journal 24:52-61.). | May Offer |
| 328 | Cited in Expert Report of Dr. Kenneth Mayer | Data from Cost of Voting in the American States: 2024 (citation Pomante, Michael J., II. 2025. "Cost of Voting in the American States: 2024." Election Law Journal 24:52-61.). | May Offer |
| 329 | Cited in Expert Report of Dr. Kenneth Mayer | Center for Budget and Policy Priorities. 2006. Survey Indicates House Bill Could Deny Voting Rights to Millions of U.S. Citizens. September 22, 2006. | May Offer |
| 330 | Cited in Expert Report of Dr. Kenneth Mayer | Brennan Center for Justice. 2006. Citizens Without Proof: A Survey of American's Possession of Documentary Proof of Citizenship and Photo Identification. November. | May Offer |
| 331 | Cited in Expert Report of Dr. Kenneth Mayer | 2024 Survey of the Performance of American Elections | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 332 | Cited in Expert Report of Dr. Kenneth Mayer | Mass.gov, how to order a birth, marriage, or death certificate page. | May Offer |
| 333 | Cited in Expert Report of Dr. Kenneth Mayer | Passport application form (first passport) | May Offer |
| 334 | Cited in Expert Report of Dr. Kenneth Mayer | Passport application form (renewing passport) | May Offer |
| 335 | NH_ORGS_00002618 | Passport processing times | May Offer |
| 336 | NH_ORGS_00002746 | Passport fees | May Offer |
| 337 | Cited in Expert Report of Dr. Kenneth Mayer | Fee schedule, USCIS forms | May Offer |
| 338 | NH_ORGS_00002729 | Instructions, How to Replace or Amend a Consular Report of Birth Abroad (CRBA) | May Offer |
| 339 | Cited in Expert Report of Dr. Kenneth Mayer | Form, Request for Overseas U.S. Citizen Vital Records Services. | May Offer |
| 340 | Cited in Expert Report of Dr. Kenneth Mayer | The American Bar Association article on Birth Certificates. | May Offer |
| 341 | Cited in Expert Report of Dr. Kenneth Mayer | KFF, Number of Voters and Voter Registration as a Share of the Voter Population (November 2024) | May Offer |
| 342 | NH_ORGS_00002749 | Ballard, Jamie. 2023. "Adults Under 30 are More Likely Than Older Americans to Have a Current U.S. Passport." | May Offer |
| 343 | Cited in Expert Report of Dr. Kenneth Mayer | Bookman, Todd. 2024. "Record Number of NH Voters Cast Affidavit Ballots in November, the Final Time in Use." New Hampshire Public Radio, November 20, 2024. | May Offer |
| 344 | NH_ORGS_00002610 | Bookman, Todd and Josh Rogers. 2025. "NH's New ID Requirements Send Some Would-Be Voters Home to Grab Passports, Birth Certificates." New Hampshire Public Radio, March 11. | May Offer |
| 345 | Cited in Expert Report of Dr. Kenneth Mayer | Gokee, Amanda. 2025. "New Hampshire's First Big Test of a New Voter ID Law." Boston Globe, March 13, 2025 | May Offer |
| 346 | Cited in Expert Report of Dr. Kenneth Mayer | Morales-Doyle, Sean. 2024. "Noncitizen Voting Isn't Affecting State or Federal Elections – Here's Why." Brennan Center for Justice, New York University. | May Offer |
| 347 | Cited in Expert Report of Dr. Kenneth Mayer | Sexton, Adam. 2025. "Advocates Say New Voter Registration Rules Turned Away Nearly 100 New Hampshire Voters." WUMR Manchester | May Offer |

| Trial Ex. No.[2] | Bates Beginning[3] or other reference | Document Description | Will/May Offer |
|---|---|---|---|
| 348 | Cited in Expert Report of Dr. Kenneth Mayer | Riker, William H. and Peter C. Ordeshook. 2968. "A Theory of the Calculus of Voting." The American Political Science Review 62:25-42. | May Offer |
| 349 | Cited in Supplement of Dr. Kenneth Mayer | Anderman, Allison. 2024. "Debunking Lies About Voting and Citizenship," Brennan Center for Justice, | May Offer |
| 350 | Cited in Supplement of Dr. Kenneth Mayer | Johnson, Kenneth. 2023. "Migration Sustains New Hampshire's Population Gain," Carsey School of Public Policy, University of New Hampshire | May Offer |
| 351 | Cited in Supplement of Dr. Kenneth Mayer | United States Government Accountability Office. 2007. Medicaid: States Reported That Citizenship Documentation Requirement Resulted in Enrollment Declines for Eligible Citizens and Posed Administrative Burdens. GAO-07-889. | May Offer |
| 352 | Cited in Expert Report of Dr. Kenneth Mayer | Table 1 from Ken Mayer's Expert Report | May Offer |
| 353 | Cited in Expert Report of Dr. Kenneth Mayer | Table 2 from Ken Mayer's Expert Report | May Offer |
| 354 | Cited in Expert Report of Dr. Kenneth Mayer | Figure 1 from Ken Mayer's Expert Report | May Offer |
| 355 | Cited in Expert Report of Dr. Kenneth Mayer | Table A1 from Ken Mayer's Expert Report | May Offer |

DATED this 2nd day of February, 2026

Respectfully submitted,

COALITION FOR OPEN DEMOCRACY,
LEAGUE OF WOMEN VOTERS OF NEW
HAMPSHIRE, THE FORWARD
FOUNDATION, MILES BORNE,
ALEXANDER MUIRHEAD, BY HIS NEXT
FRIEND RUSSELL MUIRHEAD, AND
LILA MUIRHEAD, BY HER NEXT
FRIEND RUSSELL MUIRHEAD

By and through their attorneys,

*/s/ Henry R. Klementowicz*

Henry R. Klementowicz (N.H. Bar No. 21177)
Gilles R. Bissonnette (N.H. Bar No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
 Concord, NH 03301
 (603) 333-2201
henry@aclu-nh.org
gilles@aclu-nh.org

Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Ming Cheung*
Clayton Pierce*
Ethan Herenstein*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
cpierce@aclu.org
eherenstein@aclu.org
slakin@aclu.org

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Desiree.Pelletier@ropesgray.com

NEW HAMPSHIRE YOUTH MOVEMENT

By and through its attorneys,

*/s/ Steven J. Dutton*
Steven J. Dutton (N.H. Bar No. 17101)
Connor W. Harding (N.H. Bar No. 276438)
MCLANE MIDDLETON, P.A.
900 Elm Street
Manchester, NH 03101
(603) 628-1377
steven.dutton@mclane.com
connor.harding@mclane.com

David R. Fox*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue, N.W.
Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

Tyler L. Bishop*
ELIAS LAW GROUP LLP
1700 Seventh Avenue
Suite 2100
Seattle, WA 98101
(206) 656-0177
tbishop@elias.law


*Admitted pro hac vice