## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE YOUTH MOVEMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>*Defendant*. | |
| COALITION FOR OPEN DEMOCRACY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*,<br><br>*Defendants*. | Consolidated Cases<br>Case No. 1:24-cv-00291-SE-TSM |

**THE CONSOLIDATED PLAINTIFFS' AND DEFENDANTS' JOINT STIPULATION OF CERTAIN FACTS**

The Consolidated Plaintiffs and Defendants hereby stipulate and agree that the evidence set forth below may be admitted in evidence at trial in lieu of live testimony:

***Individual Plaintiffs Miles Borne, L.M., and A.M.***

    1.    Plaintiff Miles Borne was born in 2007. Docket No. 103-1, ¶ 151.

    2.    He was born in Portsmouth, New Hampshire. Docket No. 103-1, ¶ 152.

    3.    He graduated high school on June 6, 2025, and now attends Middlebury College in Vermont; and he lives at his parent's house in Rye, New Hampshire. Docket No. 103-1, ¶ 153.

4. Borne currently possesses both a U.S. passport and a birth certificate. They are both kept in a fireproof box where he lives in Rye. Docket No. 103-1, ¶ 154.

5. Borne's birth certificate was issued on January 26, 2009 and he and his parents have maintained possession of this document since that time, approximately sixteen (16) years. Docket No. 103-1, ¶ 155.

6. Borne's passport was issued on June 21, 2022 and expires on June 20, 2027. Docket No. 103-1, ¶ 156.

7. He also holds a New Hampshire driver's license that expires when he turns twenty-one (in the year 2028). Docket No. 103-1, ¶ 157.

8. Borne's driver's license is a New Hampshire Real ID. Borne Dep. Tr. 21:10-11; 23:6-8.

9. Borne registered to vote in 2025, on the day of his 18th birthday. Docket No. 103-1, ¶ 160.

10. Before school on the morning of his 18th birthday, Borne woke up early, performed his normal routine and then grabbed his passport and driver's license and drove down the road to town hall. Borne Dep. Tr. 33:12-18; 35:2-4.

11. Borne lives in Rye just minutes from the town hall where he registered to vote. Borne Dep. Tr. 34:21-35:4.

12. He registered to vote sometime between 8:00 AM and 8:35 AM, before arriving at school a minute or two late. Borne Dep. Tr. 34:2-12.

13. It takes him about three hours to drive between Rye and Middlebury College. Docket No. 103-1, ¶ 166.

14. Although Borne testified that he does not know what the future will hold, he plans

to vote in future elections, including voting in the November 2026 election in New Hampshire by absentee ballot. Docket No. 103-1, ¶¶ 163, 165, 167.

15. Both L.M. and A.M. were born in 2008 in Austin, Texas and are presently seventeen (17) years old. Docket No. 103-1, ¶ 168.

16. They live in Hanover, New Hampshire with their mother and father (next friend, Russell Muirhead). Docket No. 103-1, ¶ 169.

17. Both A.M. and L.M. currently attend Hanover High School; A.M. anticipates graduating in June of 2026, while L.M. anticipates graduating early in January of 2026. Docket No. 103-1, ¶ 174.

18. A.M. does not have any summer plans after graduation and anticipates attending Wesleyan University in Middletown, Connecticut. Docket No. 103-1, ¶ 175.

19. Wesleyan is about a three-hour drive from his home in Hanover, New Hampshire. Docket No. 103-1, ¶ 176.

20. After graduating in January, L.M. plans on working in Hanover and taking time off to travel to Spain and Jackson Hole, Wyoming. Docket No. 103-1, ¶ 177.

21. L.M. does not have any summer plans, and she plans to attend Colorado College in Colorado Springs in the fall of 2026. Docket No. 103-1, ¶ 178.

22. Both A.M. and L.M. will turn eighteen (18) in 2026, months before the state primary and election. Docket No. 103-1, ¶ 179.

23. A.M. was issued a New Hampshire driver's license. He brought his birth certificate on the day he obtained it. Docket No. 103-1, ¶ 180.

24. It took three-and-a-half hours for A.M. to fulfill all of the obligations associated with obtaining his Real ID driver's license. Docket No. 103-1, ¶ 181.

25. As for L.M, she missed an entire day of school to obtain her driver's license – travelling to both Newport and Manchester from Hanover – an experience that lasted well over three hours. Docket No. 103-1, ¶ 182. L.M. obtained a Real ID driver's license. L.M. Dep. Exh. 1, p. 4.

26. She cannot specifically recall what she brought with her that day, but she does recall gathering documents beforehand and bringing them with her. Docket No. 103-1, ¶ 183.

27. Both L.M. and A.M know what documents they need to bring in order to register to vote. A.M. and L.M. have previously located their passports and their birth certificates. Docket No. 103-1, ¶¶ 184 & 188.

