UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE YOUTH MOVEMENT,<br><br>  *Plaintiff*,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>  *Defendant*.<br><br>COALITION FOR OPEN DEMOCRACY, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*,<br><br>  *Defendants*. | Consolidated Cases<br>Case No. 1:24-cv-00291-SE-TSM |

**JOINT STIPULATION REGARDING WITNESSES AND DISCOVERY**

Plaintiff New Hampshire Youth Movement and the Open Democracy Plaintiffs (collectively "Plaintiffs") and Defendants respectfully submit the following stipulations:

1. Except as otherwise provided in this agreement, the Parties agree that no discovery supplementation shall occur with respect to documents or events dated later than January 20, 2026, that no exhibits shall be offered or introduced that are dated later than January 20, 2026, and that no testimony shall be submitted or offered after the close of trial.

2. Defendants represent that they do not currently expect to issue final guidance relevant to these proceedings dated after January 20, 2026, but before the end of trial. If any such final

1

guidance is nevertheless issued in that time period, Defendants will promptly produce it, and it will not be subject to the restrictions in paragraph 1.

    3. For the convenience of the parties, the witnesses, and the court, the parties agree that the following witnesses will testify only during Defendants' case in chief, but that Plaintiffs' examinations will not be restricted to matters covered during the direct examination: David Scanlan, Patricia Piecuch, Kristin Martino, Richard Tracy, and Brendan O'Donnell. For purposes of any motion for judgment as a matter of law, Plaintiffs' examinations of the listed witnesses will be considered to have occurred during Plaintiffs' case-in-chief and Defendants reserve their right to move for judgment as a matter of law at the close of Plaintiffs' case-in-chief. If Defendants choose not to call any of the listed witnesses, Plaintiffs reserve the right to call them after Defendants' case-in-chief.

    4. For the convenience of the parties, the witnesses, and the court, the parties agree that the following witnesses will testify only during Plaintiffs' case-in-chief, but that Defendants' examinations will not be restricted to matters covered during the direct examination: Dr. Michael Herron and Olivia Zink. If Plaintiffs choose not to call any of the listed witnesses, Defendants reserve the right to call them in Defendants' case-in-chief.

    5. The parties agree to the application of the Court's procedures for having newer attorneys supported by back-up counsel to provide additional opportunities for newer attorneys in these proceedings. A party wishing to invoke this procedure must inform the court and opposing counsel before the start of the relevant examination, and designate at that time the back-up counsel.

    6. The Parties agree that the named Parties, including a designee, are not required to attend trial.

DATED this 3rd day of February, 2026

Respectfully submitted,

        COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MILES BORNE, and RUSSELL MUIRHEAD (as father and next friend of ALEXANDER MUIRHEAD and LILA MUIRHEAD)

By their attorneys,

/s/ Henry Klementowicz
Henry Klementowicz, N.H. Bar No. 21177
Gilles Bissonnette, NH Bar No. 265393
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 224-5591
henry@aclu-nh.org
gilles@aclu-nh.org

Jacob Van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
Michelle Kain*
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Desiree.Pelletier@ropesgray.com
Michelle.Kain@ropesgray.com

Ming Cheung*
Clayton Pierce*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
cpierce@aclu.org
slakin@aclu.org

NEW HAMPSHIRE YOUTH MOVEMENT

By and through its attorneys,

/s/ David R. Fox

3

*Steven J. Dutton, NH Bar No. 17101*
*Connor W. Harding, NH Bar No. 276438*
***McLANE MIDDLETON, P.A.***
*900 Elm Street Manchester,*
*New Hampshire 03101*
*Telephone: (603) 628-1377*
*steven.dutton@mclane.com*
*connor.harding@mclane.com*

*David R. Fox\**
*Marcos Mocine-McQueen\**
*Mark R. Haidar\**
***ELIAS LAW GROUP LLP***
*250 Massachusetts Ave NW, Suite 400*
*Washington, D.C. 20001*
*Telephone: (202) 968-4490*
*dfox@elias.law*
*mmcqueen@elias.law*
*mhaidar@elias.law*

*Tyler L. Bishop\**
***ELIAS LAW GROUP LLP***
*1700 Seventh Avenue, Suite 2100*
*Seattle, Washington 98101*
*(206) 656-0177*
*tbishop@elias.law*

*\* Admitted pro hac vice*

*/s/ Matthew T. Broadhead*
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
Laurie S. Young, N.H Bar No. 266185
Assistant Attorney General
Office of the Attorney General, Civil Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
matthew.t.broadhead@doj.nh.gov
catherine.a.denny@doj.nh.gov
laurie.s.young@doj.nh.gov

4

**CERTIFICATE OF SERVICE**

I certify that on today's date, I served all counsel who have appeared by filing the foregoing through the Court's ECF/Case Management system.

*/s/ Henry Klementowicz*
Henry Klementowicz