## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
*************************************
New Hampshire Youth Movement,         *
                                      *
     Plaintiff,                       *
                                      *
     v.                               *   Civil No. 1:24-cv-00291-SE-TSM
                                      *
David Scanlan, in his official capacity, et al.,*
                                      *
     Defendants                       *
                                      *
                                      *
*************************************
Coalition for Open Democracy, et al., *
                                      *
     Plaintiffs,                      *
     v.                               *   Civil No. 1:24-cv-00312-SE-TSM
                                      *
David Scanlan, in his official capacity, et al.,*
                                      *
     Defendants.                      *
                                      *
*************************************
```

## DEFENDANTS' AMENDED EXHIBIT LIST[1]

| Letter | Description |
|---|---|
| A* | January-June 2025 Election Law Complaint Status Report, dated October 6, 2025 (DOJ-004953, 177 pages) |
| B* | July-December 2024 Election Law Complaint Status Report, dated February 19, 2025 (DOJ-002550, 287 pages) |
| C* | January-June 2024 Election Law Complaint Status Report, dated July 31, 2024 (DOJ-001926, 143 pages) |
| D* | July-December 2023 Election Law Complaint Status Report, dated May 29, 2024 (DOJ-001413, 285 pages) |
| E* | January-June 2023 Election Law Complaint Status Report, dated December 21, 2023 (DOJ-001698, 228 pages) |

---

[1] Defendants' Amended Exhibit List reflects joint stipulations regarding exhibits [ECF No. 136]. The exhibits remain the same.

| | |
|---|---|
| F* | July-December 2022 Election Law Complaint Status Report, dated September 27, 2023 (DOJ-002338, 212 pages) |
| G* | January-June 2022 Election Law Complaint Status Report, dated August 23, 2023 (DOJ-000716, 229 pages) |
| H* | July-December 2021 Election Law Complaint Status Report, dated September 1, 2022 (DOJ-001142, 215 pages) |
| I* | January-June 2021 Election Law Complaint Status Report, dated September 1, 2022 (DOJ-000945, 197 pages) |
| J* | July-December 2020 Election Law Complaint Status Report, dated August 26, 2022 (DOJ-002069, 269 pages) |
| K* | January-June 2020 Election Law Complaint Status Report, dated October 19, 2020 (DOJ-000559, 157 pages) |
| L* | June-December 2019 Election Law Complaint Status Report, dated February 3, 2020 (DOJ-000451, 108 pages) |
| M* | November-June 2019 Election Law Complaint Status Report, dated July 31, 2019 (DOJ-000346, 105 pages) |
| N* | May-December 2018 Election Law Complaint Status Report, dated January 31, 2019 (DOJ-000155, 191 pages) |
| O* | September 2016-May 2018 Election Complaint Status Report, dated May 24, 2018 (DOJ-000001, 154 pages) |
| P (ID) | E-mail: 5/14/2024 O'Donnell to Perkins Kwoka (DOJ-003384) |
| Q (ID) | Email: 6/11/2024 O'Donnell to Supervisor Neff ( DOJ-003454) |
| R | December 22, 2022 Report of the Special Committee on Voter Confidence (SOS-FT-1179225-1179238) |
| S | June 10, 2024 Report to the Special Committee on Voter Confidence (SOS-FT-604956) |
| T | January 23, 2018 Letter from SOS to DOJ Legislature Re Report on Voter Affidavits for Identity (DOJ-003872) |
| U | May 14, 2019 Letter from SOS to DOJ Re Report on Voter Affidavits for Identity (DOJ-003879) |
| V | August 4, 2019 Letter from SOS to DOJ Re Report on Voter Affidavits for Identity (DOJ-004001) |
| W | August 9, 2019 Letter from SOS to DOJ Re Report on Voter Affidavits for Identity (DOJ-004128) |
| X | August 12, 2019 Letter from SOS to DOJ Re Report on Voter Affidavits for Identity (DOJ-004054) |
| Y | August 28, 2019 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-001357 through DOJ-001374 |
| Z | September 8, 2022 Letter from SOS to Legislature Re Report on Voter Affidavits for Identity (DOJ-001375 through DOJ-001399) |

| | |
|---|---|
| AA | April 20, 2018 AGO Report of Investigation Regarding Domicile and Qualified Voter Affidavits (DOJ-001400 through DOJ-001408) |
| BB | October 25, 2019 AGO Qualified Voter Affidavit Investigation (DOJ-001409 through DOJ-001411) |
