UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE YOUTH MOVEMENT,<br><br>   *Plaintiff*,<br><br>   v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,<br><br>   *Defendant*.  | |
| COALITION FOR OPEN DEMOCRACY, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*,<br><br>   *Defendants*. | Consolidated Cases<br>Case No. 1:24-cv-00291-SE-TSM |

**CONSOLIDATED PLAINTIFFS' PRETRIAL EXHIBIT LIST**

Pursuant to the Court's February 2, 2026 Pretrial Orders Plaintiff New Hampshire Youth Movement and the Open Democracy Plaintiffs submit the below updates to its previously submitted exhibit list.

| Number | Description |
|---|---|
| 1*[1] | Final enrolled version of 2024 NH House Bill 1569. |
| 2 | 2024 NH House Bill 1370, as amended by the Senate. |

---

[1] Exhibits with "*" are admitted as an exhibit pursuant to a joint stipulation by the parties [ECT No. 136].

| Number | Description |
|---|---|
| 3* | Final enrolled version of 2025 NH House Bill 464. |
| 4 | April 14, 2025 memorandum from the "New Hampshire Campaign for Voting Rights" regarding the "Observed impacts of new election laws at March Town Elections." |
| 5 | November 14, 2025 memorandum from the "New Hampshire Campaign for Voting Rights" regarding the "Observed impacts of new election laws at November Municipal Elections." |
| 6 | March 12, 2025 Defendants' Responses & Objections to Plaintiffs' First Set of Interrogatories (OD) |
| 7 | April 11, 2025 Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories (NHYM) |
| 8 | June 19, 2025 Defendants First Supplemental & Amended Responses & Objections to Plaintiffs' Interrogatories (OD) |
| 9 | June 27, 2025 Defendant's First Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories (NHYM) |
| 10 | September 2, 2025 Defendant's Second Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories - SOS (OD) |
| 11 | September 3, 2025 Defendant's Second Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories – SOS & AG (OD) |
| 12 | October 10, 2025 Defendant's Third Supplemental & Amended Responses & Objections to Plaintiffs' Interrogatories (NHYM) |
| 13 | October 10, 2025 Defendant's Third Supplemental & Amended Responses & Objections to Plaintiff's First Set of Interrogatories (OD) |
| 14 | January 9, 2026 Defendants Fourth Supplemental & Amended Responses & Objections to Plaintiffs' Interrogatories (OD) |
| 15**[2] | Expert Report of Dr. Michael C. Herron and sources, charts, and figures cited therein. |
| 16** | Supplemental Expert Report of Dr. Michael C. Herron and sources, charts, and figures cited therein. |
| 17** | Curriculum vitae of Dr. Michael C. Herron |
| 18** | Expert Report of Dr. Kenneth Mayer and sources, charts, and figures cited therein. |
| 19** | Curriculum vitae of Dr. Kenneth Mayer |
| 20** | Expert Report of Dr. Lorraine Minnite and sources, charts, and figures cited therein. |
| 21** | Curriculum vitae of Dr. Lorraine Minnite. |

---

[2] Exhibits with "**" are admitted as an exhibit pursuant to a joint stipulation by the parties [ECT No. 134].

| Number | Description |
|---|---|
| 22** | Supplemental Expert Report of Dr. Kenneth Mayer and sources cited therein. |
| 23* | Youth Movement 2024 Strategic Plan. |
| 24* | Youth Movement 2024 Mid-Year Update |
| 25* | Youth Movement 2024 Review |
| 26* | Youth Movement 2025 Strategic Plan |
| 27* | Youth Movement 2025-2026 Organizational Goals Tracker |
| 28 | March 4, 2025 Email of Sayles Kasten Regarding Town of Durham Social Media Post |
| 29 | March 7, 2025 Email of Olivia Webb Regrading Member Recruitment |
| 30 | March 11, 2025 Press Release of New Hampshire Campaign for Voting Rights |
| 31 | March 12, 2025 Email of Sarah Chouinard to Youth Movement Regarding March 11 Town Elections |
| 32 | April 21, 2025 Email of Grace Murray Regarding High School Voter Registration Events |
| 33 | May 8, 2025 Email of Olivia Webb Regarding High School Voter Registration Events |
| 34 | August 6, 2025 Email of Jyoma Tamang Regarding High School Voter Registration Events |
| 35 | August 18, 2025 Email of Sayles Kasten Regarding High School Voter Registration Events |
| 36 | General Court Testimony of Sayles Kasten Regarding HB 1569 on Behalf of Youth Movement |
| 37* | Youth Movement Pre-HB 1569 Social Media Posts |
| 38* | Youth Movement Post-HB 1569 Social Media Posts |
| 39 | September 24, 2024 Instagram Correspondence With Voter Regarding Proof of Citizenship |
| 40* | Order receipt for Open Democracy. |
| 41* | Open Democracy's "2025 Be a Poll Worker Training" deck |
| 42* | Non-Partisan Poll Observer Training |
| 43* | Handout regarding what to bring to register to vote |
| 44* | Updated handout regarding what to bring to register to vote |
| 45* | The Backbone of Our Elections: Election Workers and Their Roles Virtual Training |
| 46 | Open Democracy's NH HS Voter Reg Drive Tracker 2024 |
| 47 | Open Democracy's NH HS Voter Reg Drive Tracker 2025 |

