Plaintiff's Exhibit

**PTX-358**

C.A. No. 1:24-cv-00291-SETSM



**Planet Depos**®

We Make It *Happen*™

# Transcript of Orville B. Fitch

**Date:** October 27, 2025
**Case:** New Hampshire Youth Movement, et al. -v- Scanlan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Orville B. Fitch
Conducted on October 27, 2025

1 (1 to 4)



**Page 1**

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - -

NEW HAMPSHIRE YOUTH MOVEMENT,      :

Plaintiff,      :

v.      : Consolidated Cases
      : Case No.

DAVID M. SCANLAN, in : 1:24-cv-00291-SE-TSM
his official capacity
as New Hampshire
Secretary of State,

Defendant.      :

- - - - - - - - - - - -

COALITION FOR OPEN   :
DEMOCRACY, et al.,      :

Plaintiffs,  :

v.      :

DAVID M. SCANLAN, in :
his official capacity
as New Hampshire
Secretary of State,
et al.,

Defendants. :

- - - - - - - - - - -

Deposition of ORVILLE B. FITCH

Monday, October 27, 2025

9:58 a.m. EST

Job No.: 604649

Pages: 1-171

Reported by: Raechel Meyerowich

**Page 2**

Deposition of ORVILLE B. FITCH, held

pursuant to agreement, before Raechel Meyerowich,

Notary Public of the State of New Hampshire.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS, COALITION FOR OPEN

DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW

HAMPSHIRE, THE FORWARD FOUNDATION, MILES

BORNE, BY HIS NEXT FRIEND STEVEN BORNE,

ALEXANDER MUIRHEAD, BY HIS NEXT FRIEND

RUSSELL MUIRHEAD, AND LILA MUIRHEAD, BY HER

NEXT FRIEND RUSSELL MUIRHEAD:

GILLES R. BISSONNETTE, ESQUIRE

HENRY R. KLEMENTOWICZ, ESQUIRE

AMERICAN CIVIL LIBERTIES UNION OF NEW

HAMPSHIRE FOUNDATION

18 Low Avenue

Concord, New Hampshire  03301

(603) 333-2201

**Page 3**

A P P E A R A N C E S (CONT'D.)

ON BEHALF OF PLAINTIFF, NEW HAMPSHIRE YOUTH

MOVEMENT:

STEVEN J. DUTTON, ESQUIRE

MCLANE MIDDLETON

900 Elm Street, 10th Floor

Manchester, New Hampshire  03101

(603) 628-1379

MARCOS MOCINE-MCQUEEN, ESQUIRE

ELIAS LAW GROUP LLP

1700 7th Avenue, Suite 2100

Seattle, Washington  98101

(202) 985-0628

ON BEHALF OF DEFENDANT, DAVID M. SCANLAN:

MATTHEW T. BROADHEAD, ESQUIRE

DEPARTMENT OF JUSTICE

1 Granite Place

Concord, New Hampshire  03301

(603) 271-2521

ALSO PRESENT:  Ming Cheung, Esquire (with ACLU)

Clayton Pierce, Esquire (with ACLU)

Jill Tekin, Notary

**Page 4**

C O N T E N T S

EXAMINATION OF ORVILLE B. FITCH:      PAGE

By Mr. Bissonnette      8

By Mr. Mocine-McQueen      148

By Mr. Bissonnette      163

Transcript of Orville B. Fitch
Conducted on October 27, 2025



**17**

(lines redacted)

**18**

11  Q   And what did you do after you left the
12  school board association?
13     A   I went to work for the New Hampshire
14  Secretary of State.
15     Q   Was that approximately August of 2017?
16     A   Yes.
17     Q   Okay.  How long did you work for the
18  Secretary of State's Office?
19     A   Until I retired this May.
20     Q   Okay.  What were your job
21  responsibilities -- strike that.  What was your
22  role within the Secretary of State's Office?
23     A   When I started I served as the
24  elections legal counsel.  When I left I left as
25  the general legal counsel.

**19**

1     Q   Okay.  As elections legal counsel how
2  was -- can you describe your job responsibilities
3  -- strike that.  As election legal counsel what
4  were your job responsibilities?
5     A   To provide legal advice to the
6  Secretary of State and the staff on election
7  related matters and to support their education
8  efforts primarily for local election officials,
9  but to a lesser extent to the public.
10    Q   Okay.
11    A   I also in that role and more so as the
12  general legal counsel provided general legal
13  counsel services, so dealt with contracts,
14  employment matters, that sort of thing.
15    Q   It sounds like a jack-of-all-trades
16  role.  So is it fair to say in your role as
17  elections legal counsel you both had
18  responsibilities providing legal advice and also
19  had some duties in which you were not providing
20  legal advice internally to the office?
21    A   I would say that the amount of my time
22  when I wasn't involved in giving legal advice was
23  a small part of the overall task.  Most of what I
24  was doing was legal advice.
25    Q   Okay.

**20**

1     A   But yes, I actually presented training
2  and things --
3     Q   Okay.
4     A   -- that -- the people in the training
5  were not all my clients, so --
6     Q   Yeah, understood.  And did you also
7  respond to E-mails from election officials about
8  how to comply with election law?
9     A   Yes.
10    Q   Okay.  What other -- if you haven't
11  already listed them what other responsibilities
12  did you have that didn't implicate providing
13  internal legal advice to the Secretary of State's
14  Office?
15    A   Nothing immediately comes to mind.
16
(lines redacted)

Transcript of Orville B. Fitch
Conducted on October 27, 2025



**Page 83**

14    MR. BISSONNETTE:  Okay.  I'm going to
15  move on to a different document, Attorney Fitch.
16  I think we're on Exhibit 10?
17    THE REPORTER:  Yes, correct.
18    (Whereupon, Fitch Deposition Exhibit
19  Number 10 was marked for identification.)
20    MR. BISSONNETTE:  So you have before
21  you a document, Attorney Fitch, that's been marked
22  as Exhibit 10.  I'd just ask you to review it and
23  let me know when you've finished your review.
24    (Whereupon, there was a brief pause in
25  the proceedings while the witness reviewed the

**Page 84**

1  document.)
2    THE WITNESS:  I've completed reviewing
3  Exhibit 10.
4    BY MR. BISSONNETTE:
5    Q    Okay.  What is Exhibit 10?
6    A    On its face it appears to be an E-mail
7  that I sent to the supervisors in -- somewhere --
8  Derry.
9    Q    Do you recall sitting here today --
10  strike that.  Do you recall writing this E-mail?
11    A    I don't have a specific recollection,
12  no, but it appears to be from me.
13    Q    Okay.  And I'm just going to -- well,
14  strike that.  If you go to page two of Exhibit 10
15  what is the concern being raised here by the Derry
16  supervisor of the checklist?
17    A    It appears to be a question regarding
18  their duty to exercise judgment regarding proof in
19  a circumstance where a birth certificate lists a
20  first and last name and a license lists the same
21  first and last name but is followed by senior.
22    Q    And on page one what was your
23  recommendation to the Derry supervisor of the
24  checklist?
25    A    That where the date of birth is

