**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE**

NEW HAMPSHIRE YOUTH MOVEMENT,

    *Plaintiff*,

    v.

DAVID M. SCANLAN, in his official capacity
as New Hampshire Secretary of State,

    *Defendant*.

Consolidated Cases
Case No. 1:24-cv-00291-SE-TSM

COALITION FOR OPEN DEMOCRACY,
*et al.*,

    *Plaintiffs*,

    v.

DAVID M. SCANLAN, in his official capacity
as New Hampshire Secretary of State, *et al.*,

    *Defendants*.

**CONSOLIDATED PLAINTIFFS' EXHIBIT LIST**

Pursuant to the Court's February 20, 2026 request at the conclusion of trial, Plaintiff New Hampshire Youth Movement and the Open Democracy Plaintiffs submit the below final exhibit list.

| Number | Description |
|--------|-------------|
| 1*[1] | Final enrolled version of 2024 NH House Bill 1569. |
| 2 | *Not entered into evidence.* |
| 3* | Final enrolled version of 2025 NH House Bill 464. |

---

[1] Exhibits with "*" are admitted as an exhibit pursuant to a joint stipulation by the parties [ECT No. 136].

| Number | Description |
|---|---|
| 4 | April 14, 2025 memorandum from the "New Hampshire Campaign for Voting Rights" regarding the "Observed impacts of new election laws at March Town Elections." |
| 5 | November 14, 2025 memorandum from the "New Hampshire Campaign for Voting Rights" regarding the "Observed impacts of new election laws at November Municipal Elections." |
| 6-13 | *Not entered into evidence* |
| 14 | January 9, 2026 Defendants Fourth Supplemental & Amended Responses & Objections to Plaintiffs' Interrogatories  (OD) |
| 15**[2] | Expert Report of Dr. Michael C. Herron and sources, charts, and figures cited therein. |
| 16** | Supplemental Expert Report of Dr. Michael C. Herron and sources, charts, and figures cited therein. |
| 17 | *Offered into evidence with Exhibit 15* |
| 18** | Expert Report of Dr. Kenneth Mayer and sources, charts, and figures cited therein. |
| 19 | *Offered into evidence with Exhibit 18* |
| 20** | Expert Report of Dr. Lorraine Minnite and sources, charts, and figures cited therein. |
| 21 | *Offered into evidence with Exhibit 18* |
| 22** | Supplemental Expert Report of Dr. Kenneth Mayer and sources cited therein. |
| 23* | Youth Movement 2024 Strategic Plan. |
| 24* | Youth Movement 2024 Mid-Year Update |
| 25* | Youth Movement 2024 Review |
| 26* | Youth Movement 2025 Strategic Plan |
| 27* | Youth Movement 2025-2026 Organizational Goals Tracker |
| 28-34 | *Not entered into evidence* |
| 35 | August 18, 2025 Email of Sayles Kasten Regarding High School Voter Registration Events |
| 36 | General Court Testimony of Sayles Kasten Regarding HB 1569 on Behalf of Youth Movement *(not offered for the truth of the matters described in the letter)* |
| 37* | Youth Movement Pre-HB 1569 Social Media Posts |
| 38* | Youth Movement Post-HB 1569 Social Media Posts |

[2] Exhibits with "**" are admitted as an exhibit pursuant to a joint stipulation by the parties [ECT No. 134].

