**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
**************************************
New Hampshire Youth Movement,          *
                                       *
        Plaintiff,                     *
                                       *
        v.                             *      Civil No. 1:24-cv-00291-SE-TSM
                                       *
David Scanlan, in his official capacity, et al.,*
                                       *
        Defendants                     *
                                       *
                                       *
**************************************
Coalition for Open Democracy, et al.,  *
                                       *
            Plaintiffs,                *
        v.                             *      Civil No. 1:24-cv-00312-SE-TSM
                                       *
David Scanlan, in his official capacity, et al.,*
                                       *
            Defendants.                *
                                       *
**************************************
```

## DECLARATION OF COUNSEL, MATTHEW T. BROADHEAD

I, Matthew T. Broadhead, hereby submit this declaration pursuant to 28 U.S.C. § 1746:

1.      I am an Associate Attorney General for the State of New Hampshire Department of Justice and represent the Defendants in the above-captioned litigation.

2.      On Friday, February 13, 2026, at approximately 4:00pm, I spoke with counsel for the Open Democracy Plaintiffs, Henry Klementowitz, on the phone. I requested counsel to provide us with specific citations to the perceived deficiencies with Secretary of State Scanlan's February 4 30(b)(6) deposition. I never received any such citations from counsel in response to my request.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.


Date: March 9, 2026                                    s/ Matthew T. Broadhead
                                                       Matthew T. Broadhead