**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

New Hampshire Youth Movement,          \*
                                       \*
    Plaintiff,     \*
                                       \*
v.                                     \*          Civil No. 1:24-cv-00291-SE-TSM
                                       \*
David Scanlan, in his official capacity, et al.,\*
                                       \*
    Defendants      \*
                                       \*
                                       \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Coalition for Open Democracy, et al.,  \*
                                       \*
    Plaintiffs,    \*
v.                                     \*          Civil No. 1:24-cv-00312-SE-TSM
                                       \*
David Scanlan, in his official capacity, et al.,\*
                                       \*
    Defendants.     \*
                                       \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>DECLARATION OF COUNSEL, CATHERINE A. DENNY</u>

I, Catherine A. Denny, hereby submit this declaration pursuant to 28 U.S.C. § 1746:

1.    I am an Assistant Attorney General for the State of New Hampshire Department of Justice and represent the Defendants in the above-captioned litigation.

2.    To prepare this declaration, I relied upon my own personal knowledge.

3.    On January 9, 2026, the parties engaged in a meet and confer to discuss many pretrial matters, including the factual cut-off date. At that time, the parties tentatively discussed the factual cut-off date of January 6, 2026.

4.    During the meeting, the parties agreed that the Secretary of State would be re-deposed after the Plaintiffs received the new and final supplemental discovery responses.

5.      The parties later agreed that the factual cut-off date would be January 20, 2026 because there were elections held on that date.

6.      The parties agreed to hold the Secretary of State's deposition on February 4, 2026 so that Plaintiffs would have time to review supplemental discovery and because the Secretary of State was attending a conference the week prior.

7.      The parties eventually settled on February 4, 2026 for the deposition date.

8.      By request of Defendants, Plaintiffs sent a new deposition notice on January 29, 2026.

9.      The deposition was approximately three hours in person at the New Hampshire Department of Justice. After the deposition, counsel for the parties discussed exhibit stipulations for another hour or so in person. In the week leading up to trial, the parties had nearly daily interactions regarding stipulations. Plaintiffs did not raise any concerns regarding inadequate answers to the 30(b)(6) testimony or other discovery deficiencies during any of these meetings.

10.     Exhibit 1 is a true and accurate copy of the Plaintiffs' January 29, 2026 30(b)(6) deposition notice.

11.     Exhibit 2 is a true and accurate copy of the February 5, 2026 email from Plaintiffs to Defendants with the subject line "Scanlon deposition."

12.     Exhibit 3 is a true and accurate copy of the February 6, 2026 email from Defendants to Plaintiffs with the subject line "DMV procedure and data."

13.     Exhibit 4 is a true and accurate copy of the February 7, 2026 email from the Open Democracy Plaintiffs to Defendants transmitting Dr. Mayers second supplemental report.

- 3 -

14.     Exhibit 5 is a true and accurate copy of a February 14, 2026 email from Defendants to Plaintiffs requesting Plaintiffs to identify portions of the deposition that Plaintiffs are concerned about.

15.     Exhibit 6 is a true and accurate copy of a February 15, 2026 email from Plaintiffs to Defendants responding to Exhibit 5.

16.     Exhibit 7 is a true and accurate copy of excerpts of the transcript of Day 2 (AM) of trial from February 10, 2026.

17.     Exhibit 8 is a true and accurate copy of excerpts of the transcript of Day 2 (PM) of trial from February 10, 2026.

18.     Exhibit 9 is a true and accurate copy of excerpts of the transcript of Day 5 (PM) of trial from February 13, 2026.

19.     Exhibit 10 is a true and accurate copy of excerpts of the transcript of Day 6 (PM) of trial from February 17, 2026.

20.     Exhibit 11 is a true and accurate copy of excerpts of the transcript of Day 8 (AM) of trial from February 19, 2026.

21.     Exhibit 12 is a true and accurate copy of excerpts of the transcript of Day 9 of trial from February 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 9, 2026                                  s/ Catherine Denny
                                                     Catherine Denny