**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

NEW HAMPSHIRE YOUTH MOVEMENT,

*Plaintiff*,

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,

*Defendant*.

COALITION FOR OPEN DEMOCRACY, *et al.*,

*Plaintiffs*,

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *et al.*,

*Defendants*.

Consolidated Cases
Case No. 1:24-cv-00291-SE-TSM
Case No. 1:24-cv-00312-SE-TSM

**NOTICE OF WITHDRAWAL OF ATTORNEY MICHELLE A. KAIN**

Notice is hereby given that Michelle A. Kain withdraws her appearance as counsel on behalf of Plaintiffs Coalition for Open Democracy, League of Women Voters of New Hampshire, The Forward Foundation, Miles Borne, Alexander Muirhead, and Lila Muirhead in the above-captioned matter. Attorney Kain will be leaving the law firm of Ropes & Gray LLP. Plaintiffs will continue to be represented by the below signed attorneys from Ropes & Gray LLP, the American Civil Liberties Union of New Hampshire Foundation, and the American Civil Liberties Union Foundation.

Respectfully submitted on this June 2, 2026,

COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, MILES BORNE, ALEXANDER MUIRHEAD, BY HIS NEXT FRIEND RUSSELL MUIRHEAD, AND LILA MUIRHEAD, BY HER NEXT FRIEND RUSSELL MUIRHEAD

By and through their attorneys,

/s/ *Michelle A. Kain*
Michelle A. Kain*
Geoffrey M. Atkins*
John T. Montgomery*
Desiree M. Pelletier*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Geoffrey.Atkins@ropesgray.com
John.Montgomery@ropesgray.com
Desiree.Pelletier@ropesgray.com
Michelle.Kain@ropesgray.com

Henry R. Klementowicz (N.H. Bar No. 21177)
Gilles R. Bissonnette (N.H. Bar No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
(603) 333-2201
henry@aclu-nh.org
gilles@aclu-nh.org

Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, D.C. 20005
(202) 715-0815
jvanleer@aclu.org

Ming Cheung*
Clayton Pierce*
Ethan Herenstein*
Davin Rosborough*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
mcheung@aclu.org
cpierce@aclu.org
eherenstein@aclu.org
slakin@aclu.org

Alex H. DiLalla*
ROPES & GRAY LLP
191 N Wacker Dr, 32nd Floor
Chicago, IL 60606
(312) 845-1200
Alex.DiLalla@ropesgray.com

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*/s/ Michelle A. Kain*__
Michelle A. Kain