## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

NEW HAMPSHIRE YOUTH MOVEMENT,

    *Plaintiff*,

    v.

DAVID M. SCANLAN, in his official capacity
as New Hampshire Secretary of State,

    *Defendant*.

Consolidated Cases
Case No. 1:24-cv-00291-SE-TSM

COALITION FOR OPEN DEMOCRACY,
LEAGUE OF WOMEN VOTERS OF NEW
HAMPSHIRE, THE FORWARD
FOUNDATION, McKENZIE NYKAMP
TAYLOR, DECEMBER RUST, MILES
BORNE, A.M., by his next friend Russell
Muirhead, and L.M., by her next friend Russell
Muirhead,

    *Plaintiffs*,

    v.

DAVID M. SCANLAN, in his official capacity
as New Hampshire Secretary of State, and
JOHN M. FORMELLA, in his official capacity
as New Hampshire Attorney General,

    *Defendants*.

### <u>DEFENDANTS' MOTION TO STAY PENDING APPEAL</u>

Pursuant to Fed. R. Civ. P. 62, Defendants New Hampshire Secretary of State David M.

Scanlan and New Hampshire Attorney General John M. Formella, each in their official

capacities (collectively, the "Defendants"), by and through counsel, the Office of the Attorney

General, respectfully move the Court for a stay of the statewide injunctive relief awarded to the

consolidated Plaintiffs by the Court's Order dated May 28, 2026 (ECF No. 176).  A stay pending

resolution of Defendants' appeal, noticed in this Court on June 19, 2026, is warranted for the reasons stated in Defendants' Memorandum of Law in Support of Stay, filed herewith and incorporated herein by reference.

This Motion will not result in the continuance of any currently scheduled trial or hearing. Plaintiffs oppose this Motion and the relief it seeks.

### Prayer for Relief

WHEREFORE, for the reasons set forth in Defendant's Memorandum of Law in Support of a Stay Pending Appeal, Defendant Attorney General Formella respectfully request that this Honorable Court:

A.    Grant this Motion to Stay Pending Appeal in the above-captioned consolidated cases;

B.    Stay the judgment entered in the Court's May 28, 2026 Order (ECF No. 176) pending resolution of Defendants' appeal; and

C.    Grant such further relief as is just and equitable.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date:  June 19, 2026

/s/ Matthew T. Broadhead
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar  No. 277332
Assistant Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
Laurie S. Young, N.H. Bar No. 266185
Assistant Attorney General

Office of the Attorney General, Civil Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
michael.p.degrandis@doj.nh.gov
matthew.t.broadhead@doj.nh.gov
catherine.a.denny@doj.nh.gov
laurie.s.young@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record in the consolidated cases, *New Hampshire Youth Movement v. Scanlan* (1:24-cv-00291-SE-TSM) and *Coalition for Open Democracy, et al. v. Scanlan, et al.* (1:24-cv-00312-SE-TSM), through the Court's e-filing system.

 */s/ Matthew T. Broadhead*
Matthew T. Broadhead

3