**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

<table>
<tr>
<td>
NEW HAMPSHIRE YOUTH MOVEMENT,

    *Plaintiff*,

    v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State,

    *Defendant*.
</td>
<td rowspan="2">
Consolidated Cases
Case No. 1:24-cv-00291-SE-TSM
</td>
</tr>
<tr>
<td>
COALITION FOR OPEN DEMOCRACY, LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE, THE FORWARD FOUNDATION, McKENZIE NYKAMP TAYLOR, DECEMBER RUST, MILES BORNE, A.M., by his next friend Russell Muirhead, and L.M., by her next friend Russell Muirhead,

    *Plaintiffs*,

    v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,

    *Defendants*.
</td>
</tr>
</table>

**ASSENTED-TO MOTION TO EXCEED PAGE LIMIT FOR NONDISPOSITIVE MOTION**

NOW COMES New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, each in their official capacities (collectively, the "Defendants"), by and through counsel, the Office of the Attorney General, and respectfully move the Court to exceed the page limit for their Memorandum in support of its Motion to Stay filed contemporaneously with this motion, and state as follows:

1.      On May 28, 2026, the Court entered an Order in this case (ECF No. 176).

2.      The Defendants filed contemporaneously herewith a Notice of Appeal and a Motion to Stay pending appeal.

3.      Local Rule 7.1(a)(3) for the United States District Court for the District of New Hampshire limits the Defendants' Memorandum in support of its Motion to Stay to 15 pages. LR 7.1(a)(3).

4.      Given the scope and nature of the Defendants' argument in support of a stay and the importance of the constitutional issues raised, Defendants ask for this Court's leave to enlarge the Memorandum page limit to not to exceed 30 pages.

5.      Plaintiffs assent to Defendants' requested increase in the page limit contained in this motion.

6.      Local Rule 7.1(a)(2): Due to the nature of the relief requested, no memorandum of law is required.

7.      Local Rule 7.2(a): Neither this Motion nor its requested relief will require the extension of any other deadline set forth in this matter.

**Prayer for Relief**

WHEREFORE, the parties respectfully request that this Honorable Court:

A.      Grant this Assented-To Motion to Exceed Page Limit;

B.      Allow the Defendants to file a Memorandum in support of their Motion to Stay not to exceed 30 pages; and

C.      Grant such further relief as is just and equitable.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

2

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: June 19, 2026

/s/ Matthew T. Broadhead
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar  No. 277332
Assistant Attorney General
Catherine A. Denny, N.H. Bar No. 275344
Assistant Attorney General
Office of the Attorney General, Civil Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
catherine.a.denny@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

June 19, 2026

/s/ Matthew T. Broadhead
Matthew T. Broadhead