

# Court Order Reinstatement of QVA for Citizenship Only

**NHVotes** <NHVotes@sos.nh.gov>       Fri, May 29, 2026 at 4:26 PM
To: NHVotes <NHVotes@sos.nh.gov>

Dear Clerks and Supervisors:

Please be advised that, the United States District Court for the District of New Hampshire has ordered the State of New Hampshire to not enforce the portion of HB 1569 that eliminated the qualified voter affidavit as a means of proving citizenship and eliminated the challenged voter affidavit as a procedural safeguard for challenged voters. **Effectively immediately**, the Secretary of State's Office is beginning to implement the Court's order.

As an initial step, an updated qualified voter affidavit form can be found in SVRS Help Instructions. The updated affidavit uses strikethrough to make it clear that the affidavit cannot be used to prove identity or age. If a person seeking to register to vote does not have proof of citizenship, until further notice you must allow the voter to complete the updated qualified voter affidavit form. Alternatively, a voter may still request that you perform one of the SVRS inquiry searches to prove their citizenship.

At the present time, the SVRS does not have the option of marking a new registrant as having proven citizenship using a QVA. If you receive a new registration for a person who uses a QVA to prove citizenship, please hold that registration until a change can be implemented in the SVRS. We will provide an update as soon as that functionality is added to the SVRS.

Please note that the Court's order <u>does not</u> impact the portions of HB 1569 that require registrants to provide documentary proof of identity, age, and domicile, and **a voter cannot use an affidavit to prove identity, age, or domicile**. Nor does the Court's order impact the portion of HB 1569 that requires every voter to provide proof of identity when checking in to obtain a ballot on election day, and **a voter who lacks proof of ID on election day cannot complete a challenged voter affidavit to prove identity and obtain a ballot**.

Thank you for your patience and flexibility as we continue to assess the impact of the Court's order and consult with the Attorney General's office as we approach the upcoming elections. Please stay alert for our communications as there may be more information to come.



**Patricia Piecuch** | **Elections Director**

New Hampshire Secretary of State

NH State Archives

9 Ratification Way

Concord, NH  03301

P (603) 271-8241  F (603) 271-8242

Case 1:24-cv-00291-SE-TSM    Document 189-1    Filed 07/06/26

www.sos.nh.gov

   

**STATEMENT OF CONFIDENTIALITY:**

Any information contained in this electronic message or in any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s).  Please notify the Secretary of State's Office immediately at (603) 271-3242 or reply to nhvotes@sos.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments. (clk)

---

**2 attachments**



**image001.png**
12K



**image001.png**
12K