

# Attorney General's Office Appeal of HB1569 Order

**NHVotes** <NHVotes@sos.nh.gov>                                        Fri, Jun 19, 2026 at 2:43 PM
To: NHVotes <NHVotes@sos.nh.gov>

Dear Clerks and Supervisors:

On May 29, 2026, you were sent an e-mail informing you that the United States District Court for the District of New Hampshire had ordered the State of New Hampshire to not enforce the portion of HB 1569 that eliminated the qualified voter affidavit as a means of proving citizenship and eliminated the challenged voter affidavit as a procedural safeguard for challenged voters.

The Attorney General's Office and Secretary of State's Office will be requesting that order be stayed pending appeal. If a stay is granted, you will be informed immediately.

However, ***unless and until a stay is granted***, the Secretary of State's Office will continue to work to implement the Court's order, and all election officials must continue to follow the Court's order.  If a person seeking to register to vote does not have proof of citizenship, you must continue to allow the voter to complete the updated qualified voter affidavit form.

Please stay alert for our communications as there may be more information to come.



**Brendan A. O'Donnell  |  Deputy Secretary of State**

New Hampshire Secretary of State

(603) 271-3242

[www.sos.nh.gov](http://www.sos.nh.gov)

    

**STATEMENT OF CONFIDENTIALITY:**

Any information contained in this electronic message or in any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s).  Please notify the Secretary of State's

Office immediately at (603) 271-3242 or reply to nhvotes@sos.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments. (clk)