28. Both of their passports and birth certificates are kept in a safe in their basement and are accessible upon request to a parent. Docket No. 103-1, ¶ 185.

29. When he registers to vote, A.M. plans on asking his parents for assistance and expects that they will help. Docket No. 103-1, ¶ 186. He has no reason to believe that his parents would discourage or prevent him from voting or registering to vote. A.M. Dep. Tr. 15:22-16:15.

30. He is worried that his father may lose his passport or birth certificate. Docket No. 103-1, ¶ 190. Despite this, he could offer no specific reason why they might be lost in the next few months before he turns 18 (A.M. Dep. Tr. 24:8-25:3) and he has taken no precautions to prevent that loss, however, because he trusts his dad and mom to protect it. A.M. Dep. Tr. 24:3-7.

31. He has had his same passport since it was issued in 2023 and his same birth certificate since 2008. Docket No. 103-1, ¶ 191.

32. A.M. plans to register to vote in person when he turns eighteen (18), but he has not thought about where he will register. Docket No. 103-1, ¶ 192.

33. He expects to be living in Hanover when he graduates high school and will turn

4

eighteen (18) before then.  Docket No. 103-1, ¶ 193.

34. When asked what elections he plans to vote in, he stated that he has plans "to vote in the ones that I am able to."  Docket No. 103-1, ¶ 194 (quoting exhibits).

35. He does not presently have a plan to register to vote, he expects to make a plan when he turns eighteen (18).  Docket No. 103-1, ¶ 195.

36. In September 2026, although he expects he will be living in Middletown, Connecticut, he anticipates maintaining his domicile in New Hampshire for voting purposes and has no plans to vote in any other place.  Docket No. 103-1, ¶ 196.

37. He believes he will need assistance from his parents in finding his forms of identification in order to register to vote, "because those [documents] are kept with my parents who are often kind of in charge of that sort of stuff."  Docket No. 103-1, ¶ 197.

38. L.M. plans to register to vote primarily to enable her to vote in the federal elections. Docket No. 103-1, ¶ 198.

39. She plans to register in Hanover in "late spring or early summer," before the fall national election in 2026.  Docket No. 103-1, ¶ 199 (quoting exhibits).

40. Other than this, she has no precise plan on when and where she will actually register to vote. L.M. believes that, in order to register to vote, she will need help from her mom to obtain the necessary documents and ask for help from her dad to go over the procedural aspect of registering.  Docket No. 103-1, ¶ 200.

41. She plans to bring her birth certificate with her when she registers to vote.  Docket No. 103-1, ¶ 201. L.M. plans to keep her birth certificate safe by "[n]ot touching it or moving it in when I don't need to" and she knows of no reason why either her dad or mom would need to use it before she turns 18.  L.M. Dep. Tr. 23:20-24:2.  Having located her birth certificate and

passport, she was asked "all that's left now is to turn 18 and present either one or both when you go to register to vote, correct?" and she responded "correct." L.M. Dep. Tr. 30:21-31:1.

42. L.M. and A.M.'s father, Russell Muirhead has had multiple conversations with L.M. and A.M. about this lawsuit, HB 1569, and registering to vote. Docket No. 103-1, ¶ 204.

43. Russell Muirhead keeps L.M. and A.M.'s birth certificates in a fireproof safe and has no specific plans to use the birth certificates for anything between now and November 2026 and has no reason to believe either will be removed from the safe. Docket No. 103-1, ¶ 209.

44. On the date of his deposition, A.M. had lost his wallet and license for about a week. Docket No. 103-1, ¶ 210.

***Other Stipulated Facts***

45. HB 1569 was passed by the New Hampshire House of Representatives on March 14, 2024, and by the New Hampshire Senate on May 23, 2024.

46. On September 12, 2024, HB 1569 was signed by Governor Sununu and it went into effect on November 11, 2024. The final enacted version of HB 1569 can be found at N.H. Laws Ch. 378 (2024) and is submitted as Plaintiff's Exhibit 1.

47. On August 1, 2025, Governor Ayotte signed House Bill 464. The final enacted version of HB 464 can be found at N.H. Laws Ch. 277 and is submitted as Plaintiff's Exhibit 3. Sections 9 and 10 of HB 464 became effective on December 31, 2025, Section 5 became effective February 1, 2026, and the remainder of the bill took effect on September 30, 2025.

48. The Secretary of State, David Scanlan, is a constitutional officer and the state's chief elections officer. N.H. Const. pt. II, art. 67; RSA 652:23.

49. The Attorney General, John Formella, is the state's chief legal officer and responsible for enforcing state election laws. RSA 7:6; RSA 7:6-c.