| CC | September 3, 2019 AGO Domicile Affidavit Investigation (DOJ-003736 through DOJ-003738) |
| DD | February 28, 2019 AGO Domicile Affidavit Investigation (DOJ-000380-384) |
| EE (ID) | December 18, 2025 Tracy Affidavit Investigation Report (DOJ-005130 through DOJ-005136) |
| FF** | June 23, 2025 Arrest Warrant for Naseef F. Bryan (DOJ-004718) |
| GG (ID) | Reports of Investigations, Closure Letters, Cease and Desist Orders with Individuals Under Investigation for Voting, or Attempting to Vote as Non-citizens (DOJ-003777) |
| HH1 | March 2025 Election Docket Court Procedures Email (DOJ-004785) |
| HH2 | March 2025 Election Docket Court Procedures (DOJ-004786) |
| II | Ballot Clerk Procedure - Town/School Election 2025 – Electronic Poll Book (SOS-FT-500790) |
| JJ | Ballot Clerk Procedure – Town/School Election 2025- Paper (SOS-FT-500798) |
| KK1 | Purity of Election Posters Official List |
| KK2 | #1-2024 Instruction to Voters-General Election-Hand Count |
| KK3 | #1-2024 Instruction to Voters-General Election-Machine Count |
| KK4 | #2-2024 Prohibited Acts While Voting |
| KK5 | #3-2025 Registration NH Voter ID Law (SOS-FT-1031461) |
| KK6 | #4-2025 Prohibited Election Activities and the Penalties |
| KK7 | #5-2025 Voter ID Explanatory Document (SOTs-3950875) |
| KK8 | #6-2025 How are Votes Challenged? (SOS-FT-1031464) |
| KK9 | #7-2024 Voting Assistance |
| KK10 | #8-2024 Are your Voting Rights being Violated? (SOS-FT-401331496) |
| KK11 | #9-2025 NH Voter ID Law (SOS-FT-1331497) |
| KK12 | #10-2025 Why is there a QR code on my ballot (SOS-FT-1031460) |
| LL | March 3, 2025 SOS Memo to Election Officials re Training for Ballot Clerks (SOS-FT-1330826) |
| MM1 (ID) | 2025 Town, School, Village District Elections Ballot Clerk Training (Paper)- SOS Powerpoint (SOS-FT-2223014) |
| MM2 (ID) | 2025 Town, School, Village District Elections Ballot Clerk Training (Electronic)- SOS Powerpoint (SOS-FT-2223235) |
| NN | Memorandum of Understanding with DMV (SOS-3950862-3950868) |

| | |
|---|---|
| OO | September 15, 2025 Joint Memorandum Re: 2025 Election Law Changes (SOS-3948310-3948337) |
| PP | October 17, 2024 Memo re free vital records (SOS-3948286) |
| QQ (ID) | 2025 Legislative Updates and Frequent Questions Presentation (SOS-3948971) |
| RR | HB 1569 FAQs -January 23, 2025 (SOS-3949033-3949042) |
| SS-1 | 2024 Election Procedure Manual (SOS-482423-482947) |
| SS-2 | 2024 Election Procedure Manual (Bound Official Copy) |
| TT | January 5, 2026 SVRS Changes Email (SOS-3950869) |
| UU | January 5, 2026 SVRS Changes Memo (SOS-3950872) |
| VV*** | January 5, 2026 SVRS Instructions (SOS-3950879-SOS-3950903) – REDACTED |
| WW | January 5, 2026 SVRS Search Authorization Form (SOS-3950877) |
| XX | November 8, 2025 Memo from Secretary of State (NH-ORGS-00002703) |
| YY1 (ID) | Data Notations for QVA's & Challenged Voter Affidavits (SOS-000001-000002) |
| YY2 (ID) | REPORT LITIGATION AS OF 5-15-25 CVA AND QVA (.pdf) (SOS-000003) |
| ZZ (ID) | Right-to-Know Response – Voter Confidence Concerns (SOS-ST-3912208) |
| AAA1 | 2024 Election Law Changes Redlines |
| AAA2 | 2025 Election Law Changes Redlines |

*Admitted for the limited purpose of showing complaints received and investigations performed by the New Hampshire Department of Justice, but not for the truth of the underlying allegations.

**Admitted for the limited purpose of demonstrating that the individual described in the document has been arrested and charged as described within the document, not for the truth of the underlying allegations.

***The Parties reserve the right to introduce an unredacted version of Exhibit VV (marked HIGHLY CONFIDENTIAL (NON-NATIVE)).

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and
JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: February 7, 2026

/s/ Catherine A. Denny
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
Laurie S. Young, N.H Bar No. 266185
Assistant Attorney General
Office of the Attorney General, Civil Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
matthew.t.broadhead@doj.nh.gov
catherine.a.denny@doj.nh.gov
laurie.s.young@doj.nh.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

Date: February 7, 2026

/s/ Catherine A. Denny
Catherine A. Denny