| Number | Description |
|---|---|
| 48 | Email from N. Bundy to D. Desmarais regarding HB 1569 testimony |
| 49 | Register to vote: documents needed |
| 50 | NH Run a Drive Toolkit |
| 51 | High School Voter Registration Drive Action Plan |
| 52 | NH Run a Drive Toolkit |
| 53 | Email from O. Zink to D. Scanlan regarding HB 1569 and HB 1370 |
| 54* | Forward Foundation's budget for 2024-2026 |
| 55 | List of the events hosted by the Forward Foundation in 2024 |
| 56 | Exemplar Forward Foundation mailer |
| 57* | The Forward Foundation stakeholder memorandum |
| 58 | The Forward Foundation's updated Poll Worker Training |
| 59 | Civic Engagement Among New Resident Populations in New Hampshire Education Foundation of America 2024 Grant Outcomes |
| 60* | Poll Worker Recruitment Work Plan 2025: Voter Education Plan 2025 |
| 61 | LWV-NH's chart of "Talks & Tabling Events 2024." |
| 62 | LWV-NH's "NH Voter – August 2024" newsletter |
| 63 | LWV-NH's "Legislative Alert" newsletter |
| 64 | Liz Tentarelli's, President of the LWV-NH, timesheet for 2024 through September 2, 2025 |
| 65 | LWV-NH's "Voting in New Hampshire" 2025 handout |
| 66* | LWV-NH's "Voting in New Hampshire" 2024 handout |
| 67 | Letter sent by LWV-NH's president, Liz Tentarelli, to the NH Senate Election Law and Municipal Affairs Committee regarding HB 1569 |
| 68 | LWV-NH's summary of its "boosted" Facebook posts regarding HB 1569 and how to register to vote |
| 69 | LWV-NH's expenses for July 1, 2024 through June 30, 2025 |
| 70 | LWV-NH's expenses for July 1, 2023 through June 28, 2024 |
| 71* | LWV-NH "Voting in New Hampshire in 2025" handout |
| 72* | LWV-NH "Voting in New Hampshire" handout as of February 2025 |
| 73 | LWV-NH's email messages regarding voting fliers |
| 74 | LWV_NH Presentation on "Voting Rights - Past and Present." |
| 75 | LWV-NH's Final Legislative Alert for 2024 |

| Number | Description |
|---|---|
| 76 | Spreadsheet from the Secretary of State's Office tracking which polling locations reported internet access, cell network, landline phone service, etc. |
| 77 | Affidavit of Patricia Piecuch in Support of Defendants' Amended Objection to Motion to Compel the Statewide Voter Database & Related Documents |
| 78 | Email from E. Hennessey to Representatives Lane and Howard regarding "2022 Affidavit Data" |
| 79 | Email from B. Fitch to P. Piecuch asking for clarification regarding ElectioNet requirements when an applicant reports being a naturalized citizen but presents a passport as proof of citizenship |
| 80 | Email from M. Kotelba to the Secretary of State's Elections mailbox regarding voter registration issues in Newbury |
| 81 | Email correspondence between P. Piecuch and J. King regarding numbers of active voters whose place of birth is listed as outside the U.S. |
| 82 | New Hampshire City and Town Clerk's Association Executive Board Minutes |
| 83 | Email correspondence between D. Scanlan and J. Gray regarding NASED positions on proof of citizenship documents |
| 84* | Email from B. Fitch providing guidance for situations in which birth certificate and driver's licenses contain similar, but not identical, names |
| 85 | Email correspondence regarding the President of New Hampshire City Town Clerks' Association |
| 86 | Correspondence regarding CNN inquiry |
| 87 | Email correspondence between D. Scanlan and A. Sventek regarding "CNN question about the new proof-of-citizenship law." |
| 88 | Printout of Vital Records FAQ page of website. |
| 89 | Application for a Certified Copy of a Vital Record. |
| 90 | Documentary Evidence Required Form. |
| 91 | Vital Records Letter and Forms - Free Certified Copy for Voter Registration |
| 92 | Email from J. Gray with proposed HB 1569 changes |
| 93 | Email from D. Scanlan to J. Gray with HB 1370 suggestions. |
| 94 | Email from J. Gray to D. Scanlan with HB 1370 redline. |
| 95 | Article: "Scanlan: It's More Work, But He Can Administer Proposed Voter Verification Change." |
| 96 | Email from J. Seely to Governor and SOS's Office regarding HB 1569 |
| 97 | Email from A. Shump to D. Scanlan regarding HB 1569 and HB 1370 |
| 98 | Email from A. Neff to D. Scanlan regarding HB 1569 and HB 1370 |