85

1 identical that treating them as both relating to
2 the same applicant is within their discretion. I
3 should say are acceptable evidence of the
4 applicant's place of birth.
5    Q    Was this advice also communicated to
6 other election officials in other cities and towns
7 in New Hampshire?
8    A    I have no present knowledge of whether
9 other people asked the same question or whether it
10 was included in a more widely distributed
11 guidance. I don't remember.
12    Q    Do you believe that the answer to
13 supervisor Cindy Messina's question is reflected
14 in the guidance that the Secretary of State's
15 Office and Attorney General's Office issued in
16 Exhibit 4?
17    A    Yes.
18    Q    How so?
19    A    A substantially similar name, the word
20 substantially being a term in a law
21 showing the same date of birth in my mind probably
22 far exceeds the more likely than not or
23 preponderance of the evidence standard of
24 evidence.
25    Q    Where does it in Exhibit 4 say that a

86

1 substantially similar name meets the standard for
2 ascertaining citizenship?
3    A    Reading quickly the citizenship section
4 on pages two and three of Exhibit 4 I don't see
5 the substantially similar language there. It is,
6 however, a core concept that is included in
7 guidance and that is provided in training to local
8 election officials, and there are some explicit
9 provisions about accepting proof documents with
10 names that are very -- that are substantially
11 similar. Let me just look a little bit further --
12    Q    Uh-huh. Yes, sir.
13    A    -- maybe elsewhere on this document.
14 Please give me another minute.
15    Q    Uh-huh.
16       (Whereupon, there was a brief pause in
17 the proceedings while the witness reviewed the
18 document.)
19    Q    While you're reviewing that, Attorney
20 Fitch, I just do want to flag for the court
21 reporter that Clay Pierce from the ACLU, national
22 ACLU has also joined the Zoom call.
23    A    I'm not finding the phrase
24 substantially similar in Exhibit 4, but I
25 certainly can testify that it's part of the

87

1 training that we provide. I'm sure that it's in
2 the Election Procedure Manual and is a concept
3 that I have provided in guidance and training over
4 the years.
5    Q    Are there policies, procedures or
6 guidance that the Secretary of State's Office uses
7 to educate election officials on the line between
8 when the name on a driver's license is
9 substantially similar enough to the name on a
10 birth certificate or passport to register them as
11 citizens?
12    A    First there's no written policy. The
13 Secretary of State's Office generally does not
14 have a written policy. In terms of procedure I
15 believe the matching of names is addressed in the
16 election procedure manually -- manual which talks
17 about substantially similar being sufficient and
18 just the reality that different data bases, for
19 example, the statewide voter registration system
20 as compared to even the New Hampshire Division of
21 Motor Vehicles records of driver's licenses allow
22 different numbers of characters.
23    Q    Uh-huh.
24    A    So I know we've given the example where
25 someone has a particularly long name all the

88

1 letters may show up in one document and not the
2 other. As long as the letters that show up are
3 identical that satisfies the substantially
4 similar. It's a topic that we cover. Beyond that
5 I don't know of any -- there's no policy.
6    Q    Say someone is registering on election
7 day. Who makes the decision as to whether or not
8 the substantially similar standard has been met?
9    A    So the law places with the voter
10 registration authority, typically the supervisors
11 of the checklist, the determination of whether the
12 proof offered satisfies the requirements of the
13 law. As a practical matter with lots of election
14 day registration that it will often be a single
15 supervisor of the checklist.
16       It may even be a supervisor of the
17 checklist for a temporary or somebody who is not
18 one of the three elected supervisors but somebody
19 appointed by them to assist them. Our guidance to
20 them is let those folks register somebody, but if
21 they think the proper act is to not register them
22 to have elected supervisors be the primary
23 decisionmakers in that process.
24       And our guidance is don't turn anybody
25 away for anything other than a generally everybody

Transcript of Orville B. Fitch
Conducted on October 27, 2025



**89**

1  agrees legitimate reason like I'm here because I
2  work in this town.  Well, you live in a
3  neighboring town, you got to go to your
4  neighboring town to register and vote in New
5  Hampshire, so call the attorney general's hotline
6  and review the facts and circumstances before
7  making a final decision.
8      Q    These are local decisions, correct?
9      A    The decision of whether or not someone
10  has met the legal requirements to register to vote
11  is placed by law on the board of supervisors of
12  the checklist.
13     Q    And that decision is predicated on the
14  discretion of local election officials, correct?
15     A    If discretion and your question is
16  understood to be whether or not the documents
17  satisfy the law, yes.

Transcript of Orville B. Fitch
Conducted on October 27, 2025



93

9  Q    Okay.  If a election official on
10 election day was presented with that very question
11 in Exhibit 8 -- I'm sorry, in Exhibit 3, question
12 eight where the dates of birth were the same what
13 would you advise that election official to do?
14    A    Call the Attorney General's Office
15 election day line, is that they are the final
16 election day determiners of anything that's a
17 close call.
18    Q    Okay.  But ultimately it would be the
19 supervisor of the checklist that would have to
20 make the call at the end of the day, correct?
21    A    Correct, there's nothing in the law to
22 give either the attorney general or the Secretary
23 of State's Office authority to make a decision on
24 whether somebody is qualified.



**117**

**118**

**119**

4　　Q　Okay.  We're going to kind of shift
5　gears from the documents that have been put before
6　you, but I do want to stay on the topic of
7　reasonable documentation.  Would an expired
8　passport constitute reasonable documentation
9　establishing citizenship in your view?
10　　A　Yes.

**120**

8　　　　　　BY MR. BISSONNETTE:
9　　Q　Thank you, and I'm just -- I'm going to
10　refer to you Exhibit 13, and here you state to I
11　think it's the Hopkinton moderator, quote, a
12　prudent supervisor of the checklist can reasonably
13　conclude that an expired passport meets the
14　requirement of this law, end quote.  Do you see
15　that language?
16　　A　Yes.
17　　Q　Is that the position of the office of
18　the secretary of -- or strike that.  Was that the
19　position of the Secretary of State's Office when
20　you communicated that to Ms. Persechino on March
21　11th of 2025?
22　　A　Yes.
23　　Q　Has this been communicated -- strike
24　that.  While you were at the Secretary of State's
25　Office up until May of 2025 was the fact that

Transcript of Orville B. Fitch
Conducted on October 27, 2025



121

1 expired passports can constitute reasonable
2 documentation proving citizenship communicated to
3 local election officials?
4     A    So do I understand your question to be
5 was a statewide everybody gets it message sent on
6 that?
7     Q    Yes, sir.
8     A    Yeah, I don't recall a special one
9 being done.  I would need to review the Election
10 Procedure Manual.  I don't remember whether it
11 addresses that question.