| Number | Description |
|---|---|
| 39 | September 24, 2024 Instagram Correspondence With Voter Regarding Proof of Citizenship *(not offered for the truth of the matters described in the post)* |
| 40* | Order receipt for Open Democracy. |
| 41* | Open Democracy's "2025 Be a Poll Worker Training" deck |
| 42* | Non-Partisan Poll Observer Training |
| 43* | Handout regarding what to bring to register to vote |
| 44* | Updated handout regarding what to bring to register to vote |
| 45* | The Backbone of Our Elections: Election Workers and Their Roles Virtual Training |
| 46 | Open Democracy's NH HS Voter Reg Drive Tracker 2024 |
| 47 | Open Democracy's NH HS Voter Reg Drive Tracker 2025 |
| 48 | *Not entered into evidence* |
| 49 | Register to vote: documents needed |
| 50-52 | *Not entered into evidence* |
| 53 | Email from O. Zink to D. Scanlan regarding HB 1569 and HB 1370 |
| 54* | Forward Foundation's budget for 2024-2026 |
| 55 | List of the events hosted by the Forward Foundation in 2024 |
| 56A | Exemplar Forward Foundation mailer |
| 57* | The Forward Foundation stakeholder memorandum |
| 58 | The Forward Foundation's updated Poll Worker Training |
| 59 | *Not entered into evidence* |
| 60* | Poll Worker Recruitment Work Plan 2025: Voter Education Plan 2025 |
| 61 | LWV-NH's chart of "Talks & Tabling Events 2024." |
| 62-63 | *Not entered into evidence* |
| 64 | Liz Tentarelli's, President of the LWV-NH, timesheet for 2024 through September 2, 2025 |
| 65 | *Not entered into evidence* |
| 66* | LWV-NH's "Voting in New Hampshire" 2024 handout |
| 67 | Letter sent by LWV-NH's president, Liz Tentarelli, to the NH Senate Election Law and Municipal Affairs Committee regarding HB 1569 *(not offered for the truth of the matters described in the letter)* |
| 68-70 | *Not entered into evidence* |
| 71* | LWV-NH "Voting in New Hampshire in 2025" handout |

| Number | Description |
|---|---|
| 72* | LWV-NH "Voting in New Hampshire" handout as of February 2025 |
| 73 | *Not entered into evidence* |
| 74 | LWV_NH Presentation on "Voting Rights - Past and Present." |
| 75 | *Not entered into evidence* |
| 76 | Spreadsheet from the Secretary of State's Office tracking which polling locations reported internet access, cell network, landline phone service, etc. |
| 77-78 | *Not entered into evidence* |
| 79 | Email from B. Fitch to P. Piecuch asking for clarification regarding ElectioNet requirements when an applicant reports being a naturalized citizen but presents a passport as proof of citizenship |
| 80 | *Not entered into evidence* |
| 81 | Email correspondence between P. Piecuch and J. King regarding numbers of active voters whose place of birth is listed as outside the U.S. |
| 82-83 | *Not entered into evidence* |
| 84* and *** | Email from B. Fitch providing guidance for situations in which birth certificate and driver's licenses contain similar, but not identical, names (also Fitch Ex. 10) |
| 85-88 | *Not entered into evidence* |
| 89 | Application for a Certified Copy of a Vital Record. |
| 90-92 | *Not entered into evidence* |
| 93 | Email from D. Scanlan to J. Gray with HB 1370 suggestions. |
| 94-95 | *Not entered into evidence* |
| 96 | Email from J. Seely to Governor and SOS's Office regarding HB 1569 *(not offered for the truth of the matters described in the email)* |
| 97 | Email from A. Shump to D. Scanlan regarding HB 1569 and HB 1370 *(not offered for the truth of the matters described in the email)* |
| 98-103 | *Not entered into evidence* |
| 104A&B | Video of Votebeat Checking Citizenship: A Conversation with Two Secretaries of State |
| 105-107 | *Not entered into evidence* |
| 108 | Email correspondence with D. Scanlan regarding QVA for adoptee *(not offered for the truth of the matters described in the non-party's email)* |
| 109-111 | *Not entered into evidence* |
| 112* | New Hampshire Election Procedure Manual. 2024-2025 |
| 113 | Email correspondence between E. Hennessey and P. Piecuch regarding draft HB 1569 guidance |