***Stipulation Concerning Orville B. Fitch's Testimony***

50. In lieu of requiring at trial the oral testimony of Attorney Orville B. Fitch— legal counsel at the New Hampshire Secretary of State's Office from August 2017 to May 2025—the parties agree to the following:

    a. The following documents are admitted into evidence, with any limitations noted:

        i. Fitch Deposition Ex. 4: February 25, 2025 State of New Hampshire: Registering to Vote in New Hampshire (also DOJ-004808).

        ii. Fitch Deposition Ex. 6: SOS-ST-3912863-65.

        iii. Fitch Deposition Ex. 10: SOS-ST-3925864-65.

        iv. Fitch Deposition Ex. 11: SOS-FT-484266-68; SOS-FT-1030546-48; SOS-FT-484274-76. Attorney Fitch's statements in the documents in this consolidated exhibit are admitted into evidence, and the statements of Ms. Drummond are admitted into evidence only to show Attorney Fitch's awareness of her statements).

    b. The parties stipulate that Plaintiffs Exhibit 210 and Defendants' Exhibit RR are admitted as full exhibits.

    c. The parties stipulate only as to the authenticity of the following documents:

        i. Fitch Ex. 9: SOS-ST-3931425-26.

        ii. Fitch Ex. 12: SOS-ST-3931085-86.

        iii. Fitch Ex. 16: SOS-ST-3932748-52.

    d. The following designated portions of Attorney Fitch's deposition testimony are admitted into evidence: 18:11-20:15; 83:14-89:17; 93:9-24; 119:4-10; 120:9-121:11; 130:5-130:11; 131:13--134:24; 137:22-139:10.

    e. These designations and the deposition documents referenced in paragraph 50 (a)

above are submitted as Plaintiff's Exhibit 356.

DATED this 3rd day of February, 2026

Respectfully submitted,

                COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MILES BORNE, and RUSSELL MUIRHEAD (as father and next friend of ALEXANDER MUIRHEAD and LILA MUIRHEAD)

By their attorneys,

| | |
|---|---|
| | /s/ Henry Klementowicz |
| Jacob Van Leer* | Henry Klementowicz, N.H. Bar No. 21177 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Gilles Bissonnette, NH Bar No. 265393 |
| 915 15th Street NW | AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION |
| Washington, D.C. 20005 | 18 Low Avenue |
| (202) 715-0815 | Concord, NH 03301 |
| jvanleer@aclu.org | (603) 224-5591 |
| | henry@aclu-nh.org |
| | gilles@aclu-nh.org |
| Geoffrey M. Atkins* | |
| John T. Montgomery* | Ming Cheung* |
| Desiree M. Pelletier* | Clayton Pierce* |
| Michelle Kain* | Sophia Lin Lakin* |
| ROPES & GRAY LLP | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Prudential Tower, 800 Boylston Street | 125 Broad Street |
| Boston, MA 02199 | New York, NY 10004 |
| (617) 951-7000 | (212) 549-2500 |
| Geoffrey.Atkins@ropesgray.com | mcheung@aclu.org |
| John.Montgomery@ropesgray.com | cpierce@aclu.org |
| Desiree.Pelletier@ropesgray.com | slakin@aclu.org |
| Michelle.Kain@ropesgray.com | |
| | NEW HAMPSHIRE YOUTH MOVEMENT |

8

By and through its attorneys,

*/s/ David R. Fox*

*Steven J. Dutton, NH Bar No. 17101*
*Connor W. Harding, NH Bar No. 276438*
**McLANE MIDDLETON, P.A.**
*900 Elm Street Manchester,*
*New Hampshire 03101*
*Telephone: (603) 628-1377*
steven.dutton@mclane.com
connor.harding@mclane.com

*David R. Fox**
*Marcos Mocine-McQueen**
*Mark R. Haidar**
**ELIAS LAW GROUP LLP**
*250 Massachusetts Ave NW, Suite 400*
*Washington, D.C. 20001*
*Telephone: (202) 968-4490*
dfox@elias.law
mmcqueen@elias.law
mhaidar@elias.law

*Tyler L. Bishop**
**ELIAS LAW GROUP LLP**
*1700 Seventh Avenue, Suite 2100*
*Seattle, Washington 98101*
*(206) 656-0177*
tbishop@elias.law

\* Admitted pro hac vice

*/s/ Matthew T. Broadhead*
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
Laurie S. Young, N.H Bar No. 266185
Assistant Attorney General
Office of the Attorney General, Civil Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650

9

michael.p.degrandis@doj.nh.gov
matthew.t.broadhead@doj.nh.gov
catherine.a.denny@doj.nh.gov
laurie.s.young@doj.nh.gov

**CERTIFICATE OF SERVICE**

I certify that on today's date, I served all counsel who have appeared by filing the foregoing through the Court's ECF/Case Management system.

*/s/ Henry Klementowicz*
Henry Klementowicz