| Number | Description |
|---|---|
| 99 | Email from B. Lynn providing J. Gray and D. Scanlan with proposed changes to HB 1569 |
| 100 | Email from D. Schachter "following up on the April 8 meeting with groups working to enhance voting access." |
| 101 | Quiz on requirements to prove citizenship (Moodle Unit) |
| 102 | Granite Memo Article: What David Scanlan Said About Shoring Up Voter Confidence |
| 103 | Votebeat Transcript |
| 104 | Video of Votebeat Checking Citizenship: A Conversation with Two Secretaries of State |
| 105 | NH Public Radio Article: N.H. Secretary of State: Elections Are 'A Public Process' That Anyone Can Watch |
| 106 | PowerPoint: Voter Education and Assistance for New Voter Citizenship Requirements |
| 107 | The Granite State Poll: Granite Staters Think NH Elections Are Trustworthy and Easy But Not So Sure About Rest of U.S. |
| 108 | Email correspondence with D. Scanlan regarding QVA for adoptee |
| 109 | Email from J. Gray to R. Tracy, D. Scanlan, and B. O'Donnell regarding citizenship data |
| 110 | Report to the Special Committee on Voter Confidence, June 10, 2024 |
| 111 | Email correspondence between Secretary of State employees regarding affidavits |
| 112* | New Hampshire Election Procedure Manual. 2024-2025 |
| 113 | Email correspondence between E. Hennessey and P. Piecuch regarding draft HB 1569 guidance |
| 114* | Report of the Special Committee on Voter Confidence, December 22, 2022 |
| 115* | Special Committee on Voter Confidence Report, January 5, 2023 |
| 116 | Memorandum from A. Stevens re. RSA 659:13: Protocols Effective September 1, 2015 |
| 117 | Letter from B. Fitch to B. Drummond regarding requirements to register to vote |
| 118 | Letter from Bonnie Drummond regarding difficulties with proof of identity |
| 119 | Email from B. Drummond to B. Fitch regarding requirements to register to vote |
| 120 | Email correspondence regarding D. Scanlan's view of the differences between HB 1569 and Wyoming's proof of citizenship requirements |
| 121 | Email correspondence between Wilmont Supervisor of the Checklist and B. Fitch regarding name changes |
| 122 | Email from S. Borne to B. Fitch regarding proof of citizenship |