Transcript of Orville B. Fitch
Conducted on October 27, 2025



**Page 129** (redacted)

**Page 130**

5  Q    Do you have any reasonable to believe
6  that global entry cards do not contain the
7  citizenship of the individual possessing the
8  global entry card?
9    **A    You know, I've never seen what you're**
10 **showing me. I have no basis of knowledge to**
11 **answer that question.**

(remainder redacted)

**Page 131**

13 Q    Okay. Would prior voter registration
14 in another state in the United States constitute
15 reasonable documentation reflecting citizenship?
16   **A    An interesting question. I don't know**
17 **that I have addressed that answer or have a**
18 **present recollection of what the right answer is.**
19 **My sense is to not hide the ball here, that --**
20 Q    Uh-huh.
21   **A    -- most states require citizenship to**
22 **register and vote at the state level, but there**
23 **are cities in other jurisdictions in the United**
24 **States that extend voting to people who are not**
25 **citizens.**

**Page 132**

1     **And so probably the answer in part**
2  **might entail sorting out which category of is this**
3  **somebody who has proved to some other election**
4  **official that they are a citizen, but I don't know**
5  **that we've addressed it. I don't have an answer**
6  **today without doing further research --**
7  Q    Understood.
8    **A    -- and that's not my role today.**
9  Q    Would a sworn statement from a voter's
10 mother saying that her son was born in the United
11 States constitute reasonable documentation
12 reflecting citizenship?
13   **A    I'm not aware of anything in the**
14 **current law that says an affidavit from somebody**
15 **with personal knowledge would be sufficient.**
16 Q    Okay. Would a video recording of the
17 voter during a naturalization ceremony constitute
18 reasonable documentation proving citizenship?
19   **A    My expectation is the answer to that**
20 **question is reliant in part on the content of the**
21 **video, was this person a spectator at somebody**
22 **else's ceremony, does the video capture a moment**
23 **in time where they're taking the oath of**
24 **citizenship and the officiate is declaring them**
25 **U.S. citizens in a way that makes it more likely**

133

1 than not based on what the video offers, so I
2 don't think I can give a definitive yes or no
3 answer.
4    Q    So it would depend on the content of
5 the video?
6    A    Yes.
7    Q    Okay.  What about --
8    A    And then I'm --
9    Q    I'm sorry.  Go on.
10   A    Yeah, I --
11   Q    I didn't mean to cut you off.
12   A    No, you didn't.  It's me not being
13 sufficiently articulate.  That would be guidance
14 that I would give to the people who have the
15 decision authority, which is the supervisors of
16 the checklist, so don't misconstrue my response as
17 being a position of the office or a determination
18 by the state because we -- I'm not aware of the
19 office having a position and it's not the state's
20 role to make the determination.
21   Q    And because at the end of the day those
22 decisions are made by local election officials,
23 correct?
24   A    The legislature has entrusted the
25 locally elected supervisors, that's right.

134

1    Q    And those local election officials
2 presumably could come to different conclusions
3 based on the same set of facts, correct?
4    A    I've never seen two judges rule
5 differently on the same question of the law of
6 facts.  Have you?
7    Q    So your answer is they could, correct?
8    A    I think that part of the inherent
9 design of the system that puts human beings into
10 positions of judicial or quasijudicial
11 responsibility that very
12 similar facts and circumstances and a similar
13 identical law may lead to different results, and I
14 think we have an entire appellate court system in
15 part recognizing that and creating a mechanism to
16 sort out two different outcomes.
17   Q    And that could apply here in evaluating
18 what constitutes documentary proof -- what
19 constitutes reasonable documentation for proving
20 citizenship, correct?
21   A    So I think there's a history of New
22 Hampshire Supreme Court decisions on voter
23 registration that is a testament to the answer
24 being yes.
25



Transcript of Orville B. Fitch
Conducted on October 27, 2025



Page 137

22  do you think that HB 1569 gives
23  supervisors broad discretion as to what to accept
24  as documentary proof of citizenship?
25      A   Well, your question has a premise that

Page 138

1   broad discretion is a universally understood term.
2       Q   Okay.
3       A   I think part of what's going on here is
4   you have three locally elected quasijudicial
5   officials making these determinations, and clearly
6   one of them isn't in agreement at least entirely
7   with the judgment of their fellow elected
8   supervisor of the checklist.
9       Q   Uh-huh.
10      A   So both prior to and subsequent to 1569
11  I think the law gives a discretion. I personally
12  hope I haven't used the word broad as a
13  characterization --
14      Q   Uh-huh.
15      A   -- of that discretion --
16      Q   Uh-huh.
17      A   -- because the law fairly specifies
18  there has to be at least other reasonable
19  documentation. I'm not sure that answers your
20  question, but that's what comes to mind.
21      Q   So I think it's fair to say maybe you
22  wouldn't use the term broad, but would it be fair
23  to say that it gives local election officials
24  discretion to determine what reasonable
25  documentation may constitute a proof of

Page 139

1   citizenship?
2       A   I would prefer to characterize it as
3   both authority and a responsibility, but
4   inherently because it's not a perfunctory, does it
5   look like this example of a U.S. Government
6   document --
7       Q   Uh-huh.
8       A   -- that could include other things more
9   broadly I think it's fair to say that inherently
10  involves a degree of constrained discretion.

Page 140



# THE STATE OF
# NEW HAMPSHIRE

## REGISTERING TO VOTE IN NEW HAMPSHIRE



This guidance was updated on February 25, 2025. Do not rely on previous versions.

To register and vote in New Hampshire, you must be:

- 18 years of age or older on election day;
- A United States citizen; and
- Domiciled[1] in the town or ward where you seek to vote.

You must provide documents to prove your identity, age, citizenship, and domicile to register. You may present documents in paper or electronic form.

- A driver's license or non-driver ID from any state is proof of identity and age. A driver's license or non-driver ID is also proof of domicile if the listed address matches the domicile address you enter on the voter registration form.
- A birth certificate, U.S. Passport/Passport card, or naturalization document is proof of citizenship and age.

Note: A New Hampshire Real ID compliant driver's license is <u>NOT</u> proof of U.S. Citizenship.