| Number | Description |
|---|---|
| 114* | Report of the Special Committee on Voter Confidence, December 22, 2022 |
| 115* | Special Committee on Voter Confidence Report, January 5, 2023 |
| 116 | *Not entered into evidence* |
| 117***[3] | Letter from B. Fitch to B. Drummond regarding requirements to register to vote (also Fitch Ex. 11). |
| 118*** | Letter from Bonnie Drummond regarding difficulties with proof of identity. (also Fitch Ex. 11).  The statements of Ms. Drummond are admitted into evidence only to show Attorney Fitch's awareness of her statements. |
| 119-120 | *Not entered into evidence* |
| 121*** | Email correspondence between Wilmont Supervisor of the Checklist and B. Fitch regarding name changes (also Fitch Ex. 6) |
| 122****[4] | Email from S. Borne to B. Fitch regarding proof of citizenship |
| 123-132 | *Not entered into evidence* |
| 133**** | Email correspondence with Secretary of State employees regarding discrepancy in name in birth certificate and Real ID. |
| 134**** | Email from Enfield Moderator seeking clarification on new voter registration laws. |
| 135-144 | *Not entered into evidence* |
| 145A | Letter from Scanlan to DMV |
| 146-153 | *Not entered into evidence* |
| 154 | Email from NH Votes to clerks and supervisors regarding SVRS changes in response to HB 464 (also seen at Defendants' Exhibit TT) |
| 155-157 | *Not entered into evidence* |
| 158 | April 3, 2024 Email of David Scanlan |
| 159 | February 29, 2025 Email of Mike Horne (Hookset) *(not offered for the truth of the matters described in Mr. Horne's email)* |
| 160-161 | *Not entered into evidence* |
| 162 | June 12, 2024 Email of Rachel Deane *(not offered for the truth of the matters described in Ms. Deane's email)* |
| 163 | *Not entered into evidence* |
| 164 | Letter from Supervisors of the Checklist to Gov. Sununu *(not offered for the truth of the matters described in the letter)* |
| 165-166 | *Not entered into evidence* |

[3] Exhibits with "***" are admitted as an exhibit pursuant to a joint stipulation by the parties [ECT No. 132].

[4] Exhibits with "****" are authenticated pursuant to a joint stipulation by the parties [ECT No. 132].

| Number | Description |
|---|---|
| 167 | March 25, 2025 Email of Barbara Holland Cooper *(not offered for the truth of the matters described in the email)* |
| 168 | January 23, 2025 Memorandum to Clerks and Supervisors/Registrars, HB 1569 FAQs |
| 169 | *Not entered into evidence* |
| 170 | Copy of Global Entry Card (Redacted) |
| 171-174 | *Not entered into evidence* |
| 175* | Proof of Identity Instructions |
| 176* | Application for Confidential Verification of a New Hampshire Vital Record or DMV Record Search for the Purpose of New Hampshire Voter Registration |
| 177* | Inquiries – Vital Records and DMV – Redacted |
| 178 | Note to File regarding SangYeob Kim's inability to register at the Stratham Town Clerk's Office. |
| 179* | Email from NH Votes, with attachments, distributing "HB 1569 Q&A guidance" and attached memorandum titled "HB 1569 – Frequently Asked Questions." |
| 180-184 | *Not entered into evidence* |
| 185 | *Not entered into evidence* |
| 186 | O'Donnell email regarding affidavit to vote |
| 187-208 | *Not entered into evidence* |
| 209 | Registering to Vote in New Hampshire, updated November 11, 2024 |
| 210*** | Registering to Vote in New Hampshire updated February 25, 2025 (also Fitch Ex. 4) |
| 211 | Registering to Vote in New Hampshire updated September 30, 2025 |
| 212 | *Not entered into evidence* |
| 213 | Secretary of State: Asserting a Challenge form |
| 214-218 | *Not entered into evidence* |
| 219 | Qualified Voter Affidavits for citizenship submitted in Concord NH *(confidential – introduced under seal)* |
| 220 | Qualified Voter Affidavits for citizenship submitted in Manchester NH *(confidential – introduced under seal)* |
| 221 | Qualified Voter Affidavits for citizenship submitted in Lebanon *(confidential – introduced under seal)* |
| 222 | Qualified Voter Affidavits for citizenship submitted in Hanover *(confidential – introduced under seal)* |
| 223-254 | *Not entered into evidence* |