| Number | Description |
|---|---|
| 123 | Letter from R. Tracy to Yao Ofori |
| 124 | Email from O. Zink to D. Scanlan regarding HB 1569 and HB 1370 |
| 125 | NH DOJ Closure Letters, July-December 2019 |
| 126 | HB 1569 - Amendment to Contract For Statewide Voter Registration System |
| 127 | Citizenship - Documents That Are Proof of Citizenship |
| 128 | Email correspondence between R. Tracy and B. Fitch regarding passports as proof of citizenship |
| 129 | Email correspondence between B. Fitch and Supervisor of the Checklist regarding name changes |
| 130 | Email from Certified Town Clerk with question regarding proof of citizenship |
| 131 | Email correspondence regarding use of expired passports as proof of citizenship |
| 132 | Email correspondence between B. Fitch and R. Southworth regarding proof of citizenship to vote and B. Fitch and Moderator regarding same |
| 133 | Email correspondence with Secretary of State employees regarding discrepancy in name in birth certificate and Real ID. |
| 134 | Email from Enfield Moderator seeking clarification on new voter registration laws. |
| 135 | Email from B. Fitch explaining process of obtaining free photo ID "for voting purposes only." |
| 136 | *Removed* |
| 137 | Joint Memorandum from Attorney General's Office and Secretary of State's Office for Local Election Officials regarding 2025 Election Law Changes. |
| 138 | Email from Elections mailbox to local election official from Goffstown regarding their question about citizenship proof requirements for voters removed from checklist |
| 139 | Redacted internal email discussing SOS-3948951 |
| 140 | Email from D. Bruno to a local election official from Goffstown indicating that they spoke at a conference about the official's question. |
| 141 | SOS Presentation deck - 2025 Legislative Update & Frequent Questions |
| 142 | SOS Presentation deck - 2025 Legislative Update & Frequent Questions - with speakers notes |
| 143 | Email from D. Bruno responding to questions from Pembroke Supervisor of the Checklist |
| 144 | Email reflecting questions from Concord election officials regard election day disputes |
| 145 | Letter from Scanlan to DMV |

| Number | Description |
|---|---|
| 146 | Registering to Vote in New Hampshire – Determining the Qualifications of Applicants (RSA 654:12) |
| 147 | Draft MOU between the Secretary of State and the DMV |
| 148 | Emails between Department of Safety and Secretary of State's office employees regarding the timing of an MOU to comply with HB 464 |
| 149 | Emails between Department of Safety and Secretary of State's office employees regarding the fields to be provided by SOS and DMV to comply with HB 464 |
| 150 | Emails between Department of Safety and Secretary of State's office employees regarding the fields to be provided by SOS and DMV to comply with HB 464 |
| 151 | Email between D. Scanlan and Experian |
| 152 | Proposed legislation for 2026 authorizing the SOS to conduct random audits of the citizenship qualifications of registered voters who submitted a QVA as proof of citizenship |
| 153 | Final executed MOU with DMV and the Secretary of State's office |
| 154 | Email from NH Votes to clerks and supervisors regarding SVRS changes in response to HB 464 |
| 155 | Memorandum to Election Officials from SOS regarding SVRS changes |
| 156 | Email from P. Piecuch to P. Ganti (WSD Digital) regarding a change request for the SVRS |
| 157 | Email from D. Bruno to South Carolina officials stating that the office is not currently using the SAVE database |
| 158 | April 3, 2024 Email of David Scanlan |
| 159 | February 29, 2025 Email of Mike Horne (Hookset) |
| 160 | February 27, 2025 Email of Wendy Soares |
| 161 | January 8, 2025 Email of JoAnn Ferruolo |
| 162 | June 12, 2024 Email of Rachel Deane |
| 163 | June 13, 2025 Email of Orville Bud Fitch |
| 164 | Letter from Supervisors of the Checklist to Gov. Sununu |
| 165 | April 21, 2025 Email of Orville "Bud" Fitch |
| 166 | January 3, 2025 Email of Brendan O'Donnell |
| 167 | March 25, 2025 Email of Barbara Holland Cooper |
| 168 | January 23, 2025 Memorandum to Clerks and Supervisors/Registrars, HB 1569 FAQs |
| 169 | New Hampshire Voter Registration Attestation |
| 170 | Copy of Global Entry Card (Redacted) |