New Hampshire does not have a durational residency requirement. You can move to New Hampshire, establish your voting domicile on or just prior to election day, provide documents proving your qualifications, register, and vote. New Hampshire has election day voter registration at the polling place.

If you possess one of the following qualified documents issued in your name, you must bring and present it when registering to vote:

- New Hampshire driver's license or identification card issued by the Department of Safety, Division of Motor Vehicles (DMV) under RSA 260:21, RSA 260:21-a, or RSA 260:21-b.

    - You may obtain photo identification for voting purposes only, free of charge from the DMV. Obtain a voucher from your town clerk or the

---

[1] The fundamental idea of domicile is home." *Felker v. Henderson*, 78 N.H. 509, 511 (1917). More information regarding what the term "domicile" means is on page 6 of this document.

February 2025

Secretary of State's office to present to the DMV. Information on the documents you will need to present to the DMV is available here, see "Proof of Identity and Residency": www.dmv.nh.gov/sites/g/files/ehbemt416/files/inline-documents/dsmv634b.pdf

- o This document is proof of identity, age. This document is also proof of domicile if the listed address matches the domicile address entered on the applicant's voter registration form.

- New Hampshire resident vehicle registration.
  - o This document is proof of domicile if the listed address matches the domicile address you enter on the voter registration form.

- Picture identification issued by the United States government that contains a current address.
  - o This document is proof of identity, proof of age if your date-of-birth is listed, and proof of domicile if the listed address matches the domicile address you enter on the voter registration form.

- A government issued check, benefit statement, or tax document.
  - o This document is proof of domicile if the listed address matches the domicile address you enter on the voter registration form.

If you do not possess any of these documents and attest under penalty of voting fraud that you do not possess any of these documents, you may use other reasonable documentation to prove your qualifications to vote. If needed, the election official receiving your application will provide you with an attestation form to complete. With this form, you will attest that you do not possess any of the documents listed above.

## **Citizenship**

Any one of the following documents, listing your current legal name, prove your United States citizenship:

- Birth certificate;

- United States passport or passport card;

- Naturalization papers;

- Other reasonable documentation that establishes that it is more likely than not that you are a United States citizen.

If your name has legally changed, for example through marriage, divorce, adoption, or a court-approved name change, and you will use any of these documents to prove United States citizenship, you must present proof of your legal name change that shows both your prior name as it appears on your proof of citizenship document and your current legal name as it appears on the voter

February 2025

registration application. Your marriage certificate, divorce decree, adoption papers, or the court order approving your name change will usually satisfy this requirement.

## Age

Any reasonable documentation indicating that you will be 18 years of age or older on the date of the next election.

## Domicile

If you do not possess any of the documents listed above and sign an attestation to that fact, many other types of documents can prove your domicile. You may use other reasonable documentation of having established a physical presence at the address you are claiming as your domicile, having an intent to make that place your domicile, and having taken a verifiable act to carry out that intent. The proof of domicile document you offer must establish that it is more likely than not that you have a voting domicile at the address you enter on the voter registration form and intend to maintain that domicile at least until election day.

The law requires that the document you provide to prove domicile "manifests [your] intent to maintain a single continuous presence for domestic, social, and civil purposes relevant to participating in democratic self-government." RSA 654:1.

The following documents are recognized by law as proof of domicile. You need only one document:

- A document from the school that you attend showing that you live in campus housing. A document issued by the school that has your name and the address (on or off campus) where you live qualifies. Many colleges and universities provide students with acceptable documents.
  - Students may use a smart phone or other electronic device to show the election official a page from the college or university's official student electronic records website. The web page must list the student's name and dorm assignment or off-campus residence address. Some universities have established a web page resource specifically for this purpose. Consult your school officials if you cannot find and display this information from your school's system.

- A document showing the address that you claim as domicile listing the name of the owner, property manager (for a college dorm this includes a school official or Resident Assistant), or tenant along with a written statement from the person listed as the owner, property manager, or tenant that you reside at that address. The statement must acknowledge that the person signing does so under penalty of voting fraud if false information is provided. An optional voluntary form for this purpose can be obtained from your clerk or the Secretary of State's office: https://www.sos.nh.gov/elections/register-

February 2025

<u>vote</u>. A written signed statement containing the same information satisfies the law. The person vouching for your living at the same address may use any one of the documents described above to prove their own domicile. A college official or Resident Assistant can use college stationary or a college form.

- A rental agreement, lease, or similar document that shows your name, the address of your domicile, and that you are renting or leasing at that address for a period of more than 30 days, to include time directly prior to an election day. The document must show the domicile you plan to have on Election Day.

- A document showing that you own the place you claim as domicile, such as a deed, property tax bill, or other similar document that has your name and the domicile address you enter on the voter registration form.

- A document containing your name and the address you claim as domicile showing that you enrolled a dependent minor child in an established public or private elementary or secondary school which serves the town or ward of your domicile.

- Any state or federal tax form, other government form, or government issued identification that shows your name and your domicile address.

- Any form from the U.S. Post Office showing your name and the physical address where you are domiciled (not a Post Office Box). The confirmation you received by e-mail or U.S. mail when you reported your new address to the post office fulfills the requirement.
  - Canceled mail addressed in your name to your domicile address that shows the U.S. Postal Service delivered the mail to you at that address satisfies the proof of domicile requirement.

- A public utility bill, such as an electric, telephone, water, gas, or other utility bill, with your name and domicile address on it.

- A note from a homeless shelter or other service provider located in the town or ward where you will vote that confirms they will receive U.S. mail sent to you at that address. An optional voluntary form for this purpose can be obtained online from the Secretary of State's office here: *https://www.sos.nh.gov/elections/register-vote.*

You may also use any other reasonable documentation that establishes that it is more likely than not that you are domiciled at the address you have entered on the voter registration application.

You may call or visit your town or city clerk's office if you have any questions about proof of domicile. Look up your clerk's address and contact information here:

February 2025

app.sos.nh.gov

## Identity

Anyone of the following documents is proof of your identity:

- Photo driver's license issued by any state or the federal government.

- United States passport, passcard, armed services identification or other photo identification issued by the United States government.

- Photo identification issued by local or state government.

- Any other reasonable evidence that establishes that it is more likely than not you are who you claim to be.

- Verification of your identity based on personal knowledge by the moderator or other election official. (Ex: clerk, supervisor of the checklist, registrar, select board member, ward clerk, and their deputy, assistant, or pro tem appointee.)

- Residents of a nursing home or similar facility may prove their identity through verification by the facility administrator or by his or her designee.