| Number | Description |
|---|---|
| 255A | Handwritten notes, email printouts re HB 464 |
| 256-268 | *Not entered into evidence* |
| 269 | January 2, 2026 email from D. Bruno to P. Piecuch re. "HB464 Next Draft" |
| 270 | Draft of January 5, 2026 SVRS Changes |
| 271-277 | *Not entered into evidence* |
| 278A | December 31, 2025 email between vendor and Secretary of State employees re. an invoice, with attachment |
| 279-282 | *Not entered into evidence* |
| 283 | January 15, 2026 email from J. Strakalaitis (Derry) to NHVotes re. "Regaining Access to SVRS" *(not offered for the truth of the matters described in Ms. Strakalitis' email)* |
| 284-286 | *Not entered into evidence* |
| 287 | Excel table of voter data re: drivers' licenses and SSNs |
| 288-355 | *Not entered into evidence* |
| 356 | Rule 1006 Summary of QVAs (PTX Exs. 219-222) |
| 357 | *Not entered into evidence* |
| 358[5] | Deposition Transcript of Orville B. Fitch, and four Fitch Deposition Exhibits admitted per ECF. No. 132. |
| 359 | Exemplar Forward Foundation mailer for November 4, 2025 Election Day *(Not offered as evidence, demonstrative only)* |
| 360 | Presentation used during Dr. Lorraine C. Minnite's expert testimony *(Not offered as evidence, demonstrative only)* |

DATED this 25th day of February, 2026                Respectfully submitted,

COALITION FOR OPEN DEMOCRACY,
LEAGUE OF WOMEN VOTERS OF NEW
HAMPSHIRE, THE FORWARD
FOUNDATION, MILES BORNE,
ALEXANDER MUIRHEAD, BY HIS NEXT
FRIEND RUSSELL MUIRHEAD, AND
LILA MUIRHEAD, BY HER NEXT
FRIEND RUSSELL MUIRHEAD

---

[5] The following designated portions of Attorney Fitch's deposition testimony are admitted into evidence pursuant to a joint stipulation by the parties: 18:11-20:15; 83:14-89:17; 93:9-24; 119:4-10; 120:9-121:11; 130:5-130:11; 131:13--134:24; 137:22-139:10 [ECT No. 132].

By and through their attorneys,

*/s/ Henry R. Klementowicz*
Henry R. Klementowicz (N.H. Bar No. 21177)
Gilles R. Bissonnette (N.H. Bar No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF
NEW HAMPSHIRE FOUNDATION
18 Low Avenue
 Concord, NH 03301
 (603) 333-2201
henry@aclu-nh.org
gilles@aclu-nh.org

Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Ming Cheung*
Clayton Pierce*
Ethan Herenstein*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
cpierce@aclu.org
eherenstein@aclu.org
slakin@aclu.org

Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
Michelle A. Kain*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com

John.Montgomery@ropesgray.com
Desiree.Pelletier@ropesgray.com
Michelle.Kain@ropesgray.com

Alex H. DiLalla*
ROPES & GRAY LLP
191 N Wacker Dr, 32nd Floor
Chicago, IL 60606
(312) 845-1200
Alex.DiLalla@ropesgray.com

NEW HAMPSHIRE YOUTH MOVEMENT

By and through its attorneys,

*/s/ Steven J. Dutton*
Steven J. Dutton (N.H. Bar No. 17101)
Connor W. Harding (N.H. Bar No. 276438)
MCLANE MIDDLETON, P.A.
900 Elm Street
Manchester, NH 03101
(603) 628-1377
steven.dutton@mclane.com
connor.harding@mclane.com

David R. Fox*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue, N.W.
Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

Tyler L. Bishop*
ELIAS LAW GROUP LLP
1700 Seventh Avenue
Suite 2100
Seattle, WA 98101
(206) 656-0177
tbishop@elias.law


*Admitted pro hac vice