| Number | Description |
|---|---|
| 171 | November 5, 2025 Roundtable Meeting Notes, Secretary of State |
| 172 | 2025 Election Law Legislative Update Clerk's Conference |
| 173 | November 21, 2025 Media Clips |
| 174 | SVRS DMV Sample Data Fields – HB 464 |
| 175* | Proof of Identity Instructions |
| 176* | Application for Confidential Verification of a New Hampshire Vital Record or DMV Record Search for the Purpose of New Hampshire Voter Registration |
| 177* | Inquiries – Vital Records and DMV – Redacted |
| 177A | Inquiries – Vital Records and DMV – Unredacted – Highly confidential |
| 178 | Note to File regarding SangYeob Kim's inability to register at the Stratham Town Clerk's Office. |
| 179* | Email from NH Votes, with attachments, distributing "HB 1569 Q&A guidance" and attached memorandum titled "HB 1569 – Frequently Asked Questions." |
| 180 | Email correspondence scheduling second meeting between the Attorney General, D. Scanlan, and Sen. Gray |
| 181 | Press Release: Secretary of State Reminds Granite Staters of Recent Change in Voter Registration Requirements Ahead of Local Elections |
| 182 | Investigative documents for 8 cases of alleged noncitizen voting |
| 183 | Email from B. Fitch to moderator regarding use of expired passport as proof of citizenship |
| 184 | Email correspondence between B. Odonnell and P. Good regarding voting with green card |
| 185 | Email correspondence between R. Tracy and C. Roy-Czyzowski regarding the Secretary of State's guidance |
| 186 | O'Donnell email regarding affidavit to vote |
| 187 | O'Donnell letter regarding "alleged wrongful voting regarding November 2020 election" finding the allegations "unsupported." |
| 188 | O'Donnell letter about a 2024 investigation |
| 189 | O'Donnell email to Middleton moderator regarding prior registration being reasonable documentation |
| 190 | Email from B. O'Donnell to NH Judiciary about HB 1569 |
| 191 | Election Law Complaint Status Report from September 1, 2016 - May 24, 2018 |
| 192 | Election Law Complaint Status Report for May 25, 2018 - December 31, 2018 |
| 193 | Election Law Complaint Status Report for November 7, 2018 - June 30, 2019 |
| 194 | Election Law Complaint Status Report for June 28, 2019 - December 31, 2019 |

| Number | Description |
|---|---|
| 195 | Election Law Complaint Status Report for January 1, 2020 - June 30, 2020 |
| 196 | Election Law Complaint Status Report for July 1, 2020 - December 31, 2020 |
| 197 | Election Law Complaint Status Report for January 1, 2021 - June 30, 2021 |
| 198 | Election Law Complaint Status Report for July 1, 2021 - December 31, 2021 |
| 199 | Election Law Complaint Status Report for January 1, 2022 - June 30, 2022 |
| 200 | Election Law Complaint Status Report for July 1, 2022 - December 31, 2022 |
| 201 | Election Law Complaint Status Report for January 1, 2023 - June 30, 2023 |
| 202 | Election Law Complaint Status Report for July 1, 2023 - December 31, 2023 |
| 203 | Election Law Complaint Status Report for January 1, 2024 - June 30, 2024 |
| 204 | Election Law Complaint Status Report for July 1, 2024 - December 31, 2024 |
| 205 | Election Law Complaint Status Report for January 1, 2025 - June 30, 2025 |
| 206 | Email correspondence regarding questioning from moderator regarding citizenship during registration |
| 207 | Email correspondence regarding individual who was unable to register to vote due to no proof of citizenship |
| 208 | Email from B. Fitch regarding "Referral to AG's office - Issue of US Citizenship." |
| 209 | Registering to Vote in New Hampshire, updated November 11, 2024 |
| 210 | Registering to Vote in New Hampshire updated February 25, 2025 |
| 211 | Registering to Vote in New Hampshire updated September 30, 2025 |
| 212 | Email correspondence with R. Tracy regarding issues with Town of Meredith's voting guidance on its website |
| 213 | Secretary of State: Asserting a Challenge form |
| 214 | Memorandum from D. Scanlan to Election Officials regarding HB 1569 — Laws of 2024, Chapter 378 - Relative to Eliminating Voter Identification Exceptions |
| 215 | September 27, 2024 Email of Caron Gonthier |
| 216 | April 20, 2018 Report of Investigation Regarding Domicile and QVAs |
| 217 | Report of Investigation Regarding Qualified Voter Affidavits |
| 218 | September 26, 2019, Investigation/Arrest Report |
| 219 | Qualified Voter Affidavits for citizenship submitted in Concord NH |
| 220 | Qualified Voter Affidavits for citizenship submitted in Manchester NH |
| 221 | Qualified Voter Affidavits for citizenship submitted in Lebanon |
| 222 | Qualified Voter Affidavits for citizenship submitted in Hanover |