## Bring Proof Documents to Register

You must bring documents that establish your qualifications with you when registering to vote. If you do not have proof documents with you, you will be directed to retrieve them and return to complete your registration when you can provide the required proof of your qualifications as a voter.[2]

Do not hesitate to ask the town/city clerk or the supervisors of the checklist at their meeting or at the polls on Election Day if you have any questions about how to register to vote. Your local election officials will help you.

## Absentee Voter Registration

You may register to vote by absentee (by mail) if one of the following is true:

- You will be absent from the town or city on the dates/times when the supervisors of the checklist meet to receive voter registration applications. Check your town/city website or contact your clerk's office to obtain the schedule for supervisors' meetings. The supervisors are required to meet at least one time every 90 days, including the day before the filing period starts for state and local elections, on dates

---

[2] Citizens of New Hampshire who moved here from another state may have experienced casting a provisional ballot in their prior state when they failed to bring documentation of their qualifications or Photo ID to the polls. New Hampshire does not use a provisional ballot. Everyone who meets the requirements to register may vote on a ballot that election officials count on election day. An applicant without necessary proof documents will be instructed to retrieve a proof document to register.

February 2025

leading up to town/city elections and on all election days. For state elections they must also meet:

- 6 to 13 days before the September 8, 2026, primary and
- 6 to 13 days before the November 3, 2026, general election.

  o Absence includes an employment commitment that prevents you from attending a session of the supervisors. The term "employment" includes the care of children and infirm adults, with or without compensation;

- You cannot appear in public because of observance of a religious commitment;

- You are unable to apply for registration in person because of a physical disability;

- You are a victim of domestic violence and have an active court issued protective order or are participating in the Attorney General's address confidentiality program; or
- You are a person confined to a penal institution awaiting trial or because of a misdemeanor conviction. A person who is incarcerated because of a felony conviction is not eligible to register or vote while incarcerated.

Click here to download the "Absentee Voter Registration Requirements and Instructions" for a step-by-step guide regarding how to register absentee

www.sos.nh.gov/sites/g/files/ehbemt561/files/documents/2023-10/2024-absentee-voter-registration-requirements-and-instructions.pdf

## **Accessible Electronic Absentee Voter Registration**

You may register through an accessible electronic absentee voter registration process if you meet the state's requirements and qualifications to vote and are unable to register to vote in person because of a print-based physical disability (e.g., blindness, unable to complete a paper form with a pen). You should request an Accessible Absentee Voter Registration Affidavit and an Accessible Standard Voter Registration form directly from your city or town clerk. The Application for an Accessible Electronic Absentee Ballot also allows you to request the electronic forms necessary for absentee electronic voter registration. Click here to download the Application for an Accessible Electronic Absentee Ballot

www.sos.nh.gov/elections/learn-about-voting-disabilities

## **What is "domicile"?**

"The fundamental idea of domicile is home." *Felker v. Henderson*, 78 N.H. 509, 511 (1917).

February 2025

"An inhabitant's domicile for voting purposes is that one place where a person, more than any other place, has established a physical presence and manifests an intent to maintain a single continuous presence for domestic, social, and civil purposes relevant to participating in democratic self-government. A person has the right to change domicile at any time, however a mere intention to change domicile in the future does not, of itself, terminate an established domicile before the person actually moves."  RSA 654:1, I.

"A student of any institution of learning may lawfully claim domicile for voting purposes in the New Hampshire town or city in which he or she lives while attending such institution of learning if such student's claim of domicile otherwise meets the requirements of  RSA 654:1, I."  RSA 654:1, I-a.

"A voter can have only one domicile for voting purposes."  RSA 654:2, I.

"A domicile for voting purposes acquired by any person in any town shall not be interrupted or lost by a temporary absence therefrom with the intention of returning thereto as his or her domicile. Domicile for the purpose of voting as defined in RSA 654:1, once existing, continues to exist until another such domicile is gained. Domicile for purposes of voting is a question of fact and intention coupled with a verifiable act or acts carrying out that intent." RSA 654:2, I.

"RSA 654:1, I, like common law domicile, requires physical presence and the intent to make one's place of physical presence one's home (that "one place where a person, more than any other place, has established a physical presence and manifests an intent to maintain a single, continuous presence for domestic, social, and civil purposes relevant to participating in democratic self-government")." *Casey v. N.H. Sec'y. of State*, 173 N.H. 266, 274 (2020).

Under New Hampshire law, the terms "domicile" and "residence" are equivalent. Establishing a voting domicile may also trigger certain other residency obligations under state law. These may include the obligation to obtain a New Hampshire driver's license and/or motor vehicle registration. For more information on this, please visit

www.sos.nh.gov/elections/frequently-asked-questions/voter-registration-and-motor-vehicle-law

February 2025

**From:** Orville Fitch <Orville.Fitch@sos.nh.gov>
**To:** "agill61@gmail.com" <agill61@gmail.com>
**Subject:** Proof of qualifications for voter registration
**Date:** Wed, 26 Feb 2025 21:38:37 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.gif; image005.png; image006.png; image007.gif; image004.png

---

Alison Gill, Supervisor of the Checklist, Wilmot:

**654:12 Determining Qualifications of Applicant. –**

I. When determining the qualifications of an applicant desiring to register to vote, whether the applicant seeks to register before election day or on election day, the supervisors of the checklist, or the town or city clerk, shall require the applicant to present proof of citizenship, age, domicile, and identity as provided in the following categories: (a) CITIZENSHIP. The supervisors of the checklist, or the town or city clerk, shall accept from the applicant any one of the following as proof of citizenship: the applicant's birth certificate, passport, naturalization papers if the applicant is a naturalized citizen, or any other reasonable documentation which indicates the applicant is a United States citizen.

To determine that the birth certificate being offered is the "applicant's" the name on the voter registration application and proof of identity must substantially match the name on the birth certificate.  If John Smith applies for voter registration and provides a birth certificate in the name of Ralph Brown as proof of United States citizenship, unless John Smith can show evidence that he was Ralph Brown at birth, he has not satisfied this requirement. A court order changing Ralph Brown's name to John Smith would tie the birth certificate to the name on the application and proof of identity.

We expect the most common circumstance you will encounter is a person who adopted their spouse's last name at marriage.   If the applicant puts "Sarah Jones" on the application and shows you a New Hampshire driver's license photo ID in the name of "Sarah Jones" and then offers a birth certificate in the name of Sarah Smith it is unclear without more evidence that the birth certificate is Sarah Jone's, i.e. "the applicant's birth certificate." A marriage license showing that Sarah Smith married someone whose last name is Jones would satisfy the proof requirement.  Newer marriage licenses will likely show both the maiden name and married name.  Older marriage licenses may show only the bride's maiden name but will list the grooms full name and it is reasonable to accept that the bride changed her last name to the grooms last name.