| Number | Description |
|---|---|
| 223 | NH Bulletin article: "At least 96 people turned away from town meeting polls due to new state voting law, group says." |
| 224 | NH Superior Court - Fee Schedule, effective 7/1/2025. |
| 225 | Ethan DeWitt, Secretary of state predicts 'challenges,' litigation if voter ID bill becomes law, NH Bulletin |
| 226 | Center for Democracy and Civic Engagement: Who Lacks ID in America Today? |
| 227 | Casey McDermott, Sununu Affirms Reality of President-Elect Biden, Vouches for New Hampshire's Voting Procedures, NH Public Radio |
| 228 | Ross Ketschke, Gov. Chris Sununu signs new voting rules bill into law, though it won't take effect until after election, WMUR |
| 229 | Response to Attorney Henry Klementowicz Re: Response to Right-to-Know request. |
| 230 | Carrie Levine, New Hampshire election offers preview of barriers posed by SAVE act, Votebeat |
| 231 | Brennan Center for Justice, 21.3 Million American Citizens of Voting Age Don't have Ready Access to Citizenship Documents. |
| 232 | Center for Democracy and Civic Engagement: Who Lacks Documentary Proof of Citizenship? |
| 233 | Article: Emma Davis, As Trump eyes election changes, Secretary Bellows warns of fallout |
| 234 | Holly Ramer, Michael Casey, Christina A. Cassidy, New Hampshire elections offer preview of citizenship voting rules |
| 235 | Letter to NH Election Officials re HB 1569 Relative to eliminating voter identification exceptions |
| 236 | Andrew Solender, GOP NH Governor Calls Biden President Elect, Says 'No Evidence' of Voter Fraud There, Fobes |
| 237 | Jasleen Singh, New Hampshire just got a preview of the House's terrible new voter ID bill, MSNBC |
| 238 | USCIS Check Case Processing Times |
| 239 | July 23, 2025 email between Secretary of State employees regarding "Follow-up from SAVE meeting" |
| 240 | July 24, 2025 email between Secretary of State employees regarding "Follow-up from SAVE meeting" |
| 241 | August 14, 2025 email from vendor regarding "HB 464 Discussion – Notes" |
| 242 | September 11, 2025 email with P. Piecuch concerning change order with vendor, with attachment |

| Number | Description |
|---|---|
| 243 | Change order with vendor (signed) |
| 244 | July 21, 2025 email from governors' office to D. Scanlan |
| 245 | November 20, 2025 email with Secretary of State's office and vendor regarding DMV transfer of citizenship data |
| 246 | September 30, 2025 email with vendor and Secretary of State's office regarding "HB464- DMV OOSDL" |
| 247 | October 9, 2025 email with vendor and Secretary of State's office regarding "Change Request HB464 and SB221" |
| 248 | October 16, 2025 email with vendor and Secretary of State's office regarding "Pending Removal – Death Issue" |
| 249 | October 16, 2025 email with vendor and Secretary of State's office regarding "HB464 – Vital Records – Marriage Search Results – Local/State User" |
| 250 | October 31, 2025 email with vendor and Secretary of State's office regarding "SVRS Roadmap Discussion – ETA's on items we discussed" |
| 251 | July 3, 2025 email with P. Piecuch discussing "DMV Data Exchange," with attachment |
| 252 | October 30, 2025 Email with P. Piecuch re "Change request," with attachments |
| 253 | November 20, 2025 email from P. Piecuch re "NH SVRS - HB464: Updated Change Request for your review & approval," with attachment |
| 254 | October 16, 2025 email to P. Piecuch re "HB464 – Data Elements in Vital files by category" |
| 255 | Handwritten notes, email printouts re HB 464 |
| 256 | List of webinars from the Secretary of State and the linked webinar recordings therein |
| 257 | October 27, 2025 email between P. Piecuch and E. Hennessey re. "Vital Records Limited Data Set – Voter Registration fillable" |
| 258 | MOU between DMV and SoS |
| 259 | July 25, 2025 letter from SOS to U.S. DOJ Voting Section |
| 260 | October 22, 2025 email from D. Scanlan re "NH Election Integrity using SAVE Database" |
| 261 | July 8, 2025 Emails between Hennessey and Indiana SOS re "SAVE MOA" |
| 262 | November 12, 2025 email with Secretary of State employees regarding "Saf-C 5606.05" |
| 263 | Redlined 2025 Election Law Changes in NH |
| 264 | Redlined 2024 Election Law Changes in NH |