If a further discussion would be helpful, let me know.

Bud Fitch



**Orville B. "Bud" Fitch II**
**General Counsel, Assistant Secretary of State**
New Hampshire Secretary of State
State House Room 204
107 N. Main St.
Concord, New Hampshire  03301
(603) 271-5335
www.sos.nh.gov  bud.fitch@sos.nh.gov





**From:** Alison Gill <agill61@gmail.com>
**Sent:** Wednesday, February 26, 2025 12:48 PM
**To:** NHVotes <NHVotes@SOS.NH.GOV>
**Subject:** Re: Registering to Vote in New Hampshire - Updated Document

Hi.
Can you point me to the clause in the law that requires proof of name change to meet the citizenship requirement for registrants? I have read HB1569-FN which replaces 654:12 and I just don't see it.

Thank you.
Alison Gill
Supervisor of the Checklist
Wilmot


On Tue, Feb 25, 2025, 7:01 PM NHVotes <NHVotes@sos.nh.gov> wrote:
Dear Election Officials,

The Secretary of State's Office has made some updates to the "Registering to Vote" document (see attached) to provide guidance on applicants registering to vote who present a birth certificate in the birth name as proof of citizenship but seek to register with their married (or other different) name.

The following paragraph has been added to the document:

> *If your name has legally changed, for example through marriage, divorce, adoption, or a court-approved name change, and you will use any of these documents to prove United States citizenship, you must present proof of your legal name change that shows both your prior name as it appears on your proof of citizenship document and your current legal name as it appears on the voter registration application. Your marriage certificate, divorce decree, adoption papers, or the court order approving your name change will usually satisfy this requirement.*

Other edits reflecting changes to law have been made to the document, so please review the entire document to refresh your understanding of current law.

Please destroy any copies you may have of previous versions of the "Registering to Vote" document. The attached version is now the most recent and should be referred to when providing guidance to voters.

If you have any questions, contact the Elections Helpdesk at (603) 271-8241.


Patricia Piecuch | Elections Director
New Hampshire Secretary of State
NH State Archives
9 Ratification Way
Concord, NH  03301
P (603) 271-8241  F (603) 271-8242
www.sos.nh.gov



**STATEMENT OF CONFIDENTIALITY:**
Any information contained in this electronic message or in any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s).  Please notify the Secretary of State's Office immediately at (603)

271-3242 or reply to nhvotes@sos.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments. (clk)

SOS-ST-3912865

**From:** "Orville Fitch" <Orville.Fitch@sos.nh.gov>

**To:** "Cynthia Messina" <cynthiamessina@derrynh.org>, "Judy Strakalaitis" <judystrakalaitis@derrynh.org>, "lesliedombroski@derrynh.org" <lesliedombroski@derrynh.org>

**Bcc:** "Anna Sventek (Anna.Sventek@SOS.NH.GOV)" </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cde2252155fd403984c1bd3a60bc8ce7-Anna Fay>, "David Lang" <David.Lang@sos.nh.gov>, "David Scanlan (David.Scanlan@SOS.NH.GOV)" </o=NH SECRETARY OF STATE/ou=SOS.STATE.NH.US/cn=Recipients/cn=DScanlan>, "Erin Hennessey" <Erin.Hennessey@sos.nh.gov>, "Jennifer Cote" <Jennifer.Cote@sos.nh.gov>, "Kaley Dion" <Kaley.Dion@SOS.NH.GOV>, "Lily Woo" <Lily.Woo@sos.nh.gov>, "Patricia D. Piecuch" <patricia.piecuch@SOS.NH.GOV>, "Paula Penney" <Paula.Penney@SOS.NH.GOV>, "Wendy Soares" <Wendy.Soares@SOS.NH.GOV>

**Subject:** Birth Certificate and Driver's License with similar but not identical names

**Date:** Tue, 18 Mar 2025 15:58:01 -0000

**Importance:** Normal

**Inline-Images:** image001.png; image002.gif; image003.png; image004.png; image005.png; image006.gif

---

Cindy Messina, Supervisor Of the Checklist:

The Supervisors of the Checklist, acting by majority vote at a properly noticed public session, are responsible for assessing the evidence of qualifications received and determining whether in light of all the available evidence, which may include additional local knowledge and/or further information from the applicant, it is more likely than not that the applicant is qualified.

Prudent supervisors could reasonably conclude that a birth certificate in the name of Michael Ryan and a photo driver's license in the name of Michael Ryan Sr, where the date of birth shown on both is identical and the applicant asserts both relate to the applicant, are acceptable evidence of the applicant's place of birth (if In the United States, evidence of United States Citizenship), age, and identity.

Please let us know if you have further questions.

Bud Fitch



**Orville B. "Bud" Fitch II**
**General Counsel, Assistant Secretary of State**
New Hampshire Secretary of State
State House Room 204
107 N. Main St.
Concord, New Hampshire 03301
(603) 271-5335
www.sos.nh.gov  bud.fitch@sos.nh.gov





SOS-ST-3925864

**From:** Cynthia Messina <cynthiamessina@derrynh.org>
**Sent:** Saturday, March 15, 2025 3:24 PM
**To:** NHVotes <NHVotes@SOS.NH.GOV>; Judy Strakalaitis <judystrakalaitis@derrynh.org>; Leslie Dombroski <lesliedombroski@derrynh.org>
**Subject:** Hypothetical

Just a hypothetical regarding the name on BC vs license for future reference. If a birth certificate says Michael Ryan and the license says Michael Ryan Sr, does proof of name change need to be shown? Rarely does a man go through that legal process but you can't be born a Senior, and if the name is showing on their ID differently than their proof of citizenship, wouldn't the same rules apply?

Thank You,
Cindy Messina
Supervisor Of the Checklist
Derry

Get Outlook for iOS

SOS-ST-3925865

To Whom It May Concern

After residing in New Hampshire for fifteen years (2003 – 2018), I moved to the state of
Maine, where I lived for the following six years.  In December of this year, I was very
excited to move back to the Live Free or Die state, with plans to build an ADU addition
to a relative's home, (closer to old friends and family).  Upon my return, in attempting to
secure a New Hampshire driver's license, I realized that fulfilling the new ID
requirements was going to be an uphill battle.

It's my belief the documentation I am able to provide should be adequate proof of
my identity, but, unfortunately, to the bureaucracy, (the US government and the DMV), it
does not pass muster. Specifically, there are two items which are problematic for me.