| Number | Description |
|---|---|
| 265 | REGISTERING TO VOTE IN NEW HAMPSHIRE – DETERMINING THE QUALIFICATIONS OF APPLICANT (RSA 654:12) |
| 266 | January 5, 2026 email with Secretary of State employees re. "Draft Inquiry Instructions" |
| 267 | January 2, 2026 email with Secretary of State employees re. "Draft Inquiry Instructions" |
| 268 | Redline of January 5, 2026 SVRS Changes |
| 269 | January 2, 2026 email from D. Bruno to P. Piecuch re. "HB464 Next Draft" |
| 270 | Draft of January 5, 2026 SVRS Changes |
| 271 | December 11, 2025 email with Secretary of State employees re. "Vital Records Limited Data Set - Voter Registration fillable" |
| 272 | January 5, 2026 email to NHVotes re "SVRS Changes" |
| 273 | December 9, 2025 email between vendor and Secretary of State employees re. "SVRS Roadmap Discussion" |
| 274 | December 10, 2025 SVRS Phase 1 Maintenance |
| 275 | January 6, 2026 email between vendor and Secretary of State employees re. "SVRS Roadmap Discussion" |
| 276 | January 7, 2026 SVRS Phase 1 Maintenance |
| 277 | December 30, 2025 email between vendor and Secretary of State employees re. "SVRS - Deployment Package for PROD" |
| 278 | December 31, 2025 email between vendor and Secretary of State employees re. an invoice, with attachment |
| 279 | January 20, 2026 email from D. Scanlan to Experian re. quote |
| 280 | January 28, 2026 invite re. "HB464 - User stories to be included in a follow up CR, Senate Bill 221 -Continue reviewing user stories" |
| 281 | January 13, 2026 email from Manchester clerk to P. Piecuch re. "SVRS Changes (HB646)" |
| 282 | January 13, 2026 email between vendor and Secretary of State employees re. "SVRS – DMV Citizenship File Process Failure Analysis" |
| 283 | January 15, 2026 email from J. Strakalaitis (Derry) to NHVotes re. "Regaining Access to SVRS" |
| 284 | January 9, 2026 email from Amherst clerk to NHVotes re "SVRS Changes (HB646)" |
| 285 | July 1, 2025-December 31, 2025 Election Law Complaint Status Report |
| 286 | December 11, 2025 email to P. Piecuch and D. Scanlan re. "NH EAVS Section B Data Standardization Meeting Follow-Up" |

| Number | Description |
|---|---|
| 287 | Excel table of voter data re: drivers' licenses and SSNs |
| 288 | Data Notations |
| 289 | "Who Lacks ID in America Today? An Exploration of Voter ID Access, Barriers, and Knowledge," Center for Democracy and Civic Engagement, University of Maryland, June 2024, available at https://cdce.umd.edu/sites/cdce.umd.edu/files/pubs/Voter%20ID%20survey%20Key%20Results%20June%202024.pdf |
| 290 | Cost of Voting data, https://img1.wsimg.com/blobby/go/6390118f-6ee4-4460-a245-79d1f8be7ec6/downloads/b11df6a2-164a-422e-9823-98015a03d011/COVI%20Values%201996-2024%20website.xlsx?ver=1733346161384 |
| 291 | Brians, Craig L. and Bernard Grofman. 2001. Election Day Registration's Effect on U.S. Voter Turnout. Social Science Quarterly 82:170–83. |
| 292 | Li, Quan, Michael J. Pomante, and Scot Schraufnagel. 2018. The Cost of Voting in the American States. Election Law Journal 17(3):234–47. |
| 293 | Fenster, Mark J. 1994. The Impact of Allowing Day of Registration Voting On Turnout in U.S. Elections From 1960 To 1992: A Research Note. American Politics Quarterly 22(1):74–87. |
| 294 | Knack, Stephen and James White. 1998. Did States' Motor Voter Programs Help the Democrats? American Politics Quarterly 26(3):344–365. |
| 295 | Schraufnagel, Scot, Michael J. Pomante and Quan Li. 2022. Cost of Voting in the American States: 2022. Election Law Journal 21(3):220–228. |
| 296 | Letter from Attorney General's office to Steve Dutton, June 2024. |
| 297 | Letter from Steve Dutton to Attorney General's office, June 5, 2024 |
| 298-317 | *Exhibits removed following the stipulation to the entry of the expert witnesses' reports.* |
| 318 | Contemporary Issues in Election Law – The University of New Hampshire Law Review Annual Symposium, Remarks by SOS David Scanlan |
| 319-328 | *Exhibits removed following the stipulation to the entry of the expert witnesses' reports.* |
| 329 | Center for Budget and Policy Priorities. 2006. Survey Indicates House Bill Could Deny Voting Rights to Millions of U.S. Citizens. September 22, 2006. |
| 330 | Brennan Center for Justice. 2006. Citizens Without Proof: A Survey of American's Possession of Documentary Proof of Citizenship and Photo Identification. November. |
| 331 | 2024 Survey of the Performance of American Elections |
| 332 | Mass.gov, how to order a birth, marriage, or death certificate page. |
| 333 | Passport application form (first passport) |