Firstly, the name on my birth certificate is "Bonnie Sue Brown," (my birth father's name
was Charles L. Brown, Jr.), but all through my school years, I went by my stepfather's
name "Walker."  Somehow, when I was sixteen, my stepfather, (Robert E. Walker) was
able to procure my first social security card for me under the name "Bonnie Sue Walker."
I am providing a copy of my mother's marriage certificate to my stepfather, a copy of a
page from "The History of Harrison, Maine," which illustrates the "Brown to Walker"
connection, as well as notarized testimonials from two life-long friends who have known
me since early childhood, and under all the name changes I have undergone.  I will note
here that I have never, nor will I ever, use my given middle name "Sue," because I
strongly dislike it.

My second problem is that I have been unable to acquire a copy of the
marriage certificate for my first marriage to Stephen H. Harris, which took place in
Yonkers, NY, on September 28, 1964.  The marriage certificate, in compliance with my
birth certificate, is under the name of "Bonnie Sue Brown."  In New York State, one must
apply to the town where the application for the license was procured.  I have no idea
which town that was, and, so far, my initial guesses have not panned out.  I'm told by
DMV personnel that a divorce decree (which I DO have a copy of) is not adequate proof
of a marriage. On the divorce decree, I am listed as "Bonnie W. Harris."  Not that they
will accept it, but I was able to find a brief record of the marriage on Ancestry, which
lists a certificate number (46703) .  Theoretically, one can apply to the New York State
Department of Health for help in getting copies of  marriage licenses, but the minimum
wait time is six months  (likely longer now, with everyone scrambling to get Real ID
licenses).

I am able to fulfill all requirements in Steps 2 and 3 for the Real ID.

I would like to state here that I have been a licensed driver for fifty-seven years,
(copies of several licenses from New York, New Hampshire and Maine are
attached).  During all these years I have never had a citation, or even a parking



EXHIBIT

Fitch 11

Planet Depos, LLC

SOS-FT-484266

ticket.   For the record, I would also like to state that I am not a drunk driver, a criminal, or terrorist.  No one should fear me.  Has there ever been a (non-Islamic) female octogenarian terrorist? I would be happy to submit to fingerprinting or a DNA test, if necessary.

Personally, for me (age eighty-one), not having a driver's license means losing my independence, (before it becomes necessary), and essentially destroying my quality of life. Additionally, without a valid photo ID, I will likely not be able to vote. In other words, I will no longer have the rights of a citizen.

The penalty for sloppy record keeping, (which took place decades before 9/11), should not lead to losing my driving privileges or citizenship.  Adequate ancillary documentation and common-sense flexibility should prevail if precise government steps cannot be met, but a positive conclusion is the same.

I'm sure that my problem is not unique, especially for many women and seniors.  An appeals process must be in place for such a serious matter.  I hope you will be able to help.

Sincerely,

Bonnie W. Drummond

**NEW HAMPSHIRE SECRETARY OF STATE**
**David M. Scanlan**

April 6, 2025

Ms. Bonnie Drummond
200 Stowe Mt. Road,
Hillsborough, NH 03244

Via US Mail and email: bdrummond@myfairpoint.net

Re:    Voter Registration

Dear Ms. Bonnie Drummond:

It was a pleasure speaking with you today regarding the requirements to register to vote. My recommendation is that you contact your town clerk to obtain the date, time, and location of the next session to be held by the supervisors of the checklist. It may be helpful to contact one of the supervisors, alert them to your circumstances, and your intent to apply for voter registration at one of their sessions. Bring all your proof documents to the supervisor's session. While the Secretary of State's office does not rule on the sufficiency of proof documents, based on your description it appears that a prudent board of supervisors of the checklist may find the combined documents will satisfy the requirements for documentary proof of qualifications. While you can apply for registration as a voter with the clerk or at the polls on election day, in your circumstances applying well before the next election by meeting with the supervisors now is prudent.

Registering to vote requires that the applicant submit a completed Voter Registration Application and documentary proof of identity, age, United States citizenship, and domicile. Based on your letter to Governor Ayotte's Office, which was referred to the Secretary of State, and our phone discussion, my understanding is that the challenge you face is that your proof document for United States citizenship is your birth certificate, which lists a different name than your current legal name. You report that you have that birth certificate showing birth in the United States, a court record of a divorce that lists your birth name and your name before and after the divorce, and a marriage record from a subsequent marriage reflecting the transition to your current name. Viewed together, you believe these documents will tie your birth name to your current name.

SOS-FT-1030546

You have been advised that for the purpose of obtaining a driver's license, the divorce record is not acceptable to prove that you are the same person listed on your birth certificate. While the requirements for obtaining a driver's license and registering to vote are very similar, they are not identical. Provided your court record of the divorce completes the chain of records starting with your birth certificate and ending with your current name, your Supervisors of the Checklist have discretion to find the combined records constitute "reasonable documentation" that indicates you are a United States citizen. The state law regarding proof of citizenship authorizes supervisors to accept "other reasonable documentation . . . ."

> "(a) CITIZENSHIP. The supervisors of the checklist, or the town or city clerk, shall accept from the applicant any one of the following as proof of citizenship: the applicant's birth certificate, passport, naturalization papers if the applicant is a naturalized citizen, _or any other reasonable documentation which indicates the applicant is a United States citizen_."

RSA 654:12, I (a) (Emphasis added). Therefore, if found sufficient by the supervisors, these documents will prove your United States citizenship and age.

My understanding is that you will provide driver's licenses that will show your photo to establish identity, and affirm your age, but that these will show different states and addresses. New Hampshire law allows use of an expired license and an out-of-state license to prove identity. For voters age 65 or older the license is sufficient proof of identity regardless of how long ago it expired. RSA 659:13, II (a).

I understand you will also bring other documentary proof of your current domicile at 200 Stowe Mountain Road.

Your town clerk's contact information is:

Town Clerk Deborah J McDonald

27 SCHOOL STREET,
HILLSBOROUGH, NH 03244

Phone: (603) 464-3877

Email: DEBBIE@HILLSBOROUGHNH.NET

Your Supervisors of the Checklist are:

Sharon Wilkens, Joyce Bosse, and Jonathan M. Daley.

I will send a copy of this letter to your clerk and the board of supervisors, so they are aware of our correspondence.

SOS-FT-1030547

Please let me know if the Secretary of State's office can otherwise be of assistance.