| Number | Description |
|---|---|
| 334 | Passport application form (renewing passport) |
| 335 | Passport processing times |
| 336 | Passport fees |
| 337 | Fee schedule, USCIS forms |
| 338 | Instructions, How to Replace or Amend a Consular Report of Birth Abroad (CRBA) |
| 339 | Form, Request for Overseas U.S. Citizen Vital Records Services. |
| 340 | *Exhibit removed following the stipulation to the entry of the expert witnesses' reports.* |
| 341 | *Exhibit removed following the stipulation to the entry of the expert witnesses' reports.* |
| 342 | Ballard, Jamie. 2023. "Adults Under 30 are More Likely Than Older Americans to Have a Current U.S. Passport." |
| 343 | Bookman, Todd. 2024. "Record Number of NH Voters Cast Affidavit Ballots in November, the Final Time in Use." New Hampshire Public Radio, November 20, 2024. |
| 344 | Bookman, Todd and Josh Rogers. 2025. "NH's New ID Requirements Send Some Would-Be Voters Home to Grab Passports, Birth Certificates." New Hampshire Public Radio, March 11. |
| 345 | Gokee, Amanda. 2025. "New Hampshire's First Big Test of a New Voter ID Law." Boston Globe, March 13, 2025 |
| 346 | Morales-Doyle, Sean. 2024. "Noncitizen Voting Isn't Affecting State or Federal Elections – Here's Why." Brennan Center for Justice, New York University. |
| 347 | Sexton, Adam. 2025. "Advocates Say New Voter Registration Rules Turned Away Nearly 100 New Hampshire Voters." WUMR Manchester |
| 348 | *Exhibit removed following the stipulation to the entry of the expert witnesses' reports.* |
| 349 | *Exhibit removed following the stipulation to the entry of the expert witnesses' reports.* |
| 350 | Johnson, Kenneth. 2023. "Migration Sustains New Hampshire's Population Gain," Carsey School of Public Policy, University of New Hampshire |
| 351 | *Exhibit removed following the stipulation to the entry of the expert witnesses' reports.* |
| 352 | Table 1 from Ken Mayer's Expert Report |
| 353 | Table 2 from Ken Mayer's Expert Report |
| 354 | Figure 1 from Ken Mayer's Expert Report |
| 355 | Table A1 from Ken Mayer's Expert Report |

| Number | Description |
|--------|-------------|
| 356 | Rule 1006 Summary of QVAs (PTX Exs. 219-222) |
| 357 | Second Supplemental Expert Report of Kenneth R. Mayer, Ph.D. |

DATED this 8th day of February, 2026

Respectfully submitted,

COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MILES BORNE, ALEXANDER MUIRHEAD, BY HIS NEXT FRIEND RUSSELL MUIRHEAD, AND LILA MUIRHEAD, BY HER NEXT FRIEND RUSSELL MUIRHEAD

By and through their attorneys,

*/s/ Henry R. Klementowicz*
Henry R. Klementowicz (N.H. Bar No. 21177)
Gilles R. Bissonnette (N.H. Bar No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
 Concord, NH 03301
 (603) 333-2201
henry@aclu-nh.org
gilles@aclu-nh.org

Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Ming Cheung*
Clayton Pierce*
Ethan Herenstein*
Sophia Lin Lakin*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
cpierce@aclu.org
eherenstein@aclu.org
slakin@aclu.org

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Desiree.Pelletier@ropesgray.com


NEW HAMPSHIRE YOUTH MOVEMENT

By and through its attorneys,

*/s/ Steven J. Dutton*
Steven J. Dutton (N.H. Bar No. 17101)
Connor W. Harding (N.H. Bar No. 276438)
MCLANE MIDDLETON, P.A.
900 Elm Street
Manchester, NH 03101
(603) 628-1377
steven.dutton@mclane.com
connor.harding@mclane.com

David R. Fox*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue, N.W.
Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

17

Tyler L. Bishop*
ELIAS LAW GROUP LLP
1700 Seventh Avenue
Suite 2100
Seattle, WA 98101
(206) 656-0177
tbishop@elias.law


*Admitted pro hac vice