Sincerely yours,

Orville B. "Bud" Fitch II
General Counsel, Assistant Secretary of State
New Hampshire Secretary of State
State House Room 204
107 N. Main St.
Concord, New Hampshire  03301
(603) 271-5335
www.sos.nh.gov  bud.fitch@sos.nh.gov

CC:    Town Clerk Deborah J McDonald
       Hillsborough Supervisors of the Checklist c/o Chair Joyce Bosse
       Governor Ayotte's Office for Citizens Services, Virginia Drye

SOS-FT-1030548

**From:** "Orville Fitch" <Orville.Fitch@sos.nh.gov>

**To:** "bdrummond@myfairpoint.net" <bdrummond@myfairpoint.net>

**Cc:** "DEBBIE@HILLSBOROUGHNH.NET" <DEBBIE@HILLSBOROUGHNH.NET>, "Drye, Virginia" <Virginia.R.Drye@governor.nh.gov>

**Bcc:** "REDCOATTRAVEL@MCTTELECOM.COM" <REDCOATTRAVEL@MCTTELECOM.COM>, "WILKENS2@COMCAST.NET" <WILKENS2@COMCAST.NET>, "Anna Sventek (Anna.Sventek@SOS.NH.GOV)" </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cde2252155fd403984c1bd3a60bc8ce7-Anna Fay>, "David Lang" <David.Lang@sos.nh.gov>, "David Scanlan (David.Scanlan@SOS.NH.GOV)" </o=NH SECRETARY OF STATE/ou=SOS.STATE.NH.US/cn=Recipients/cn=DScanlan>, "Erin Hennessey" <Erin.Hennessey@sos.nh.gov>, "Jennifer Cote" <Jennifer.Cote@sos.nh.gov>, "Kaley Dion" <Kaley.Dion@SOS.NH.GOV>, "Lily Woo" <Elizabeth.Woo@sos.nh.gov>, "Patricia D. Piecuch" <patricia.piecuch@SOS.NH.GOV>, "Paula Penney" <Paula.Penney@SOS.NH.GOV>, "Wendy Soares" <Wendy.Soares@SOS.NH.GOV>

**Subject:** Proof of US Citizenship - Registering to Vote in Hillsborough

**Date:** Tue, 06 May 2025 19:23:53 -0000

**Importance:** Normal

**Attachments:** Bonnie_Drummond_Registering_to_Vote.pdf

**Inline-Images:** image001.png; image002.gif; image003.png; image004.png; image005.png; image006.gif

---

April 6, 2025

Ms. Bonnie Drummond
200 Stowe Mt. Road,
Hillsborough, NH 03244

Via US Mail and email: bdrummond@myfairpoint.net

Re:   Voter Registration

Dear Ms. Bonnie Drummond:

It was a pleasure speaking with you today regarding the requirements to register to vote. My recommendation is that you contact your town clerk to obtain the date, time, and location of the next session to be held by the supervisors of the checklist. It may be helpful to contact one of the supervisors, alert them to your circumstances, and your intent to apply for voter registration at one of their sessions. Bring all your proof documents to the supervisor's session. While the Secretary of State's office does not rule on the sufficiency of proof documents, based on your description it appears that a prudent board of supervisors of the checklist may find the combined documents will satisfy the requirements for documentary proof of qualifications. While you can apply for registration as a voter with the clerk or at the polls on election day, in your circumstances applying well before the next election by meeting with the supervisors now is prudent.

Registering to vote requires that the applicant submit a completed Voter Registration Application and documentary proof of identity, age, United States citizenship, and domicile. Based on your letter to Governor Ayotte's Office, which was referred to the Secretary of State, and our phone discussion, my understanding is that the challenge you face is that your proof document for United States citizenship is your birth certificate, which lists a different name than your current legal name. You report that you have that birth certificate showing birth in the United States, a court record of a

SOS-FT-484274

Page 3

## NAMES UNDER WHICH I HAVE BEEN KNOWN
## IN CHRONOLOGICAL ORDER

Bonnie Sue Brown:    Name on my birth certificate, also on my marriage certificate
to Stephen H. Harris

Bonnie Sue Walker:    Name used all throughout grammar school, high school and
college. Walker (stepfather's name – not legally changed,
but also the name on first social security card).

Sue:    Middle name, used only when necessary on legal documents.

Bonnie W. Harris:    Name used while married to Stephen H. Harris, after divorce,
and prior to marrying Robert E. Drummond.

Bonnie Sue Harris:    Name on marriage license to Robert E. Drummond

Bonnie Sue Drummond: Name used subsequent to marriage to Robert E. Drummond
to present.

SOS-FT-484268

divorce that lists your birth name and your name before and after the divorce, and a marriage record from a subsequent marriage reflecting the transition to your current name. Viewed together, you believe these documents will tie your birth name to your current name.

You have been advised that for the purpose of obtaining a driver's license, the divorce record is not acceptable to prove that you are the same person listed on your birth certificate. While the requirements for obtaining a driver's license and registering to vote are very similar, they are not identical. Provided your court record of the divorce completes the chain of records starting with your birth certificate and ending with your current name, your Supervisors of the Checklist have discretion to find the combined records constitute "reasonable documentation" that indicates you are a United States citizen. The state law regarding proof of citizenship authorizes supervisors to accept "other reasonable documentation . . . ."

> "(a) CITIZENSHIP. The supervisors of the checklist, or the town or city clerk, shall accept from the applicant any one of the following as proof of citizenship: the applicant's birth certificate, passport, naturalization papers if the applicant is a naturalized citizen, _or any other reasonable documentation which indicates the applicant is a United States citizen_."

RSA 654:12, I (a) (Emphasis added). Therefore, if found sufficient by the supervisors, these documents will prove your United States citizenship and age.

My understanding is that you will provide driver's licenses that will show your photo to establish identity, and affirm your age, but that these will show different states and addresses. New Hampshire law allows use of an expired license and an out-of-state license to prove identity. For voters age 65 or older the license is sufficient proof of identity regardless of how long ago it expired. RSA 659:13, II (a).

I understand you will also bring other documentary proof of your current domicile at 200 Stowe Mountain Road.

Your town clerk's contact information is:

Town Clerk Deborah J McDonald

27 SCHOOL STREET,
HILLSBOROUGH, NH 03244

Phone: (603) 464-3877

Email: DEBBIE@HILLSBOROUGHNH.NET

Your Supervisors of the Checklist are:

Sharon Wilkens, Joyce Bosse, and Jonathan M. Daley.

I will send a copy of this letter to your clerk and the board of supervisors, so they are aware of our correspondence.

Please let me know if the Secretary of State's office can otherwise be of assistance.


CC:    Town Clerk Deborah J McDonald
       Hillsborough Supervisors of the Checklist c/o Chair Joyce Bosse
       Governor Ayotte's Office for Citizens Services, Virginia Drye




**Orville B. "Bud" Fitch II**
**General Counsel, Assistant Secretary of State**
New Hampshire Secretary of State

State House Room 204
107 N. Main St.
Concord, New Hampshire  03301
(603) 271-5335
www.sos.nh.gov  bud.fitch@sos.nh.gov

